JS 44 (Rev. 3/99)

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
RODICA WAIVIO

**DEFENDANTS**
ADVOCATE HEALTH CARE

REFILED
NOV 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
NOV 28 2007

**(b) County of Residence of First Listed Plaintiff** COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
RODICA WAIVIO
1335 Baldwin CT Ap 2A
Palatine IL 60074

Attorneys (If Known) Agent
Gail Maserouck e 2025 Windsor Dr
Oak Brook IL 60523

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

07CV6690
JUDGE GUZMAN
MAGISTRATE JUDGE VALDEZ

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

[Form checkboxes - 440 Other Civil Rights marked with X]

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding

### VI. CAUSE OF ACTION
42 USC 1981    42 USC 300

### VII. REQUESTED IN COMPLAINT:
DEMAND $ 100,000,000
JURY DEMAND: ☒ Yes ☐ No

### VIII. This case
☐ is not a refiling of a previously dismissed action.
☐ is a refiling of case _____, previously dismissed by Judge _____

DATE: 11/28/07
SIGNATURE OF ATTORNEY OF RECORD: Rodica Waivio