

KC **FILED**
NOV 2 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOV 2 8 2007

**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _RODICA WAIVIO_
(Please print)

STREET ADDRESS: _1325 Baldwin CT Ap 2A_

CITY/STATE/ZIP: _Palatine IL 60074_

PHONE NUMBER: _847 963 0231_

CASE NUMBER:
07CV6690
JUDGE GUZMAN
MAGISTRATE JUDGE VALDEZ

_Rodica Waivio_      _11/28/07_
Signature             Date