

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

**F I L E D**
KC
NOV 2 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

RODICA WAIVIO
———————————
Plaintiff

v.

ADVOCATE
———————————
Defendant(s)

07CV6690
JUDGE GUZMAN
MAGISTRATE JUDGE VALDEZ

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, RODICA WAIVIO, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/~~appeal~~, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐Yes    ☒No    (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2. Are you currently employed?    ☐Yes    ☐No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: December 2002
      Monthly salary or wages: $1260
      Name and address of last employer: University of Illinois

   b. Are you married?    ☒Yes    ☐No
      Spouse's monthly salary or wages: $3000
      Name and address of employer: Northrop
      Hicks Rolling Meadows

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                    ☐Yes    ☐No
      Amount_____ Received by_____

    b.   ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☐No
    Amount_____ Received by _____

    c.   ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☐No
    Amount_____ Received by _____

    d.   ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                                                                                                 ☐Yes    ☐No
    Amount_____ Received by _____

    e.   ☐ Gifts or ☐ inheritances    ☐Yes    ☐No
    Amount_____ Received by _____

    f.   ☐ Any other sources (state source:_____)    ☐Yes    ☐No
    Amount_____ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?  ☒Yes  ☐No  Total amount: $1000
   In whose name held: _Nathan Waivio_ Relationship to you: _spouse_

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?  ☐Yes  ☐No
   Property: _I do not know exactly_ Current Value: _I do not know exactly_
   In whose name held: _Nathan Waivio_ Relationship to you: _husband_

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☒Yes  ☐No
   Address of property: _1325 Baldwin CT Apt 2A Palatine IL 60074_
   Type of property: _condo_ Current value: _mortgage $60000_
   In whose name held: _Nathan Waivio_ Relationship to you: _spouse_
   Amount of monthly mortgage or loan payments: _$500 including fee_
   Name of person making payments: _Nathan Waivio_

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?  ☐Yes  ☐No
   Property: _Car Focus and Car Echo_
   Current value: _$2000_
   In whose name held: _Nathan Waivio_ Relationship to you: _spouse_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____11/28/07_____    _____Rodica Waivca_____
                                    Signature of Applicant

                                    _____RODICA WAIVCO_____
                                           (Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of

$_____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____        _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER

                                  _____
                                         (Print name)

rev 10/10/2007

-3-