## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6690 | **DATE** | 12/3/2007 |
| **CASE TITLE** | Rodica Waivio vs. Advocate Health Care Network, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed *in forma pauperis* is denied because it discloses that she has sufficient assets to pay the filing fee for this case. If plaintiff does not pay the filing fee within twenty-one days of the date of this Order, her case will be dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LC/LM |
|---|---|---|

Case 1:07-cv-06690 Document 5 Filed 12/03/2007 Page 1 of 1