MHW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,                          )
Plaintiff,                              )  Case NO: 07-C-6690
       v.                               )  HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK,           )  RONALD A GUZMAN

ET ALL Defendants.

FILED
DEC 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO WITHDRAW

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her Motion to Withdraw, respectfully states the followings:

1. Plaintiff of present action respectfully requests to withdraw complaint filed in 12/24/07.

2. Plaintiff would like to motivate present motion by excusable neglect beyond the plaintiff control due to insufficient time or lack of experience in legal matters.

3. Plaintiff would like to inform Hon Court that an original complaint was filed on 11/28/07. Plaintiff filed in an application for financial aid which was denied by this Hon Court on 12/03/07.

WHEREFORE RODICA WAIVIO respectfully requests that this Hon Court grant her motion, and grant Plaintiff all relief deemed appropriate under law.

Submitted, By Plaintiff, Rodica Waivio          12/14/2007
Address: 1325 Baldwin Ct Apt 2A
         Palatine IL 60074                      *Rodica W*

2