IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODICA WAIVIO, ) | |
| Plaintiff, ) | Case NO: 07-C-6690 |
| v. ) | HONORABLE JUDGE |
| ADVOCATE HEALTH CARE NETWORK, ) | RONALD A GUZMAN |

ET ALL Defendants.

### NOTICE OF MOTION

TO:
Gail Haseroucke (ADVOCATE CARE AGENT)
2025 Windsor Dr
Oak Brook IL 60523

**FILED**
DEC 1 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

12/18/07

Please take note that on ____, at 9:30 RODICA WAIVIO the Plaintiff of this will appear before Hon Judge *[illegible]* in the room *[illegible]* in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago IL 60604, and presents the **MOTION** a copy of which is hereby served upon you.
Date 12/14/07
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

### CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by mail
Date: 12/14/07           *[signature]*

Rodica Waivio

1