**FILED**
DEC 26 2007 NR
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODICA WAIVIO, ) | |
| Plaintiff, ) | Case NO: 07-C-6690 |
| v. ) | HONORABLE JUDGE |
| ADVOCATE HEALTH CARE NETWORK, ) | RONALD A GUZMAN |

ET ALL Defendants.

## MOTION TO RECONSIDER

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her Motion to reconsider, respectfully states the followings:

1. Plaintiff had filed a complaint 11/28/07.
2. Plaintiff filed application for financial aid on 11/18/07.
3. This Hon Court denied application for financial aid on 12/03/07. The order is quoted:

    If plaintiff does not pay the filing fee within twenty-one days of the date of this Order, her case will be dismissed. Mailed notice

4. On 12/14/07 plaintiff filed a motion to withdraw the complaint. Plaintiff did not requested dismissal of case and plaintiff did not requested termination of the case. Plaintiff desired to withdraw complaint because plaintiff desired to file in another complaint.

5. On 12/17/07 this court introduced the following statement:

    "Motion by Plaintiff Rodica Waivio to withdraw complaint <u>6</u> is granted. It is ordered that this action is hereby dismissed. Any pending motions or schedules are stricken as moot. Civil case terminated."

6. Plaintiff of present action respectfully request to this Hon Court to allow plaintiff to file in new complaint and to allow plaintiff to continue the case, as plaintiff desire this action to proceed. Plaintiff respectfully requests to this Hon Court to allow plaintiff to file in new complaint.

2

7. Plaintiff respectfully request to this Hon Court to open the case and continue the case.

8. Plaintiff brings present motion of reconsideration based on Rule 59, or Rule 60(b) or based on precedent *Bank of Waunakee v. Rochester Cheese Sales, Inc.*, 906 F.2d 1185, 1191 (7th Cir.1990) as quoted

> Motions to reconsider are rarely granted and are only appropriate where (1) the court has patently misunderstood a party; (2) the court has made a decision outside the adversarial issues presented to the court by the parties; (3) the court has made an error not of reasoning but of apprehension; (4) there has been a controlling or significant change in law since the submission of the issue to the court; or (5) therehas been a controlling or significant change in the facts since the submission of the issue to the court. *Bank of Waunakee v. Rochester Cheese Sales, Inc.*, 906 F.2d 1185, 1191 (7th Cir.1990).

9. This Hon Court had misunderstood plaintiff's party because plaintiff party does not desire to dismiss action or to terminate case but plaintiff desires to file in new complaint and to pay the assigned fee. It is an error to dismiss and terminate case as plaintiff desires to file in new complaint and to pay fee.

10. Plaintiff desires to introduce more parties and more defendants as well as plaintiff desires to present more matters which are necessary in action. Plaintiff desires to file in new complaint. Plaintiff respectfully requests permission from this Hon Court to allow complaint to be filed in and to allow case to continue as well as fee to be paid.

11. Plaintiff respectfully requests to this Hon Court to allow plaintiff to file in new complaint and to continue the case, to allow this action to proceed.

12. Plaintiff respectfully would like to request 21 days or a time as this Hon Court may find appropriate to submit the new complaint.

WHEREFORE RODICA WAIVIO respectfully requests that this Hon Court grant her motion, and grant Plaintiff all relief deemed appropriate under law.

Submitted, By Plaintiff, Rodica Waivio        12/26/2007
Address: 1325 Baldwin Ct Apt 2A
    Palatine IL 60074