IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,           )
Plaintiff,               )   Case NO: 07-C-6690
     v.                  )   HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK,  )   RONALD A GUZMAN

ET ALL Defendants.

### NOTICE OF MOTION

TO:
Gail Haseroucke (ADVOCATE CARE AGENT)
2025 Windsor Dr
Oak Brook IL 60523

FILED
DEC 2 6 2007 NF
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please take note that on 01/03/08 ,at 9:30 RODICA WAIVIO the Plaintiff of this will appear before Hon Judge RONALD A GUZMAN    sitting in the room 1219 in the Dirksen Federal Building,219 S. Dearborn Street, Chicago IL 60604, and presents **MOTION TO RECONSIDER** a copy of which is hereby served upon you.
Date 12/26/07
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

### CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by mail
Date: 12/26/07

Rodica Waivio

1