# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6690 | **DATE** | 1/2/2008 |
| **CASE TITLE** | WAIVIO vs. ADVOCATE HEALTH CARE NETWORK, et al | | |

**DOCKET ENTRY TEXT**

Motion by Plaintiff for reconsideration to reopen case and for leave to file a new complaint [9] is granted. Vacate dismissal order entered 12/17/07. Plaintiff is given to and including 1/16/08 to file a new complaint and pay fee. Status hearing set for 2/20/08 at 9:30a .m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|