

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO, )
Plaintiff, )
            ) Case NO: 07-C-6690
    v.      ) HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, ) RONALD A GUZMAN

ET ALL Defendants.

FILED
J.N
FEB X 4 2008
Feb 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION

**NOW COMES** Plaintiff, **RODICA WAIVIO**, in Pro Se representation, and presents her Motion, respectfully states the followings:

1. Plaintiff had filed a complaint 01/16/08.
2. This motion is in the required 20 days from submission of complaint 01/16/08 as required by Rule 15(a) FRCP.
3. Plaintiff respectfully requests to withdraw from complaint filed 01/16/08

Paragraphs 25, 31, paragraph line 17 on pag 10, paragraph 47, 57, line 18 pag 15, paragraph 63, paragraph 65.

3. Plaintiff base her motion on her Pro Se representation as plaintiff's statements may be inappropriately interpreted.

WHEREFORE RODICA WAIVIO respectfully requests that this Hon Court grant her motion, and grant Plaintiff all relief deemed appropriate under law. 02/04/08

Submitted, By Plaintiff, Rodica Waivio
Address: 1325 Baldwin Ct Apt 2A
         Palatine IL 60074

Rodica Waivio

2