

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,          )
Plaintiff,              )   Case NO: 07-C-6690
      v.                )   HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK,  )   RONALD A GUZMAN

ET ALL Defendants.

### NOTICE OF MOTION

TO:
Gail Haseroucke (ADVOCATE CARE AGENT)
2025 Windsor Dr
Oak Brook IL 60523

**FILED**
J N
FEB X 4 2008
Feb 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

02/20/08

Please take note that on         ,at 9:30 RODICA WAIVIO the Plaintiff of this will appear before Hon Judge RONALD A GUZMAN    sitting in the room 1219 in the Dirksen Federal Building,219 S. Dearborn Street, Chicago IL 60604, and presents **MOTION** a copy of which is hereby served upon you.
Date   02/04/08
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

### CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by mail. This motion was served by fax to individuals as acknowledged in affidavits.
Date:   02/04/08

Rodica Waivio   *Rodica Waivio*

1