IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,  )
Plaintiff,  )
      v.  )  Case NO: 07-C-6690
ADVOCATE HEALTH CARE NETWORK,  )  HONORABLE JUDGE
     )  RONALD A GUZMAN
ET ALL Defendants.

**FILED**
J.N
FEB X 4 2008
Feb 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### Affidavit

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her

Affidavit, respectfully states the followings:

Plaintiff declares under oath the followings:

Plaintiff contacted by Phone Thomas Ianucci and Bruce Pilate at phone 847-723-8610 Address AMG 1875 Dempster Suit 325 Park Ridge IL 60068.
A person of office acknowledged that Thomas Ianucci and Bruce Pilate are working at this address, [they are found there as similar to their home]. Plaintiff acknowledged the legal action and requested information as way of service, plaintiff let messages and requested response back.
Plaintiff declares under oath that no response back was provided. Plaintiff acknowledges calling back and inquiring again about service. Office persons refused again to acknowledge means of service.
Plaintiff acknowledge that service with be performed on individual defendants Thomas Ianucci and Bruce Pilate and AMG Lutheran Hospital at address AMG 1875 Dempster Suit 325 Park Ridge IL 60068 as they acknowledged that they are found there and as they deny any other means of service.

Plaintiff acknowledged that plaintiff called FCI at 8472158899 on 01/17/08 and inquired about service of complaint and plaintiff sent by fax notice and 4 pages of complaint. Plaintiff did not received a response back. Plaintiff called 02/04/08 and discussed with Jacky who declared that they accept service of complaint for FCI and Rapisarda Jon at address
135 N Arlington Heights Suit 195 Buffalo Grove IL 60089.

Plaintiff acknowledged that on 02/04/08 plaintiff called Karande and Associates phone 847-884-8884 Address 1585 N. Barrington Road Doctors Building Two Suit 406 Hoffman Estates Il 60194. Plaintiff acknowledges that plaintiff discussed with the manager. Plaintiff declares under oath that manager declared Office had sent a letter in May 2007 and denied any further service to plaintiff. The manager declared that they do not want to further provide any medical service to Rodica Waivio at all. Plaintiff declared that a legal action is pending on this issue. Manager declared that they want to see the legal papers at their address and that they desire to respond to

3

issues [implied that service may be performed at Address 1585 N. Barrington Road Doctors Building Two Suit 406 Hoffman Estates Il 60194]. Plaintiff also inquired about legal representative and Manager did not provide any information. Plaintiff acknowledged to her that Manager's statement was interpreted as desire of Karande and Karande and Associates to have service to address 1585 N. Barrington Road Doctors Building Two Suit 406 Hoffman Estates Il 60194, which Manager had confirmed and accepted.

Plaintiff declares under oath that on 01/28/08 complaint was served by fax and Plaintiff was confirmed the fax reception of complaint at Fax 847-294-5496 Address 1255 N. Milwaukee Glenview Illinois 60025, Office of Jasenof and Torres. Plaintiff acknowledges that plaintiff called a few times on 01/28/08 at 847-2945490 and plaintiff was informed that Jennifer Torres and Ian Jasenof are working there. Plaintiff was informed that on 01/28/08 Jennifer was there and Jasenof was coming on 01/29/08 while they were currently working there. Plaintiff acknowledged that plaintiff requested means of service of summon. Plaintiff did not receive any answer back. Plaintiff acknowledges that on 02/04/08 plaintiff called again Office of Jasenof Address 1255 N. Milwaukee Glenview Illinois 60025. Person from office acknowledged that Jennifer was there. Plaintiff requested means of service of summon; Person from office refused to acknowledge any means of service and any legal representative; Plaintiff acknowledged to person from office that Pursuant to Rule 5 FRCP service of summon and complaint will be performed for individual Defendants Jasenof and Toress and AMG at their office.

Plaintiff declares under oath that on 01/28/08 complaint was served by fax and Plaintiff was confirmed the fax reception of complaint at Fax 847-6558501 Address Parkside Center 1875 W Dempster Street Suit 340 Park Ridge Illinois 60068 Office ofDaniell Pesch. Plaintiff acknowledges that plaintiff called a few times on 01/28/08 at 847-6558500 and plaintiff was informed that Pesch is working there. Plaintiff acknowledged that plaintiff requested means of service of summon. Plaintiff did not receive any answer back. Plaintiff acknowledges that on 02/04/08 plaintiff called again Office of Pesch. Person from office acknowledged that Pesch was there he was available for appointment on Feb 27,2008. Plaintiff requested means of service of summon; Person from office refused to acknowledge any means of service and any legal representative; Plaintiff acknowledged to person from office that Pursuant to Rule 5 FRCP service of summon and complaint will be performed for individual Defendant Pesch and AMG as well as Lutheran Hospital at their office.

WHEREFORE RODICA WAIVIO respectfully requests that this Hon Appellate Court allow her affidavit and grant Plaintiff all relief deemed appropriate under law.

Dated Feb 4, 2007        *Rodica W Waivio* (signature)

Respectfully Submitted by Plaintiff-Appellant Rodica Waivio, Pro Se
Rodica Waivio
1325 Baldwin Ct Apt 2A
Palatine, IL, 60074 Phone: 847-963-0231

4





