# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of    Case Number: 07 CV 6690

RODICA WAIVIO, Plaintiff
vs.
ADVOCATE HEALTH CARE NETWORK, et. al.,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Karande & Associates, S.C., and Vishvanath Karande, MD, Individually, incorrectly sued herein as Vishvanath Karande, individual employee

| |
|---|
| NAME (Type or print)<br>Edward H. Nielsen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Edward H. Nielsen |
| FIRM<br>Pretzel & Stouffer, Chartered |
| STREET ADDRESS<br>One South Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0252296 | TELEPHONE NUMBER<br>(312) 346-1973 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐