UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Rodica Waivio
                                Plaintiff,

v.                                                                      Case No.: 1:07−cv−06690
                                                                        Honorable Ronald A. Guzman

Advocate Health Care Network, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 2/21/2008. Plaintiff's motion to amend complaint [17] is denied without prejudice. Defendants M.D. Vishvanth Karande and Karande & Associates' motion to dismiss to be filed on or before 2/22/08. Plaintiff's response is to be filed on or before 3/24/08. Reply is due 4/7/08. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.