*MHN*

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Plaintiff

RODICA WAIVIO

v.

RAPISARDA JOHN

CASE NUMBER: *07-C-6690*

ASSIGNED JUDGE: *GUZMAN*

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

RAPISARDA JOHN
135 N Arlington Heights Suite 195
Buffalo Grove 60089

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RODICA WAIVIO
1325 Baldwin CT Ap 2R
Palatine IL 60074

an answer to the complaint which is herewith served upon you within _____ *20* _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*Yvette Montanez*

(By) DEPUTY CLERK

FEB 0 4 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *07/08/08* |
| NAME OF SERVER *(PRINT)* Rodica Waivio | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: *135 N Arlington Heights*

Diana Donlen *Buffalo Grove IL 60089*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *02/08/08*        *Rodica Waivio*
                  Date               Signature of Server

_____
Address of Server

KC **FILED**
2-20-2008
FEB 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.