MHW

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO
  Plaintiff

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-C-6690

V.

ASSIGNED JUDGE: RONALD GUZMAN

Jennifer Torres

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Jennifer Torres
1256 N. Milwaukee
Glenview IL 60025

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RODICA WAIVIO
1325 Baldwin CT Apt 2A
Palatine IL 60074

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK

FEB 04 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 02/08/08 |
| NAME OF SERVER (PRINT) RODICA WAIVIO | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Venesa at reception white hispanic Woman 27 years 1255 N Milwaukee Glen View IL 60025

☐ Returned unexecuted:

☒ Other (specify): Certified Mail # 7007 3020 0002 6523 0768 return signature on record this is independent of above service

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/08/08
Date

Signature of Server: Rodica Waivio

Address of Server: 1325 Baldwin ct A/24 Palatine IL 60074

KC FILED
2-20-2008
FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.