MHN

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Plaintiff

RODICA WAIVIO

v.

BRUCE PIE LATE

CASE NUMBER: 07-C-6690

ASSIGNED JUDGE: Ronald Guzman

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Bruce Pie late
Park Side Center
1875 W Dempster Suite 325
Park Ridge IL 60069

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RODICA WAIVIO
1325 Baldwin Ct Apt 2A
Palatine IL 60074

an answer to the complaint which is herewith served upon you within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Yvette Montanez

(By) DEPUTY CLERK

FEB 0 4 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 02/08/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| RODICA WAIVIO | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Monarey woman white age 45
1875 W Dempster Suite 325 ParkSide Center Park Ridge IL 60069

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail Gail Haseroucke Advocate Medical Group 2025 Windsor Dr Oak Brook IL 60522
#7007 3620 0002 6523 0737

**FILED**
FEB 20 2008
2-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NF

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/08/08
Date

Signature of Server: Rodica Waivio

Address of Server: 1325 Baldwin CT A 2A
Palatine IL 60074

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.