AO 440 (Rev. 05/00) Summons in a Civil Action

*MHN*

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Plaintiff

RODICA WAIVIO

v.

Daniel Pesch

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-C-6690

ASSIGNED JUDGE: RONALD Guzman

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Daniel Pesch
Parkside Center
1875 W Dempster St
Park Ridge IL 60068

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RODICA WAIVIO
1325 Baldwin Ct Apt A
Palatine IL 60074

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*Yvette Montanez*

(By) DEPUTY CLERK

FEB 0 4 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 02/08/08 |
| NAME OF SERVER (PRINT) RODICA WAIVIO | TITLE |

**FILED**

**FEB 20 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Manager woman white age 45-50 ParkSide Center 1875 W Dempster St Suite 325 Park Ridge IL 60068

☐ Returned unexecuted: _____

☒ Other (specify): Mail Certificated to Gail Haserouche Advocate Medical Group 2025 Windsor Dr Oak Brook IL 60523 # 7007 3020 0002 6523 0737

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/08/08
             Date

Rodica Waivio
Signature of Server

1325 Baldwin Ct Ap 2A
Palatine IL 60074
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.