HHN

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO
Plaintiff

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-C-6690

v.

Ian Jasenof

ASSIGNED JUDGE: RONALD GUZMAN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Ian Jasenof
1255 N Milwaukee
Glenview IL 60025

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RODICA WAIVIO
1325 Baldwin Ct Apt 2A
Palatine IL 60074

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

JANNETTE NUNEZ

FEB - 4 2008

(By) DEPUTY CLERK                                DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 02/08/08 |
| NAME OF SERVER (PRINT) Rodica Waivico | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Venesa at reception white hispanic woman 27 years 1255 N Milwaukee Glen View IL 60025

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail # 7007 3020 0000 2652 3076 18 return Signature on record this is independent of e-service

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/08/08
Date

Rodica Waivico
Signature of Server

1325 Baldwin CT Ap 2A
Palatine IL 60074
Address of Server

KC FILED
2-20-2008
FEB 20 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Advocate Medical Group
1355 N Milwaukee
Glen View IL 60025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] for Risk mgmt
☑ Agent
☐ Addressee

B. Received by (Printed Name): W. Wennerstrom per
C. Date of Delivery: Apr 2-'08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
MICHAEL
ROBBINS
COURT

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 3020 0002 6523 0768

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540