AO 440 (Rev. 05/00) Summons in a Civil Action

MHN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Plaintiff

RODICA WAIVIO

v.

KARANDE & ASSOCIATES

CASE NUMBER: 07-C-6690

ASSIGNED JUDGE: RONALD GUZMAN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Karande & Associates
1585 N Barrington Rd
Doctors Building 2 Suite 406
Hoffman Estates IL 60194

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RODICA WAIVIO
1325 Baldwin CT Apt 2A
Palatine IL 60074

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Yvette Montanez

(By) DEPUTY CLERK

FEB 0 4 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 02/08/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| RODICA WAIVIO | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Lucla reception woman white
☐ Returned unexecuted: see 45 1585 N Barrington Road Suite 406 Hoffman Estates

☑ Other (specify): Certified Mail # 7007 3020 0026 5230744 return signature on record this service was independent of above service

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/08/08
               Date

Signature of Server: Rodica Waivio

Address of Server: 1325 Baldwin Ct Apt 2A
Palatine IL 60074

KC FILED
2-20-2008
FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Vishvanath Karande
    Karande & Associates
    1585 N Barrington Rd
    Doctor Building 2 Suit 406
    Hoffman Estates IL 60194

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ziegler_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
C Ziegler  2/11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

KC FILED
FEB 20 2008
MICHAEL W. DOBBINS
DISTRICT COURT

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? ☐ Yes

2. Article Number (Transfer from service label)
7007 3020 0002 6523 0744

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-154