MHN

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff

RODICA WAIVI O

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-C-6690

V.

ASSIGNED JUDGE: Ronald Guzman

Vishvanath Karande

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Vishvanath Karande
1585 N Barrington Road
Doctors Building Two Suit 406
Hoffman Estates IL 60194

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RODICA WAIVCO
1325 Baldwin CT Apt 2A
Palatine IL 60074

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

FEB 0 4 2008
_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 02/08/08 |
| NAME OF SERVER (PRINT) RODICA WAIVIO | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Lucia receptan white woman age 45   1585 N Barrington Road Suit 406 Hoffman Estates

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail # 7007 3020 0002 6523 0744 return signature on record

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/08/08
           Date

Rodica Waivio
Signature of Server

1325 Baldwin CT Apt A
Palatine IL 60074
Address of Server

KC FILED
2-20-2008
FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.