78. 063648                                                                                                EHN/KMH

## IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RODICA WAIVIO, | |
| Plaintiff, | |
| vs. | No.  07 CV 6690 |
| ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH AND HOSPITAL CORPORATION; ADVOCATE LUTHERAN GENERAL HOSPITAL; IAN JASENOF, Individual and Employee; JENNIFER TORRES, Individual and Employee; DANIEL PESCH, Individual and Employee; THOMAS IANNUCCI, Individual and Employee; VISHVANATH KARANDE, Individual and Employee; RAPISARDA JOHN; Individual and Employee; FERTILLITY CENTER OF ILLINOIS AND KARANDE & ASSOCIATES, | HONORABLE JUDGE: RONALD A. GUZMAN |
| Defendants. | |

### NOTICE OF FILING

TO:   Rodica Waivio, 1325 Baldwin Court, Apt. 2A, Palatine, IL 60074

      PLEASE TAKE NOTICE that on the 21st day of February, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Defendants', Vishvanath C. Karande, M.D. and Karande & Associates, S.C.'s; Motion to Dismiss,* a copy of which is attached hereto.

                                    PRETZEL & STOUFFER, CHARTERED,

                                    By: s/Edward H. Nielsen
                                           One of the Attorneys for the Defendants

Edward H. Nielsen/Bar No.: 0252296
enielsen@pretzel-stouffer.com
Kim M. Heffernan/Bar No.: 6209445
kheffernan@pretzel-stouffer.com
*Attorneys for Defendants, Vishvanath C. Karande, M.D.*
   *and Karande & Associates, S.C.*
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606-4673
Telephone:      (312)346-1973
Facsimile:        (312) 346-8242

# Certificate of Service

The undersigned hereby certifies that a copy of Defendants' Motion to Dismiss was mailed to the plaintiff, at the address below, this 21st day of February, 2008.

**Rodica Waivio**
1325 Baldwin Court
Apt. 2A
Palatine, IL 60074

    S/Edward H. Nielsen
Edward H. Nielsen/Bar No.: 0252296
enielsen@pretzel-stouffer.com
Kim M. Heffernan/Bar No.: 6209445
kheffernan@pretzel-stouffer.com
PRETZEL & STOUFFER, CHARTERED
*Attorneys for Defendant*
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606-4673
Telephone:     (312)346-1973
Facsimile:      (312) 346-8242