

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 07 C 6690

Rodica Waivio v. Advocate Health Care Network, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Advocate Health Care Network; Advocate Medical Group; Advocate Health & Hospitals Corporation; Advocate Lutheran General Hospital; Ian Jasenof, M.D.; Jennifer Torres, CMA; Daniel Pesch, M.D.; Thomas Iannucci, M.D.; and Bruce Pielet, M.D.

FEB 22 2008
FILED
FEB 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Anjali Dayal |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Anjali Dayal     *Anjali Dayal* |

| FIRM |
|---|
| McBreen, Kopko & Dayal |

| STREET ADDRESS |
|---|
| 20 N. Wacker Drive Suite 2520 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6210286 | 312-332-6405 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐