# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 07 cv 6690
Rodica Waivio,
    Plaintiff,
v.
Fertility Center of Illinois, Rapisarda John, et al.,
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Fertility Centers of Illinois, S.C. (incorrectly sued as Fertility Center of Illinois) and John Rapisarda, M.D. (incorrectly sued as Rapisarda John)

| | |
|---|---|
| NAME (Type or print) <br> Jamie L. Filipovic, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jamie L. Filipovic | |
| FIRM <br> Wilson, Elser, Moskowitz, Edelman & Dicker LLP | |
| STREET ADDRESS <br> 120 North LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278943 | TELEPHONE NUMBER <br> (312) 704-0550, Ext. 106 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |