IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RODICA WAIVIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 07 CV 6690 |
| ADVOCATE HEALTH CARE NETWORK, ) | |
| ADVOCATE MEDICAL GROUP, ADVOCATE ) | JUDGE RONALD A. GUZMAN |
| HEALTH AND HOSPITAL CORPORATION; ) | |
| ADVOCATE LUTHERAN GENERAL ) | |
| HOSPITAL; IAN JASENOF, Individual and ) | |
| Employee; JENNIFER TORRES, Individual and ) | |
| Employee; DANIEL PESCH, Individual and ) | |
| Employee; THOMAS IANNUCCI, Individual and ) | |
| Employee; RAPISARDA JOHN; Individual and ) | |
| Employee; FERTILITY CENTER OF ) | |
| ILLINOIS AND KARANDE & ASSOCIATES ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' FERTILITY CENTERS OF ILLINOIS, S.C. AND JOHN RAPISARDA, M.D.'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COME Defendants, FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D., (incorrectly sued as Rapisarda John) by and through their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN AND DICKER, LLP, move this Honorable Court for an extension of time in which to file their responsive pleading to Plaintiff's Amended Complaint, and in support states as follows:

1. FERTILITY CENTERS OF ILLINOIS, S.C. and JOHN RAPISARDA, M.D., were improperly served via Plaintiff's hand delivery with the Summons and Complaint on February 8, 2008.

2. Counsel for FERTILITY CENTERS OF ILLINOIS, S.C. and JOHN RAPISARDA, M.D., was recently retained, is continuing its investigation of the allegations

468066.1

contained in the Complaint, and is gathering documents relevant to the Complaint, but requires an additional 28 days to file FERTILITY CENTERS OF ILLINOIS, S.C. and JOHN RAPISARDA, M.D.'s, responsive pleading.

3. This is FERTILITY CENTERS OF ILLINOIS, S.C. and JOHN RAPISARDA, M.D.'s, first request for an extension of time and Plaintiff will not be prejudiced by the extension.

WHEREFORE, FERTILITY CENTERS OF ILLINOIS, S.C. and JOHN RAPISARDA, M.D., respectfully request that this Honorable Court grant them to and including March 27, 2008 to file their responsive pleading to Plaintiff's Amended Complaint.

Respectfully submitted:

**FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D. (incorrectly sued as Rapisarda John)**

By: /s/Jamie L. Filipovic
    One of their attorneys

Michael L. Vittori, Esq.
Jamie L. Filipovic, Esq.
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North LaSalle Street-Suite 2600
Chicago, Illinois 60602
Telephone: (312) 704-0550
Facsimile: (312) 704-1522

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 28, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following:

| *Plaintiff (Pro Se)* | *Attorney for Defendants Vishvanath C. Karande, M.D. and Karande & Associates, S.C..* |
|---|---|
| Rodica Waivio | Edward H. Nielsen |
| 1325 Baldwin Court | Kim M. Heffernan |
| Apt. 2A | Pretzel & Stouffer, Chtd. |
| Palatine, IL  60074 | One South Wacker Drive |
| | Suite 2500 |
| | Chicago, IL  60606 |
| | Telephone:  (312) 346-1973 |
| | Facsimile:  (312) 346-8242 |

Parties may access this filing through the Court's system.

                                                                /s/ Jamie L. Filipovic

468066.1