IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RODICA WAIVIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 07 CV 6690 |
| ADVOCATE HEALTH CARE NETWORK, | ) | |
| ADVOCATE MEDICAL GROUP, ADVOCATE | ) | JUDGE RONALD A. GUZMAN |
| HEALTH AND HOSPITAL CORPORATION; | ) | |
| ADVOCATE LUTHERAN GENERAL HOSPITAL; | ) | |
| IAN JASENOF, Individual and Employee; | ) | |
| JENNIFER TORRES, Individual and | ) | |
| Employee; DANIEL PESCH, Individual and | ) | |
| Employee; THOMAS IANNUCCI, Individual and | ) | |
| Employee; RAPISARDA JOHN; Individual and | ) | |
| Employee; FERTILITY CENTER OF | ) | |
| ILLINOIS AND KARANDE & ASSOCIATES | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:     All Counsel of Record (see attached Service List)

**PLEASE TAKE NOTICE** that on **March 6, 2008 at 9:30 a.m**. or as soon thereafter as counsel may heard, I shall appear before the Honorable Judge Ronald A. Guzman or any other Judge sitting in his stead, in the Courtroom usually occupied by him in Room 1219 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Defendants Fertility Centers of Illinois, S.C.  and John Rapisarda, M.D.'s Motion to Extend Time to Answer or Otherwise Plead*, a copy of which is attached hereto and served upon you.

Respectfully submitted:

**FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D. (incorrectly sued as Rapisarda John)**

By:   /s/Jamie L. Filipovic
        One of their attorneys

Michael L. Vittori, Esq.
Jamie L. Filipovic, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
120 North LaSalle Street-Suite 2600
Chicago, Illinois 60602
Telephone:  (312) 704-0550
Facsimile:  (312) 704-1522

468215.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following:

| ***Plaintiff (Pro Se)*** | ***Attorney for Defendants Vishvanath C. Karande, M.D. and Karande & Associates, S.C..*** |
|---|---|
| Rodica Waivio | Edward H. Nielsen |
| 1325 Baldwin Court | Kim M. Heffernan |
| Apt. 2A | Pretzel & Stouffer, Chtd. |
| Palatine, IL  60074 | One South Wacker Drive |
| | Suite 2500 |
| | Chicago, IL  60606 |
| | Telephone:  (312) 346-1973 |
| | Facsimile:  (312) 346-8242 |

Parties may access this filing through the Court's system.

/s/ Jamie L. Filipovic

2

468215.1