IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODICA WAIVIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-C-6690 |
| ) | |
| ADVOCATE HEALTH CARE NETWORK, ) | HONORABLE JUDGE |
| ADVOCATE MEDICAL GROUP, ADVOCATE ) | Ronald A. Guzman |
| HEALTH AND HOSPITAL CORPORATION, ) | |
| ADVOCATE LUTHERAN GENERAL ) | |
| HOSPITAL, IAN JASENOF, individual and ) | |
| employee, JENNIFER TORRES, individual and ) | |
| employee, DANIEL PESCH, individual and ) | |
| employee, THOMAS IANNUCCI, individual ) | |
| and employee, BRUCE PIELTE, individual and ) | |
| employee, VISHVANATH KARANDE, individual ) | |
| employee, JOHN RAPISARDA, M.D., individual ) | |
| and employee, FERTILITY CENTERS OF ) | |
| ILLINOIS, S.C., KARANDE & ASSOCIATES, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF, M.D., JENNIFER TORRES, CMA, DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., AND BRUCE PIELET, M.D.'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

The Defendants, ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF, M.D., JENNIFER TORRES, CMA, DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., and BRUCE PIELET, M.D., by their attorneys, MCBREEN, KOPKO & DAYAL, move this Honorable Court for a twenty-one day extension of time up to and including March 27, 2008 in which to file their responsive pleading to Plaintiff's Amended Complaint. In support of this motion Defendants state as follows:

1. Certain of the above-named Defendants were improperly served via Plaintiff's hand delivery with the Summons and Complaint on February 11, 2008 and certain other of the above-named Defendants were improperly served by facsimile prior to that date. Defendants, despite lack of proper service, filed their appearance on February 22, 2008 and are preparing their responsive pleading to Plaintiff's Amended Complaint.

2. Counsel for these Defendants was recently retained and requires additional time to prepare and file the response pleading to Plaintiff's Amended Complaint. This is Defendants first request for an extension of time and Plaintiff will not be prejudiced by the extension.

WHEREFORE, ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF, M.D., JENNIFER TORRES, CMA, DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., and BRUCE PIELET, M.D., respectfully request that this Honorable Court grant them twenty-one days up to and until March 27, 2008 to file their responsive pleading to Plaintiff's Amended Complaint.

    Respectfully submitted,

    **McBREEN, KOPKO & DAYAL**
    Attorneys for Advocate Health Care
    Network, et al

    By: /s/ Anjali Dayal_____
        One of their attorneys

Anjali Dayal
McBreen, Kopko & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois  60606
312-332-6405

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 3, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following and also by mail and facsimile to the Pro Se Plaintiff:

**Plaintiff – Pro Se**
Rodica Waivio
1325 Baldwin Court, Apt. 2A
Palatine, Illinois 60074
Telephone: 847-963-0231
Fax: 847-963-0231

**Attorneys for Karande & Associates**
**& M.D. Vishvanth Karande**
Kim M. Heffernan, Esq.
Pretzel & Stouffer, Chtd.
1 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Telephone: 312-346-1973
Fax: 312-346-8242

**Attorneys for Fertility Centers of Illinois, S.C. and John Rapisarda, M.D.**
Jamie L. Filipovic
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North LaSalle Street
Suite 2600
Chicago, IL 60602
Telephone: 312-704-0550 x106
Fax: 312-704-1522

Parties may access this filing through the Court's system.

                                           Attorneys for Advocate Health Care
                                           Network, et al

                                           ___/s/ Anjali Dayal_____
                                           One of their attorneys

Anjali Dayal
McBreen, Kopko & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois 60606
312-332-6405