# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Rodica Waivio

                      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−06690
　　　　　　　　　　　　　　　　　　　　Honorable Ronald A. Guzman

Advocate Health Care Network, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Motion by Defendants Rapisarda John, Fertility Center of Illinois for extension of time to Answer or Otherwise Plead [37]and Motion by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch for extension of time to file answer regarding amended complaint or Otherwise Plead [39] are granted to and including 3/27/08. Status hearing set for 4/16/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.