MHW

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Plaintiff

RODICA WAIVIO

v.

ADVOCATE MEDICAL GROUP

CASE NUMBER: 07-C-6690

ASSIGNED JUDGE: GUZMAN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)  ADVOCATE MEDICAL GROUP
Bail Haseroucke
2025 Windsor Dr
Oak Brook IL 60523

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RODICA WAIVIO
1325 Baldwin CT Apt 2A
Palatine IL 60074

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK

FEB 04 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 02/08/08 |
| NAME OF SERVER (PRINT) RODICA WAIVIO | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

FILED
FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Manager woman white age 45-50 Park Side Center 1875 W Dempster Suite 325 Park Ridge IL 60068

☐ Returned unexecuted:

☒ Other (specify): Mail Certified to Gail Haseroucke Advocate Medical Group 2025 Windsor Dr Oak Brook IL 60523 # 7007 3020 0002 6523 0737

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/08/08
Date

Rodica Waivio
Signature of Server

1325 Baldwin Ct Apt 2A
Palatine IL 60074
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Advocate Medical Group
1355 N Milwaukee
Glen View IL 60025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] — signing for risk mgmt
☑ Agent
☐ Addressee

B. Received by (Printed Name): W. Wennerstrom-per [illegible]
C. Date of Delivery: 2-7-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0002 6523 0768

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540