# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 07 cv 6690

Rodica Waivio,
    Plaintiff,
vs.
Fertility Center of Illinois, Rapisarda John, et al..
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Fertility Centers of Illinois, S.C. (incorrectly sued as Fertility Centers of Illinois) and John Rapisarda, M.D. (incorrectly sued as Rapisarda John)

| |
|---|
| NAME (Type or print)<br>Joanne Ciminera, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Joanne Ciminera |
| FIRM<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP |
| STREET ADDRESS<br>120 N. LaSalle Street, Suite 2600 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6285931 | TELEPHONE NUMBER<br>(312) 704-0550, Ext. 189 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |