IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RODICA WAIVIO, )<br>)<br>         Plaintiff, )<br>)<br>vs. )<br>) <br>ADVOCATE HEALTH CARE NETWORK, )<br>ADVOCATE MEDICAL GROUP, ADVOCATE )<br>HEALTH AND HOSPITAL CORPORATION; )<br>ADVOCATE LUTHERAN GENERAL )<br>HOSPITAL; IAN JASENOF, Individual and )<br>Employee; JENNIFER TORRES, Individual and )<br>Employee; DANIEL PESCH, Individual and )<br>Employee; THOMAS IANNUCCI, Individual and )<br>Employee; RAPISARDA JOHN; Individual and )<br>Employee; FERTILITY CENTER OF )<br>ILLINOIS AND KARANDE & ASSOCIATES )<br>)<br>         Defendants. ) | No. 07 CV 6690<br><br>JUDGE RONALD A. GUZMAN |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Jamie L. Filipovic moves for leave to withdraw her Appearance as counsel of record for Defendants, FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D., (incorrectly sued as Rapisarda John). Joanne Ciminera of Wilson, Elser, Moskowitz, Edelman & Dicker LLP will remain counsel of record for FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D., (incorrectly sued as Rapisarda John).

475148.1

Respectfully submitted:

**FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D. (incorrectly sued as Rapisarda John)**

By: /s/Jamie L. Filipovic
     One of their attorneys

Jamie L. Filipovic, Esq.
Joanne Ciminera, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
120 North LaSalle Street-Suite 2600
Chicago, Illinois 60602
Telephone: (312) 704-0550
Facsimile: (312) 704-1522

2

475148.1

## CERTIFICATE OF SERVICE

  I hereby certify that on March 19, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following:

| *Plaintiff (Pro Se)* | *Attorney for Defendants Vishvanath C. Karande, M.D. and Karande & Associates, S.C.* |
|---|---|
| Rodica Waivio<br>1325 Baldwin Court<br>Apt. 2A<br>Palatine, IL  60074 | Edward H. Nielsen<br>Kim M. Heffernan<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive<br>Suite 2500<br>Chicago, IL  60606<br>Telephone:  (312) 346-1973<br>Facsimile:  (312) 346-8242 |

Parties may access this filing through the Court's system.

              /s/ Jamie L. Filipovic

475148.1