IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RODICA WAIVIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 07 CV 6690 |
| ADVOCATE HEALTH CARE NETWORK, ) | |
| ADVOCATE MEDICAL GROUP, ADVOCATE ) | JUDGE RONALD A. GUZMAN |
| HEALTH AND HOSPITAL CORPORATION; ) | |
| ADVOCATE LUTHERAN GENERAL HOSPITAL; ) | |
| IAN JASENOF, Individual and Employee; JENNIFER ) | |
| TORRES, Individual and ) | |
| Employee; DANIEL PESCH, Individual and ) | |
| Employee; THOMAS IANNUCCI, Individual and ) | |
| Employee; RAPISARDA JOHN; Individual and ) | |
| Employee; FERTILITY CENTER OF ) | |
| ILLINOIS AND KARANDE & ASSOCIATES ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   All Counsel of Record

**PLEASE TAKE NOTICE** that on the 25th day of March, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ronald A. Guzman or any other Judge sitting in her place or stead in Room 1219 of the U.S. Courthouse, 219 S. Dearborn, Chicago, Illinois, and then and there present *Motion for Leave to Withdraw Appearance.*

Respectfully submitted:

**FERTILITY CENTERS OF ILLINOIS, S.C.
(incorrectly sued as Fertility Center of
Illinois) and JOHN RAPISARDA, M.D.
(incorrectly sued as Rapisarda John)**

By:   /s/Jamie L. Filipovic
          One of their attorneys

Jamie L. Filipovic, Esq.
Joanne Ciminera, Esq.
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North LaSalle Street-Suite 2600
Chicago, Illinois 60602
Telephone:  (312) 704-0550
Facsimile:   (312) 704-1522

475167.1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following:

| ***Plaintiff (Pro Se)*** | ***Attorney for Defendants Vishvanath C. Karande, M.D. and Karande & Associates, S.C..*** |
|---|---|
| Rodica Waivio | Edward H. Nielsen |
| 1325 Baldwin Court | Kim M. Heffernan |
| Apt. 2A | Pretzel & Stouffer, Chtd. |
| Palatine, IL  60074 | One South Wacker Drive |
|  | Suite 2500 |
|  | Chicago, IL  60606 |
|  | Telephone:  (312) 346-1973 |
|  | Facsimile:  (312) 346-8242 |

Parties may access this filing through the Court's system.

                                                                        /s/ Jamie L. Filipovic

475167.1