IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO, )
Plaintiff, ) Case NO: 07-C-6690
          v. ) HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, ) RONALD A GUZMAN

ET ALL Defendants.

## MOTION TO AMEND COMPLAINT

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her motion To Amend complaint pursuant Rule 15(a).

1. Plaintiff of present action respectfully would like to request permission to amend complaint pursuant Rule 15.
2. Defendants in present case submitted requests for extension of time, which this Hon Court granted those on 03/05/08.
3. Plaintiff does acknowledge that plaintiff would like to have time till April 16, 2008 to amend complaint [or time as court may consider necessary].
4. Plaintiff does acknowledge that complaint submitted January 16, 2008 was written in 5 days and plaintiff did not have time available because of procedure in Appellate Court on actions with UIC. Plaintiff is in Pro Se representation and plaintiff needs more time for complaint.

WHEREFORE RODICA WAIVIO respectfully requests that this Hon Court grant her requests, and grant Plaintiff all relief deemed appropriate under law.

Submitted, By Plaintiff, Rodica Waivio          03/19/2008
Address: 1325 Baldwin Ct Apt 2A
         Palatine IL 60074

2