**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Rodica Waivio
                              Plaintiff,

v.                                                Case No.: 1:07−cv−06690
                                                  Honorable Ronald A. Guzman

Advocate Health Care Network, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 3/25/2008 regarding motion to dismiss [34] and motion to amend complaint[47]. Motion by Defendants Vishvanth Karande, Karande & Associates to dismiss [34] is stricken without prejudice. Motion by Plaintiff to amend complaint [13] [47] is stricken without prejudice. Defendants' responses to complaint are stayed. Plaintiff may file a notice of motion and motion to amend the complaint for the next status hearing. Status hearing set for 4/16/2008 at 09:30 AM. to stand. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.