**FILED**

APR - 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,            )
Plaintiff,                )  Case NO: 07-C-6690
       v.                 )  HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, )  RONALD A GUZMAN

ET ALL Defendants.

### Motion

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her motion, respectfully states:

1. In previous motion and hearing 03/25/08 Waivio acknowledged that Waivio has not sufficient time to write complaint 01/16/08 [Waivio wrote complaint only in 5 days] because of Appellate Procedure.

2. Pursuant to Rule 15 Waivio respectfully requests to withdraw from complaint 01/16/07 the below statements.

3. Plaintiff withdraws words (Varga ETS) in Count II pag 20 of complaint filed 01/16/08.

4. Plaintiff withdraws paragraphs 25, 31, line 17 on pag 10, paragraph 47, 57, line 18 pag 15, paragraphs 63, paragraphs 65.

5. Plaintiff withdraws, annul, cancels withdraws lines 3-7, lines 10-11, lines 24-25 from pag 22 of complaint filed 01/16/08. Plaintiff declares these statements are cancelled, nulle, Waivio prohibits the utilization of these statements in any way. Plaintiff withdraws, declares null from complaint 01/16/08 the following:

   (a) Order Defendants provide full adequate medical services to Plaintiff for all her life.
   (c) Order Defendants to give two children to plaintiff and her husband as remedy to the lost of her baby and harm made to her health; defendants have means to provide medical achievement of pregnancy and life child.
   (e) Provide sufficient remedial relief to make Waivio whole for the loss she has suffered as a result of the actions against her as alleged in this complaint;
   (n) Enforce defendants pursuant to 42USC300, 42USC300(e)(b) to provide full and adequate medical services and correct past matters.

2

6. Waive prohibits further utilization of these statements.

7. Waivio acknowledges plaintiff will submit 04/16/08 an amended complaint and motion as recommended by court. This motion purposes to avoid misutilizations and misinterpretations of statements.

WHEREFORE RODICA WAIVIO respectfully requests that this Hon Court grant her motion, and grant Plaintiff all relief deemed appropriate under law.

Submitted, By Plaintiff, Rodica Waivio   04/04/2008
Address: 1325 Baldwin Ct Apt 2APalatine IL 60074

*/s/ Rodica W*

3