FILED
APR - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,         )
Plaintiff,             )  Case NO: 07-C-6690
    v.                 )  HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, )  RONALD A GUZMAN

ET ALL Defendants.

### NOTICE MOTION

TO:
**Jamie Filipovic**
Wilson Elser
120 North LaSalle Street-Suit 2600
Chicago IL 60602
**Edward Nielsen**
One South Wacker Drive Suit 2500
Chicago IL 60606-4673
**Anjali Dayal**
20N Wacker Dr Suit 2520
Chicago IL 60606

Please take note that on 04/10/08 ,at 9:30 RODICA WAIVIO the Plaintiff of this will appear before Hon Judge RONALD A GUZMAN sitting in the room 1219 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago IL 60604, and presents **MOTION** a copy of which is hereby served upon you.
Date 04/04/2008
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

### CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by mail
Date: 04/04/2008
Rodica Waivio

1