UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Rodica Waivio
                                  Plaintiff,

v.                                                                     Case No.: 1:07−cv−06690
                                                                             Honorable Ronald A. Guzman

Advocate Health Care Network, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 4/10/2008. Motion by Plaintiff for court to grant her motion, and grant Plaintiff all relief deemed appropriate under the law[51] is denied. Plaintiff's motion for leave to file an amended complaint may be filed on or before 4/25/08. Status hearing set for 4/16/08 is reset to 4/25/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.