**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Rodica Waivio

                Plaintiff,

v.                                                    Case No.: 1:07−cv−06690
                                                  Honorable Ronald A. Guzman

Advocate Health Care Network, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 25, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 4/25/2008. Defendants' responses to plaintiff's motion for leave to file amended complaint to be filed on or before 5/6/08. Plaintiff's reply is to be filed on or before 5/20/08. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.