

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,            )
Plaintiff,                )  Case NO: 07-C-6690
          v.              )  HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, )  RONALD A GUZMAN

ET ALL Defendants.

FILED
APR 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her Motion, respectfully states the followings:

1. Plaintiff had filed a complaint 01/16/08
2. Pursuant to Rule 15 FRCP plaintiff respectfully requests to this Hon Court to allow Amendment to complaint filed 01/16/08.
3. Plaintiff gives to Hon Court and each defendants a copy of "Amended complaint" a proposal for amendment before hearing.
4. Pursuant to Rule 6 FRCP plaintiff respectfully request to allow a further amendment after acceptance of "Amended complaint" as to provide a shorter version of this amendment.
5. Plaintiff acknowledges due to limitations in time which were acknowledged on 04/10/08 Waivio had no time to reduce in size or to correct matters in proposed complaint. This complaint may be necessary to be corrected or modified however plaintiff does not know exactly what are the necessary corrections other than reduction.

WHEREFORE RODICA WAIVIO respectfully requests that this Hon Court grant her motion, and grant Plaintiff all relief deemed appropriate under law.

Submitted, By Plaintiff, Rodica Waivio      04/25/08
Address: 1325 Baldwin Ct Apt 2A
         Palatine IL 60074

2