IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
APR 25 2008 TC
Apr 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RODICA WAIVIO, )
Plaintiff, )
) Case NO: 07-C-6690
v. ) HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, ) RONALD A GUZMAN

ET ALL Defendants.

### NOTICE OF MOTION

TO:
Gail Haseroucke (ADVOCATE CARE AGENT)
2025 Windsor Dr
Oak Brook IL 60523

Edward Nielsen
One South Wacker Suit 2500
Chicago IL 60606

Jamie Joanne Ciminera
120 N LaSalle Suit 2600
Chicago IL 60602
fax 312 704-1522

Anjali Dyal
20 N Wacker Suit 2520
Chicago IL 60606

Please take note that on 04/25/08 ,at 9:30 RODICA WAIVIO the Plaintiff of this will appear before Hon Judge RONALD A GUZMAN sitting in the room 1219 in the Dirksen Federal Building,219 S. Dearborn Street, Chicago IL 60604, and presents **MOTION** a copy of which is hereby served upon you.
Date 04/25/08
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

### CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by ~~mail~~ fax
Date 04/25/08

Rodica W[signature]

Rodica Waivio