IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,                                    )
                                                  )
                        Plaintiff,                )
                                                  )
        vs.                                       )        Case No. 07-C-6690
                                                  )
ADVOCATE HEALTH CARE NETWORK,                     )        HONORABLE JUDGE
ADVOCATE  MEDICAL GROUP, ADVOCATE                 )        Ronald A. Guzman
HEALTH AND HOSPITAL CORPORATION,                  )
ADVOCATE LUTHERAN GENERAL                         )
HOSPITAL, IAN JASENOF, individual and             )
employee, JENNIFER TORRES, individual and         )
employee, DANIEL PESCH, individual and            )
employee,  THOMAS IANNUCCI, individual            )
and employee, BRUCE PIELTE, individual and        )
employee, VISHVANATH KARANDE, individual )
employee, JOHN RAPISARDA,  M.D., individual  )
and employee, FERTILITY CENTERS OF                )
ILLINOIS, S.C., KARANDE & ASSOCIATES,             )
                                                  )
                        Defendants.               )

**DEFENDANTS ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL
GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE
LUTHERAN GENERAL HOSPITAL, IAN JASENOF, M.D., JENNIFER
TORRES,CMA,DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D.,
AND BRUCE PIELET, M.D.'S MOTION TO STRIKE PLAINTIFF'S
AMENDED COMPLAINT FILED ON APRIL 25, 2008**

The Defendants, ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL

GROUP,   ADVOCATE   HEALTH   &   HOSPITALS   CORPORATION,   ADVOCATE

LUTHERAN  GENERAL  HOSPITAL,  IAN  JASENOF,  M.D.,  JENNIFER  TORRES,  CMA,

DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., and BRUCE PIELET, M.D., by their

attorneys, MCBREEN, KOPKO & DAYAL, move this Honorable Court for the entry of an

Order striking the Plaintiff's Amended Complaint filed on April 25, 2008 and permit the April

25, 2008 Order of this Court to stand.  In support of this motion Defendants state as follows:

1.    On April 25, 2008, the plaintiff, Rodica Waivio, appeared before this Court on plaintiff's Motion to Amend the Complaint. This Court did not grant the Motion but rather, entered a briefing schedule and permitted defendants until May 6, 2008 to file responses to the plaintiff's motion. The Court also granted the plaintiff time to file a reply brief and stated that a written ruling would be issued on the plaintiff's motion. *This Court's Order of April 25, 2008 is attached as Exhibit A.*

2.    Despite the Court's Order, the plaintiff filed the Amended Complaint on April 25, 2008. The Amended Complaint should be stricken because it was filed without leave of Court and in violation of the Court's order. *The Docket Report and Plaintiff's April 25, 2008 File Stamped Complaint are Attached as Exhibit B.* In addition, the filing of this Amended Complaint is highly prejudicial to the defendants and their attorneys. The plaintiff has named counsel for all defendants in the purported amended pleading and set forth disparaging allegations against counsel. The defendants require the opportunity to file a written response objecting to the filing of this proposed Amended Complaint particularly in light of the defamatory allegations against counsel. Instead of following the Court's order, the plaintiff simply filed her Amended Complaint to the detriment of the defendants and their lawyers.

3.    A court may strike a pleading upon the request of any party. *F.R.C.P. 12(f).* Rule 15(a) governs amendment of pleadings and where a plaintiff does not have leave to amend a Complaint, the Complaint should be stricken. *F.R.C.P. 15(a).*

4.    Because the plaintiff has violated this Court's Order and filed the Amended Complaint without leave of Court, the defendants request that the Amended Complaint, filed on April 25, 2008 be stricken and that the April 25, 2008 Order permitting briefing and ruling on the Motion to Amend stand.

WHEREFORE, ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF, M.D., JENNIFER TORRES, CMA, DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., and BRUCE PIELET, M.D., respectfully request that this Honorable Court strike the Amended Complaint filed on April 25, 2008 and order that the April 25, 2008 Order of this Court permitting briefing and ruling on the Plaintiff's Motion to Amend stand.

Respectfully submitted,

**McBREEN, KOPKO & DAYAL**
Attorneys for Advocate Health Care
Network, et al

By: /s/ Anjali Dayal
        One of their attorneys

Anjali Dayal
McBreen, Kopko & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois 60606
312-332-6405

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following and also by mail (with exhibits) and facsimile (without exhibits) to the Pro Se Plaintiff:

**Plaintiff – Pro Se**
Rodica Waivio
1325 Baldwin Court, Apt. 2A
Palatine, Illinois  60074
Telephone:  847-963-0231
Fax: 847-963-0231

**Attorneys for Karande & Associates**
**& M.D. Vishvanth Karande**
Kim M. Heffernan, Esq.
Pretzel & Stouffer, Chtd.
1 South Wacker Drive, Suite 2200
Chicago, Illinois  60606
Telephone:  312-346-1973
Fax:  312-346-8242

**Attorneys for Fertility Centers of Illinois, S.C. and John Rapisarda, M.D.**
Jamie L. Filipovic
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North LaSalle Street
Suite 2600
Chicago, IL 60602
Telephone: 312-704-0550 x106
Fax: 312-704-1522

Parties may access this filing through the Court's system.

Attorneys for Advocate Health Care
Network, et al

   /s/ Anjali Dayal
One of their attorneys

Anjali Dayal
McBreen, Kopko & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois  60606
312-332-6405