EHN/KMH

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RODICA WAIVIO,<br><br>    Plaintiff,<br><br>vs.<br><br>ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH AND HOSPITAL CORPORATION; ADVOCATE LUTHERAN GENERAL HOSPITAL; IAN JASENOF, Individual and Employee; JENNIFER TORRES, Individual and Employee; DANIEL PESCH, Individual and Employee; THOMAS IANNUCCI, Individual and Employee; VISHVANATH KARANDE, Individual and Employee; RAPISARDA JOHN; Individual and Employee; FERTILLITY CENTER OF ILLINOIS AND KARANDE & ASSOCIATES,<br><br>    Defendants. | No. 07 C 6690<br><br>HONORABLE JUDGE:<br>RONALD A. GUZMAN |

## MOTION TO JOIN DEFENDANTS ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF, M.D., JENNIFER TORRES, CMA, DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., AND BRUCE PIELET, M.D.'S MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT

NOW COME the Defendants, Vishvanath C. Karande, M.D. and Karande & Associates, S.C. by and through their attorneys, Pretzel & Stouffer, Chartered, and moves this Honorable Court for leave to join Defendants Advocate Health Care Network, Advocate Medical Group, Advocate Health & HospitalsCorporation, Advocate Lutheran General Hospital, Ian Jasenof, M.D., Jennifer Torres, Cma, Daniel Pesch, M.D., Thomas Iannucci, M.D., and Bruce Pielet, M.D.'s Motion to Strike Plaintiff's Amended Complaint.

WHEREFORE, these Defendants, Vishvanath C. Karande, M.D. and Karande & Associates, S.C. pray that this Honorable Court grant them leave to join Defendant Advocate Health Care Network, et. al.'s Motion to Strike.

>Respectfully submitted,
>
>PRETZEL & STOUFFER, CHARTERED,
>
>By: S/ Edward H. Nielsen
>   One of the Attorneys for the Defendants

Edward H. Nielsen/Bar No.: 0252296
enielsen@pretzel-stouffer.com
PRETZEL & STOUFFER, CHARTERED
*Attorneys for Defendants, Vishvanath C. Karande, M.D.*
*and Karande & Associates, S.C.*
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606-4673
Telephone:   (312)346-1973
Facsimile:   (312) 346-8242

# Certificate of Service

The undersigned hereby certifies that a copy of the foregoing Motion to Join Defendants' Motion to Strike was served via the Court's electronic filing system upon the following and also mailed to the plaintiff, at the address below, this 2nd day of May, 2008.

<u>Plaintiff-Pro Se</u>
Rodica Waivio
1325 Baldwin Court
Apt. 2A
Palatine, IL 60074
(847) 963-0231

<u>Attorneys for Fertility Centers of IL, S.C. and John Rapisarda, M.D.</u>
Jamie L. Filipovic
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North Lasalle Street
Suite 2600
Chicago, IL 60602
(312) 704-0550
(312) 704-1522 (Fax)

<u>Attorneys for Advocate Healthcare, et. al.</u>
Anjali Dayal
McBreen, Kopkp & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois 60606
(312) 332-6405
(312) 332-2657 (Fax)

    S/Edward H. Nielsen
Edward H. Nielsen/Bar No.: 0252296
enielsen@pretzel-stouffer.com
PRETZEL & STOUFFER, CHARTERED
*Attorneys for Defendant*
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606-4673
Telephone:    (312)346-1973
Facsimile:    (312) 346-8242