EHN/KMH

## IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RODICA WAIVIO,<br><br>   Plaintiff,<br><br>vs.<br><br>ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH AND HOSPITAL CORPORATION; ADVOCATE LUTHERAN GENERAL HOSPITAL; IAN JASENOF, Individual and Employee; JENNIFER TORRES, Individual and Employee; DANIEL PESCH, Individual and Employee; THOMAS IANNUCCI, Individual and Employee; VISHVANATH KARANDE, Individual and Employee; RAPISARDA JOHN; Individual and Employee; FERTILLITY CENTER OF ILLINOIS AND KARANDE & ASSOCIATES,<br><br>   Defendants. | No. 07 CV 6690<br><br>HONORABLE JUDGE:<br>RONALD A. GUZMAN |

## NOTICE OF MOTION

TO: Rodica Waivio, 1325 Baldwin Court, Apt. 2A, Palatine, IL 60074

On <u>Tuesday, May 13, 2008</u>, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman, or any judge sitting in his stead, in the courtroom usually occupied by him in the Dirksen Federal Building, Chicago, Illinois and shall then and there present the attached Defendants' Motion to Join Defendant Advocate Health Care Network, et. al.'s Motion to Strike Plaintiff's Amended Complaint.

PRETZEL & STOUFFER, CHARTERED,

By: s/Edward H. Nielsen
    One of the Attorneys for the Defendants

Edward H. Nielsen/Bar No.: 0252296
enielsen@pretzel-stouffer.com
*Attorneys for Defendants, Vishvanath C. Karande, M.D.*
   *and Karande & Associates, S.C.*
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606-4673
Telephone:   (312)346-1973
Facsimile:    (312) 346-8242

# Certificate of Service

The undersigned hereby certifies that a copy of the foregoing Notice of Motion was served via the Court's electronic filing system upon the following and also mailed to the plaintiff, at the address below, this 2nd day of May, 2008.

<u>Plaintiff-Pro Se</u>
Rodica Waivio
1325 Baldwin Court
Apt. 2A
Palatine, IL 60074
(847) 963-0231

<u>Attorneys for Fertility Centers of IL, S.C. and John Rapisarda, M.D.</u>
Jamie L. Filipovic
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North Lasalle Street
Suite 2600
Chicago, IL 60602
(312) 704-0550
(312) 704-1522 (Fax)

<u>Attorneys for Advocate Healthcare, et. al.</u>
Anjali Dayal
McBreen, Kopkp & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois 60606
(312) 332-6405
(312) 332-2657 (Fax)

                                           S/Edward H. Nielsen
                                           Edward H. Nielsen/Bar No.: 0252296
                                           enielsen@pretzel-stouffer.com
                                           PRETZEL & STOUFFER, CHARTERED
                                           *Attorneys for Defendant*
                                           One South Wacker Drive, Suite 2500
                                           Chicago, Illinois 60606-4673
                                           Telephone:    (312)346-1973
                                           Facsimile:    (312) 346-8242