IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RODICA WAIVIO, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ADVOCATE HEALTH CARE NETWORK, )<br>ADVOCATE MEDICAL GROUP, ADVOCATE )<br>HEALTH AND HOSPITAL CORPORATION; )<br>ADVOCATE LUTHERAN GENERAL )<br>HOSPITAL; IAN JASENOF, Individual and )<br>Employee; JENNIFER TORRES, Individual and )<br>Employee; DANIEL PESCH, Individual and )<br>Employee; THOMAS IANNUCCI, Individual and )<br>Employee; RAPISARDA JOHN; Individual and )<br>Employee; FERTILITY CENTER OF )<br>ILLINOIS AND KARANDE & ASSOCIATES, )<br>)<br>Defendants. ) | No. 07 CV 6690<br><br>JUDGE RONALD A. GUZMAN |

**MOTION TO JOIN DEFENDANTS ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF. M.D., JENNIFER TORRES,CMA, DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., AND BRUCE PIELET, M.D.'S MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT**

NOW COME the Defendants, FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D., (incorrectly sued as Rapisarda John) by and through their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN AND DICKER, LLP, move this Honorable Court leave for leave to join Defendants Advocate Health Care Network, Advocate Medical Group, Advocate Health & Hospitals Corporation, Advocate Lutheran General Hospital, Ian Jasenof, M.D., Jennifer Torres, CMA, Daniel Pesch, M.D., Thomas Iannucci, M.D., and Bruce Pielet, M. D.'s Motion to Strike Plaintiff's Amended Complaint.

486594.1

WHEREFORE, these Defendants, FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D., (incorrectly sued as Rapisarda John) respectfully pray that this Honorable Court grant them leave to join Defendant Advocate Health Care Network, et. al.'s Motion to Strike.

Respectfully submitted:

**FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D. (incorrectly sued as Rapisarda John)**

By: /s/Joanne Ciminera
　　　One of their attorneys

Michael L. Vittori, Esq.
Joanne Ciminera, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North LaSalle Street-Suite 2600
Chicago, Illinois 60602
Telephone: (312) 704-0550
Facsimile: (312) 704-1522

486594.1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 5, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following, and also overnight mailed to the Plaintiff, at the address below:

**Plaintiff –Pro Se**
Rodica Waivio
1325 Baldwin Court, Apt. 2A
Palatine, Illinois 60074
Telephone: 847-963-0231
Fax: 847-963-0231

**Attorneys for Karande & Associates, S.C. & Vishvanth C. Karande, M.D.**
Kim M. Heffernan, Esq.
Edward H. Nielsen, Esq.
Pretzel & Stouffer, Chtd.
1 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Telephone: 312-346-1973
Fax: 312-346-8242

**Attorneys for Advocate Healthcare, et al.**
Anjali Dayal, Esq.
McBreen, Kopko & Dayal
20 North Wacker Drive, Suite 2520
Chicago, IL 60606
Telephone: (312) 332-6405
Fax: (312) 332-2657

Parties may access this filing through the Court's system.

                                                         /s/ Joanne Ciminera

486594.1