IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,                        )
Plaintiff,                            )
                                      )   Case NO: 07-C-6690
v.                                    )   HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK,         )   RONALD A GUZMAN
                                      )

ET ALL Defendants.

## NOTICE OF MOTION

TO:
Gail Haseroucke (ADVOCATE CARE AGENT)
2025 Windsor Dr
Oak Brook IL 60523

Please take note that on 04/25/08 ,at 9:30 RODICA WAIVIO the Plaintiff of this will appear before Hon Judge RONALD A GUZMAN sitting in the room 1219 in the Dirksen Federal Building,219 S. Dearborn Street, Chicago IL 60604, and presents **MOTION** a copy of which is hereby served upon you.
Date 04/25/08
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

### CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by mail
Date: 04/25/08

Rodica Waivio

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODICA WAIVIO, ) | |
| Plaintiff, ) | Case NO: 07-C-6690 |
| v. ) | HONORABLE JUDGE |
| ADVOCATE HEALTH CARE NETWORK, ) | RONALD A GUZMAN |
| ET ALL Defendants. | |

## MOTION

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her Motion, respectfully states the followings:

1. Plaintiff had filed a complaint 01/16/08
2. Pursuant to Rule 15 FRCP plaintiff respectfully requests to this Hon Court to allow Amendment to complaint filed 01/16/08.
3. Plaintiff gives to Hon Court and each defendants a copy of "Amended complaint" a proposal for amendment before hearing.
4. Pursuant to Rule 6 FRCP plaintiff respectfully request to allow a further amendment after acceptance of "Amended complaint" as to provide a shorter version of this amendment.
5. Plaintiff acknowledges due to limitations in time which were acknowledged on 04/10/08 Waivio had no time to reduce in size or to correct matters in proposed complaint. This complaint may be necessary to be corrected or modified however plaintiff does not know exactly what are the necessary corrections other than reduction.

WHEREFORE RODICA WAIVIO respectfully requests that this Hon Court grant her motion, and grant Plaintiff all relief deemed appropriate under law.

Submitted, By Plaintiff, Rodica Waivio            04/25/08
Address: 1325 Baldwin Ct Apt 2A
         Palatine IL 60074