EHN/KMH
# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RODICA WAIVIO,

    Plaintiff,

vs.

ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH AND HOSPITAL CORPORATION; ADVOCATE LUTHERAN GENERAL HOSPITAL; IAN JASENOF, Individual and Employee; JENNIFER TORRES, Individual and Employee; DANIEL PESCH, Individual and Employee; THOMAS IANNUCCI, Individual and Employee; VISHVANATH KARANDE, Individual and Employee; RAPISARDA JOHN; Individual and Employee; FERTILLITY CENTER OF ILLINOIS AND KARANDE & ASSOCIATES,

    Defendants.

No.   07 CV 6690

HONORABLE JUDGE:
RONALD A. GUZMAN

## NOTICE OF MOTION

TO:   See attached service list

On Tuesday, May 13, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman, or any judge sitting in his stead, in the courtroom usually occupied by him in the Dirksen Federal Building, Chicago, Illinois and shall then and there present the attached Amended Motion to Join and Adopt Defendants Advocate Health Care Network, Advocate Medical Group, Advocate Health & Hospitals Corporation, Advocate Lutheran General Hospital, Ian Jasenof, M.D., Jennifer Torres, CMA, Daniel Pesch, M.D., Thomas Iannucci, M.D., and Bruce Pielet, M.D.'s Memorandum in Opposition to Plaintiff's Motion to Amend.

                              PRETZEL & STOUFFER, CHARTERED,

                              By: s/Edward H. Nielsen
                              One of the Attorneys for the Defendants

Edward H. Nielsen/Bar No.: 0252296
enielsen@pretzel-stouffer.com
*Attorneys for Defendants, Vishvanath C. Karande, M.D.*
   *and Karande & Associates, S.C.*
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606-4673
Telephone:    (312)346-1973

# Certificate of Service

The undersigned hereby certifies that a copy of the foregoing Notice of Motion was served via the Court's electronic filing system upon the following and also mailed to the plaintiff, at the address below, this 7th day of May, 2008.

<u>Plaintiff-Pro Se</u>
Rodica Waivio
1325 Baldwin Court
Apt. 2A
Palatine, IL 60074
(847) 963-0231

<u>Attorneys for Fertility Centers of IL, S.C. and John Rapisarda, M.D.</u>
Jamie L. Filipovic
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North Lasalle Street
Suite 2600
Chicago, IL 60602
(312) 704-0550
(312) 704-1522 (Fax)

<u>Attorneys for Advocate Healthcare, et. al.</u>
Anjali Dayal
McBreen, Kopko & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois 60606
(312) 332-6405
(312) 332-2657 (Fax)

s/Edward H. Nielsen
Edward H. Nielsen/Bar No.: 0252296
enielsen@pretzel-stouffer.com
PRETZEL & STOUFFER, CHARTERED
*Attorneys for Defendant*
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606-4673
Telephone:	(312)346-1973
Facsimile:	(312) 346-8242