IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODICA WAIVIO,<br>　　　　Plaintiff<br><br>v.<br><br>ADVOCATE HEALTH CARE NETWORK,<br>ADVOCATE MEDICAL GROUP, ADVOCATE<br>HEALTH & HOSPITAL CORPORATION,<br>ADVOCATE LUTHERAN GENERAL HOSPITAL,<br>IAN JASENOF, individual and employee,<br>JENNIFER TORRES, individual and employee,<br>DANIEL PESCH, individual and employee,<br>THOMAS IANNUCCI, individual and employee,<br>RAPISARDA JOHN, individual and employee,<br>FERTILITY CENTER OF ILLINOIS<br>　AND KARANDE & ASSOCIATES,<br><br>　　　　Defendants. | Case No.: 07-CV-6690<br><br>Judge Ronald A. Guzman |

**MOTION TO JOIN AND ADOPT DEFEDANTS' ADVOCATE HEALTH CARE NETWORK, et al.'s, MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND**

NOW COME Defendants, Fertility Centers of Illinois, S.C. (incorrectly sued herein as Fertility Center of Illinois) and John Rapisarda, M.D., (incorrectly sued herein as Rapisarda John) by and through their attorneys, WILSON ELSER MOSKOWITZ EDELMAN AND DICKER, LLP, and moves this Honorable Court for leave to join and adopt Defendants Advocate Health Care Network, Advocate Medical Group, Advocate Health & Hospitals Corporation, Advocate Lutheran General Hospital, Ian Jasenof, M.D., Jennifer Torres, CMA, Daniel Pesch, M.D., Thomas Iannucci, M.D., and Bruce Pielet, M.D.'s Memorandum in Opposition to Plaintiff's Motion to Amend. In support thereof:

1.　　Defendants Advocate Health Care Network, et al., ("ADVOCATE") timely filed a Memorandum in Opposition to Plaintiff's Motion for Leave to Amend ("Memorandum") on May 6, 2008.

487528.1

2. Fertility Centers of Illinois, S.C. and John Rapisarda, M.D.'s counsel has reviewed ADVOCATE's Memorandum and asserts that the Memorandum is applicable to all defendants and the issues in dispute against Fertility Centers of Illinois, S.C. and John Rapisarda, M.D. are thoroughly addressed in ADVOCATE's Memorandum.

3. There is no prejudice to any party by allowing Fertility Centers of Illinois, S.C. and John Rapisarda, M.D. to join and adopt ADVOCATE's Memorandum which alleviates repetitive argument and duplicative briefing.

WHEREFORE, Defendants, Fertility Centers of Illinois, S.C. and John Rapisarda, M.D. pray that this Honorable Court allow them to join and adopt Advocate Health Care Network, et al.'s Memorandum in Opposition to Plaintiff's Motion to Amend.

Respectfully submitted:

**FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D. (incorrectly sued as Rapisarda John)**

By: /s/Joanne Ciminera
    One of their attorneys

Michael L. Vittori, Esq.
Joanne Ciminera, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North LaSalle Street-Suite 2600
Chicago, Illinois 60602
Telephone: (312) 704-0550
Facsimile: (312) 704-1522

487528.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 8, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following, and also overnight mailed to the Plaintiff, at the address below:

**Plaintiff –Pro Se**
Rodica Waivio
1325 Baldwin Court, Apt. 2A
Palatine, Illinois 60074
Telephone: 847-963-0231
Fax: 847-963-0231

**Attorneys for Karande & Associates, S.C. & Vishvanth C. Karande, M.D.**
Kim M. Heffernan, Esq.
Edward H. Nielsen, Esq.
Pretzel & Stouffer, Chtd.
1 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Telephone: 312-346-1973
Fax: 312-346-8242

**Attorneys for Advocate Healthcare, et al.**
Anjali Dayal, Esq.
McBreen, Kopko & Dayal
20 North Wacker Drive, Suite 2520
Chicago, IL 60606
Telephone: (312) 332-6405
Fax: (312) 332-2657

---

Parties may access this filing through the Court's system.

                /s/ Joanne Ciminera

487528.1