IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODICA WAIVIO,<br>　　　　　Plaintiff<br><br>v.<br><br>ADVOCATE HEALTH CARE NETWORK,<br>ADVOCATE MEDICAL GROUP, ADVOCATE<br>HEALTH & HOSPITAL CORPORATION,<br>ADVOCATE LUTHERAN GENERAL HOSPITAL,<br>IAN JASENOF, individual and employee,<br>JENNIFER TORRES, individual and employee,<br>DANIEL PESCH, individual and employee,<br>THOMAS IANNUCCI, individual and employee,<br>RAPISARDA JOHN, individual and employee,<br>FERTILITY CENTER OF ILLINOIS, AND<br>KARANDE & ASSOCIATES,<br><br>　　　　　Defendants. | Case No.: 07-CV-6690<br><br>Judge Ronald A. Guzman |

## NOTICE OF MOTION

To:　See attached service list.

PLEASE TAKE NOTICE that on Tuesday, the 13th day of May, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman or any other Judge sitting in his place or stead in Room 1219 of the U.S. Courthouse, 219 S. Dearborn, Chicago, Illinois, and then and there present the attached Defendants' Fertility Centers of Illinois, S.C. (incorrectly sued herein as Fertility Center of Illinois) and John Rapisarda, M.D.'s (incorrectly sued herein as Rapisarda John) Motion to Join and Adopt Defendants' Advocate Health Care Network, et al.'s Memorandum in Opposition to Plaintiff's Motion to Amend.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D. (incorrectly sued as Rapisarda John)**

　　　　　　　　　　　　　　　　　　　　By:　/s/Joanne Ciminera
　　　　　　　　　　　　　　　　　　　　　　　One of their attorneys

Michael L. Vittori, Esq.
Joanne Ciminera, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North LaSalle Street-Suite 2600
Chicago, Illinois 60602
*Telephone: (312) 704-0550　*Facsimile: (312) 704-1522

487484.1

## CERTIFICATE OF SERVICE

       I hereby certify that on May 8, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following, and also overnight mailed to the Plaintiff, at the address below:

**Plaintiff – Pro Se**
Rodica Waivio
1325 Baldwin Court, Apt. 2A
Palatine, Illinois 60074
Telephone: 847-963-0231
Fax: 847-963-0231

**Attorneys for Karande & Associates, S.C. & Vishvanth C. Karande, M.D.**
Kim M. Heffernan, Esq.
Edward H. Nielsen, Esq.
Pretzel & Stouffer, Chtd.
1 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Telephone: 312-346-1973
Fax: 312-346-8242

**Attorneys for Advocate Healthcare, et al.**
Anjali Dayal, Esq.
McBreen, Kopko & Dayal
20 North Wacker Drive, Suite 2520
Chicago, IL 60606
Telephone: (312) 332-6405
Fax: (312) 332-2657

Parties may access this filing through the Court's system.

                                                     /s/ Joanne Ciminera

487484.1