

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO, )
Plaintiff, ) Case NO: 07-C-6690
v. ) HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, ) RONALD A GUZMAN

ET ALL Defendants.

<u>NOTICE</u> **Emergent Response**

TO:
**Joanne Ciminera**
Wilson Elser
120 North LaSalle Street-Suit 2600
Chicago IL 60602
**Edward Nielsen**
One South Wacker Drive Suit 2500
Chicago IL 60606-4673
**Anjali Dayal**
20N Wacker Dr Suit 2520
Chicago IL 60606

Please take note that on 05/06/08 RODICA WAIVIO the Plaintiff of this submitted in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago IL 60604, **Emergent Response to Advocate Motion for Strike** a copy of which is hereby served upon you.
Date 05/06/08
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by fax on 05/05/08 and e-mail, electronic mail
Date: 05/06/08
Rodica Waivio

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO, )
Plaintiff, ) Case NO: 07-C-6690
v. ) HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, ) RONALD A GUZMAN

ET ALL Defendants.



**Emergent Response to Advocate Motion for Strike**

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her Emergent Response to Motions for Strike, respectfully states the followings:

Advocate on 05/01/08, Karande on 05/02/08 and Rapisarda on 05/05/08, requested "strike the Amended Complaint filed April 25, 2008 and order that April 25, 2008 of Court permit briefing and ruling on the Plaintiff's Motion to Amend stands"

**Plaintiff respectfully requests** court to declare Amended Complaint of 04/25/08 as accepted by defendants and any further submission is response to Amended Complaint filed April 25, 2008. Plaintiff respectfully requests court to deny Defendants' motions to strike as moot. Plaintiff respectfully requests court to order defendants to respond to Amended Complaint of 04/25/08.

**Short Argument**

Defendants requested "April 25, 2008 Order permitting briefing and ruling on the Motion to Amend stand". This means that there are issues of facts and laws which are not in complaint of 01/16/08 which implies defendants affirm Motion to Amend 04/25/08, which means Amended Complaint of 04/25/08 was accepted. Defendants affirmed Motion to Amend. Any further submission is response to Amended Complaint filed April 25, 2008. Plaintiff respectfully requests court to order defendants to respond to Amended Complaint of 04/25/08.

**Waivio's Pro Se response:**

In pro se cases the "amended complaint" is briefing in any issues of law or fact raised by defendants, therefore defendants' request for briefing in procedure is same as request for "Amended Complaint 04/25/08 to stand".

"Amended complain of 04/25/08" is the Waivio's briefing pursuant order April 25, 2008, therefore defendants request "order that April 25, 2008 of Court permit briefing" means "permit Amended Complaint 04/25/08 to stand" implies court is unable to strike "Amended Complaint of 04/25/08", because it is Waivio's briefing in order 04/25/08. Shortly Motion to strike is moot. Order of April 25, 2008 is based on "Amended Complaint 04/25/08", striking "Amended Complaint 04/25/08" means striking "Motion to Amend", therefore striking the order of April 25, 2008.

Issue about counselors introduced new transactions comparative to complaint of 01/16/08, striking these means again to strike "Motion to Amend" or such motion has no object of further discussion. Shortly court is unable to strike "Amended complain of 04/25/08" because this is the argument of motion to Amend and any strike will result in prejudice of Motion to Amend therefore of order April 25, 2008, while defendants request such order to stand implies "Amended Complaint 04/25/08 to stand".

Plaintiff responds to defendants' motion to strike by repeating and realeging "Amended Complaint 04/25/08" as response to defendants issues in law or fact.

*PartI*

1. Motion to strike of Advocate is moot, because court on 04/25/08 in open court gave permission to Waivio to serve pleadings on defendants and for this to be entered on record of case. Defendants motion is after acceptance of pleadings in open court therefore it is moot. It is false "Court did not grant the motion", or "it was filed without leave of court" and it does not violate any court order but contrary it is the order.

2. Order 04/25/08 and submission [57] are in same alternative. Suppose that submission was not made to parties than there was not such order, therefore Waivio pleadings and order are related Pursuant Rule 8(e)(2) and striking the Waivio's pleadings implying striking the order 04/25/08; however defendants request "permit April 25,2008 Order" therefore mooting request for strike; Defendants request to permit order 04/25/08 implies impossibility of court to strike such document till at ruling of court.

3. Motion Strike is moot because it is impossible in same time to strike document [57] and to permit order of 04/25/08, pursuant Rule 8(e)(2) requests made to court are opposite

3

and can not be true in same time, therefore request to strike is moot; request to permit order 04/25/08 implied request to permit Amended Complaint 04/25/08; this denies "Amended complaint is prejudicial to defendants and their attorney" because attorneys themselves ask court to permit Amended Complaint when they asked to permit order 04/25/08.

*Part II*

4. Plaintiff had filed a complaint 01/16/08
5. Pursuant to Rule 15 FRCP plaintiff submitted Motion to Amend complaint on 04/25/08.
6. On 04/25/08 in open court Plaintiff requested permission from court to serve pleadings upon defendants; Court granted Waivio permission to serve pleadings on defendants in open court and plaintiff served document docket [57] on defendants in open court.
7. On 04/25/08 in open court defendants did not object to Waivio submission of pleadings therefore they accepted pleadings. Dayal had informed court that they intend to file response to motion which in essence was a previous response desired to be filed in as acknowledged in hearing from 03/20/08; Dayal interpreted Waivio submission as Waivio pleadings in support of action, therefore Dayal admitted. Motion to strike is moot because Waivio's pleadings were accepted by defendants in open court.

**Conclusion**

**Plaintiff respectfully requests** court to declare Amended Complaint of 04/25/08 as accepted by defendants and any further submission is response to Amended Complaint filed April 25, 2008. Plaintiff respectfully requests court to deny Defendants' motions to strike as moot. Plaintiff respectfully requests court to order defendants to respond to Amended Complaint of 04/25/08.

WHEREFORE RODICA WAIVIO respectfully requests that this Hon Court deny Defendants' motions to strike, and declare Amended Complaint of 04/25/08 as accepted by defendants and any further submission is response to Amended Complaint filed April 25, 2008, and furthermore grant Plaintiff all relief deemed appropriate under law.    *Rodica Waivio*

Submitted, By Plaintiff, Rodica Waivio        05/06/08
Address: 1325 Baldwin Ct Apt 2A
Palatine IL 60074

Waivio aknowledges that fax 847 963 0231 is not valid fax for submission from defendants to Waivio, fax does not receives signal from outside. Do not fax submissions to Waivio

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RODICA WAIVIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 07 CV 6690 |
| ADVOCATE HEALTH CARE NETWORK, ) | |
| ADVOCATE MEDICAL GROUP, ADVOCATE ) | JUDGE RONALD A. GUZMAN |
| HEALTH AND HOSPITAL CORPORATION; ) | |
| ADVOCATE LUTHERAN GENERAL ) | |
| HOSPITAL; IAN JASENOF, Individual and ) | |
| Employee; JENNIFER TORRES, Individual and ) | |
| Employee; DANIEL PESCH, Individual and ) | |
| Employee; THOMAS IANNUCCI, Individual and ) | |
| Employee; RAPISARDA JOHN; Individual and ) | |
| Employee; FERTILITY CENTER OF ) | |
| ILLINOIS AND KARANDE & ASSOCIATES, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO JOIN DEFENDANTS ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF, M.D., JENNIFER TORRES, CMA, DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., AND BRUCE PIELET, M.D.'S MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT**

NOW COME the Defendants, FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D., (incorrectly sued as Rapisarda John) by and through their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN AND DICKER, LLP, move this Honorable Court leave for leave to join Defendants Advocate Health Care Network, Advocate Medical Group, Advocate Health & Hospitals Corporation, Advocate Lutheran General Hospital, Ian Jasenof, M.D., Jennifer Torres, CMA, Daniel Pesch, M.D., Thomas Iannucci, M.D., and Bruce Pielet, M. D.'s Motion to Strike Plaintiff's Amended Complaint.

486594.1

WHEREFORE, these Defendants, FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D., (incorrectly sued as Rapisarda John) respectfully pray that this Honorable Court grant them leave to join Defendant Advocate Health Care Network, et. al.'s Motion to Strike.

    Respectfully submitted:

    **FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D. (incorrectly sued as Rapisarda John)**

    By:  /s/Joanne Ciminera
          One of their attorneys

Michael L. Vittori, Esq.
Joanne Ciminera, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North LaSalle Street-Suite 2600
Chicago, Illinois 60602
Telephone: (312) 704-0550
Facsimile: (312) 704-1522

486594.1

### CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following, and also overnight mailed to the Plaintiff, at the address below:

**Plaintiff – Pro Se**
Rodica Waivio
1325 Baldwin Court, Apt. 2A
Palatine, Illinois 60074
Telephone: 847-963-0231
Fax: 847-963-0231

**Attorneys for Karande & Associates, S.C. & Vishvanth C. Karande, M.D.**
Kim M. Heffernan, Esq.
Edward H. Nielsen, Esq.
Pretzel & Stouffer, Chtd.
1 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Telephone: 312-346-1973
Fax: 312-346-8242

**Attorneys for Advocate Healthcare, et al.**
Anjali Dayal, Esq.
McBreen, Kopko & Dayal
20 North Wacker Drive, Suite 2520
Chicago, IL 60606
Telephone: (312) 332-6405
Fax: (312) 332-2657

Parties may access this filing through the Court's system.

/s/ Joanne Ciminera

486594.1

EHN/KMH

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RODICA WAIVIO, <br><br> Plaintiff, <br><br> vs. <br><br> ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH AND HOSPITAL CORPORATION; ADVOCATE LUTHERAN GENERAL HOSPITAL; IAN JASENOF, Individual and Employee; JENNIFER TORRES, Individual and Employee; DANIEL PESCH, Individual and Employee; THOMAS IANNUCCI, Individual and Employee; VISHVANATH KARANDE, Individual and Employee; RAPISARDA JOHN; Individual and Employee; FERTILLITY CENTER OF ILLINOIS AND KARANDE & ASSOCIATES, <br><br> Defendants. | No. 07 C 6690 <br><br> HONORABLE JUDGE: RONALD A. GUZMAN |

## MOTION TO JOIN DEFENDANTS ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF, M.D., JENNIFER TORRES, CMA, DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., AND BRUCE PIELET, M.D.'S MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT

NOW COME the Defendants, Vishvanath C. Karande, M.D. and Karande & Associates, S.C. by and through their attorneys, Pretzel & Stouffer, Chartered, and moves this Honorable Court for leave to join Defendants Advocate Health Care Network, Advocate Medical Group, Advocate Health & Hospitals Corporation, Advocate Lutheran General Hospital, Ian Jasenof, M.D., Jennifer Torres, Cma, Daniel Pesch, M.D., Thomas Iannucci, M.D., and Bruce Pielet, M.D.'s Motion to Strike Plaintiff's Amended Complaint.

WHEREFORE, these Defendants, Vishvanath C. Karande, M.D. and Karande & Associates, S.C. pray that this Honorable Court grant them leave to join Defendant Advocate Health Care Network, et. al.'s Motion to Strike.

Respectfully submitted,

PRETZEL & STOUFFER, CHARTERED,

By: S/ Edward H. Nielsen
One of the Attorneys for the Defendants

Edward H. Nielsen/Bar No.: 0252296
enielsen@pretzel-stouffer.com
PRETZEL & STOUFFER, CHARTERED
*Attorneys for Defendants, Vishvanath C. Karande, M.D. and Karande & Associates, S.C.*
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606-4673
Telephone:   (312)346-1973
Facsimile:   (312) 346-8242

# Certificate of Service

The undersigned hereby certifies that a copy of the foregoing Motion to Join Defendants' Motion to Strike was served via the Court's electronic filing system upon the following and also mailed to the plaintiff, at the address below, this 2nd day of May, 2008.

Plaintiff-Pro Se
Rodica Waivio
1325 Baldwin Court
Apt. 2A
Palatine, IL 60074
(847) 963-0231

Attorneys for Fertility Centers of IL, S.C. and John Rapisarda, M.D.
Jamie L. Filipovic
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North Lasalle Street
Suite 2600
Chicago, IL 60602
(312) 704-0550
(312) 704-1522 (Fax)

Attorneys for Advocate Healthcare, et. al.
Anjali Dayal
McBreen, Kopkp & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois 60606
(312) 332-6405
(312) 332-2657 (Fax)

S/Edward H. Nielsen
Edward H. Nielsen/Bar No.: 0252296
enielsen@pretzel-stouffer.com
PRETZEL & STOUFFER, CHARTERED
*Attorneys for Defendant*
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606-4673
Telephone:   (312)346-1973
Facsimile:   (312) 346-8242

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODICA WAIVIO, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 07-C-6690 ) |
| ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH AND HOSPITAL CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF, individual and employee, JENNIFER TORRES, individual and employee, DANIEL PESCH, individual and employee, THOMAS IANNUCCI, individual and employee, BRUCE PIELTE, individual and employee, VISHVANATH KARANDE, individual employee, JOHN RAPISARDA, M.D., individual and employee, FERTILITY CENTERS OF ILLINOIS, S.C., KARANDE & ASSOCIATES, | ) HONORABLE JUDGE ) Ronald A. Guzman ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF, M.D., JENNIFER TORRES, CMA, DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., AND BRUCE PIELET, M.D.'S MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT FILED ON APRIL 25, 2008**

The Defendants, ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF, M.D., JENNIFER TORRES, CMA, DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., and BRUCE PIELET, M.D., by their attorneys, MCBREEN, KOPKO & DAYAL, move this Honorable Court for the entry of an Order striking the Plaintiff's Amended Complaint filed on April 25, 2008 and permit the April 25, 2008 Order of this Court to stand. In support of this motion Defendants state as follows:

1. On April 25, 2008, the plaintiff, Rodica Waivio, appeared before this Court on plaintiff's Motion to Amend the Complaint. This Court did not grant the Motion but rather, entered a briefing schedule and permitted defendants until May 6, 2008 to file responses to the plaintiff's motion. The Court also granted the plaintiff time to file a reply brief and stated that a written ruling would be issued on the plaintiff's motion. *This Court's Order of April 25, 2008 is attached as Exhibit A.*

2. Despite the Court's Order, the plaintiff filed the Amended Complaint on April 25, 2008. The Amended Complaint should be stricken because it was filed without leave of Court and in violation of the Court's order. *The Docket Report and Plaintiff's April 25, 2008 File Stamped Complaint are Attached as Exhibit B.* In addition, the filing of this Amended Complaint is highly prejudicial to the defendants and their attorneys. The plaintiff has named counsel for all defendants in the purported amended pleading and set forth disparaging allegations against counsel. The defendants require the opportunity to file a written response objecting to the filing of this proposed Amended Complaint particularly in light of the defamatory allegations against counsel. Instead of following the Court's order, the plaintiff simply filed her Amended Complaint to the detriment of the defendants and their lawyers.

3. A court may strike a pleading upon the request of any party. *F.R.C.P. 12(f)*. Rule 15(a) governs amendment of pleadings and where a plaintiff does not have leave to amend a Complaint, the Complaint should be stricken. *F.R.C.P. 15(a)*.

4. Because the plaintiff has violated this Court's Order and filed the Amended Complaint without leave of Court, the defendants request that the Amended Complaint, filed on April 25, 2008 be stricken and that the April 25, 2008 Order permitting briefing and ruling on the Motion to Amend stand.

WHEREFORE, ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF, M.D., JENNIFER TORRES, CMA, DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., and BRUCE PIELET, M.D., respectfully request that this Honorable Court strike the Amended Complaint filed on April 25, 2008 and order that the April 25, 2008 Order of this Court permitting briefing and ruling on the Plaintiff's Motion to Amend stand.

    Respectfully submitted,

    **McBREEN, KOPKO & DAYAL**
    Attorneys for Advocate Health Care
    Network, et al

    By: /s/ Anjali Dayal
        One of their attorneys

Anjali Dayal
McBreen, Kopko & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois 60606
312-332-6405

3

### CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following and also by mail (with exhibits) and facsimile (without exhibits) to the Pro Se Plaintiff:

**Plaintiff – Pro Se**
Rodica Waivio
1325 Baldwin Court, Apt. 2A
Palatine, Illinois  60074
Telephone:  847-963-0231
Fax: 847-963-0231

**Attorneys for Karande & Associates**
**& M.D. Vishvanth Karande**
Kim M. Heffernan, Esq.
Pretzel & Stouffer, Chtd.
1 South Wacker Drive, Suite 2200
Chicago, Illinois  60606
Telephone:  312-346-1973
Fax:  312-346-8242

**Attorneys for Fertility Centers of Illinois, S.C. and John Rapisarda, M.D.**
Jamie L. Filipovic
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North LaSalle Street
Suite 2600
Chicago, IL 60602
Telephone: 312-704-0550 x106
Fax: 312-704-1522

Parties may access this filing through the Court's system.

                              Attorneys for Advocate Health Care
                              Network, et al

                              /s/ Anjali Dayal
                              One of their attorneys

Anjali Dayal
McBreen, Kopko & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois  60606
312-332-6405