UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Rodica Waivio

                Plaintiff,

v.                                                               Case No.: 1:07−cv−06690
                                                                Honorable Ronald A. Guzman

Advocate Health Care Network, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 12, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman: Motion by Defendants Vishvanth Karande, Karande & Associates to join Defendant Advocates Motion to Strike [60] is granted. Motion by Defendants Rapisarda John, Fertility Center of Illinois to join Defendants' Advocate Health Care Network, et al.'s Motion to Strike [62] is granted. Motion by Defendants Vishvanth Karande, Karande & Associates to join and adopt Defendants Advocate Health Care Network, et al Memorandum in Opposition to Plaintiff's Motion to Amend [66] is granted. Motion by Defendants Vishvanth Karande, Karande & Associates to join Defendant Advocate Health Care, et. al. Memorandum in Opposition to Plaintiff's Motion to Amend [67] is granted. Motion by Defendants Rapisarda John, Fertility Center of Illinois to join and adopt Defendants' Advocate Health Care Network, et al's Memorandum in Opposition to Plaintiff's Motion to Amend [69] is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.