IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,            )
Plaintiff,                )  Case NO: 07-C-6690
        v.                )  HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK,  )  RONALD A GUZMAN

ET ALL Defendants.

NOTICE OF

TO:
**Joanne Ciminera**
Wilson Elser
120 North LaSalle Street-Suit 2600
Chicago IL 60602
**Edward Nielsen**
One South Wacker Drive Suit 2500
Chicago IL 60606-4673
**Anjali Dayal**
20N Wacker Dr Suit 2520
Chicago IL 60606

FILED
MAY 09 2008 YM
May 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Please take note that on May 13, 2008 at 9:30am I shall appear before Hon Ronald Gutman and present Response to Motion to Join Request for Judgment Plaintiff's favor Request Enforce*

Please take note that on 05/09/08 RODICA WAIVIO the Plaintiff of this submitted in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago IL 60604, a copy of which is hereby served upon you.   *Pleadings*
Date 05/09/08
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by fax on 05/09/08 and e-mail
Date: 05/09/08
Rodica Waivio

*Rodica Waivio*

1