**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Rodica Waivio
                                    Plaintiff,

v.                                                    Case No.: 1:07−cv−06690
                                                      Honorable Ronald A. Guzman

Advocate Health Care Network, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

    MINUTE entry before Judge Honorable Ronald A. Guzman: Motion hearing held on 5/13/2008. Motion by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to strike Plaintiff's Amended Complaint filed 4/25/2008 [58] is granted. Request by Plaintiff for judgment in the plaintiff's favor, to enforce defendants, or for preliminary injunction with response to motions to join Advocate Memorandum and Resonse to Motions for strike.[74] is stricken. Briefing schedule previously set regarding Plaintiff's motion for leave to file amended complaint [55] remains in place. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.