## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 cv 6690 |
|---|---|

Rodica Waivio,
       Plaintiff,
v.
Fertility Center of Illinois, Rapisarda John, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Fertility Centers of Illinois, S.C. (incorrectly sued as Fertility Centers of Illinois) and John Rapisarda, M.D. (incorrectly sued as Rapisarda John)

| | |
|---|---|
| **NAME (Type or print)**<br>Michael L. Vittori | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>    s/ Michael L. Vittori | |
| **FIRM**<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP | |
| **STREET ADDRESS**<br>120 North LaSalle Street | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60602 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6192073 | TELEPHONE NUMBER<br>(312) 704-0550, Ext. 184 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐