EHN/KMH

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RODICA WAIVIO,

    Plaintiff,

vs.

ADVOCATE HEALTH CARE NETWORK,
ADVOCATE MEDICAL GROUP, ADVOCATE
HEALTH AND HOSPITAL CORPORATION;
ADVOCATE LUTHERAN GENERAL HOSPITAL;
IAN JASENOF, Individual and Employee; JENNIFER
TORRES, Individual and Employee; DANIEL PESCH,
Individual and Employee; THOMAS IANNUCCI,
Individual and Employee; VISHVANATH KARANDE,
Individual and Employee; RAPISARDA JOHN;
Individual and Employee; FERTILLITY CENTER OF
ILLINOIS AND KARANDE & ASSOCIATES,

    Defendants.

No. 07 C 6690

HONORABLE JUDGE:
RONALD A. GUZMAN

## EMERGENCY MOTION FOR PROTECTIVE ORDER AND SANCTIONS

NOW COME the Defendants, Vishvanath C. Karande, M.D. and Karande & Associates, S.C. by and through their attorneys, Pretzel & Stouffer, Chartered, and moves this Honorable Court for an order of protection and for sanctions against Plaintiff. In support thereof, states as follows:

1. Plaintiff filed a complaint against Dr. Karande and Karande & Associates, alleging that in February or March 2007, he failed to follow her request to use scissors during a hysterscopy procedure and left scar tissue in her uterus as a result of the procedure.

2. These Defendants have an objection to Plaintiff's request for leave to file an amended complaint, which is in the process of being ruled on by this Court. These Defendants have also filed a motion to dismiss Plaintiff's complaint which is on hold because of Plaintiff's request to file an

amended complaint.

3. On June 6, 2008 at approximately 2:02 p.m., Plaintiff entered Dr. Karande's offices and began to review baby books kept in the waiting area. The receptionist, Christina Hernandez, inquired as to whether Plaintiff had an appointment or if she could assist her with anything. After some time, Plaintiff demanded her records. Ms. Hernandez handed Plaintiff a release form. (See the affidavit of Christina Hernandez, attached hereto as Exhibit A.)

4. At about 2:50 p.m., a nurse in Dr. Karande's practice, Jennifer Moroniak, also saw that the Plaintiff was writing down information from the baby books onto a piece of paper. Ms. Moroniak saw that on the paper were names and dates. Ms. Moroniak requested that the Plaintiff give her the piece of paper with the information from the baby books but the Plaintiff refused. (See the affidavit of Jennifer Moroniak attached hereto as Exhibit B.)

5. The police were called because the Plaintiff refused to leave and refused to turn over the piece of paper. Plaintiff ran out of the office before the police arrived with the piece of paper she used for note taking. Plaintiff left on a chair in the office a request for documents. (See Exhibit B and see Plaintiff's request for certain documents attached hereto as Exhibit C.)

6. Dr. Karande and his practice are represented by counsel in this matter. Plaintiff is prohibited from directly contacting any Defendant represented by counsel. If Plaintiff is interested in specific discovery information from Dr. Karande and his practice she should request such information formally through their counsel in the form of written discovery. To contact any represented Defendant directly is an abuse of conduct.

5. Dr. Karande and his business practice are at great risk of harm financially and otherwise, by Plaintiff unlawfully entering the practice, removing names and potentially contacting

Dr. Karande's clients or former clients.

  6. Conduct determined abusive is the appropriate subject matter for a motion for sanctions. *Ladien v. Astachen*, 128 F.3d 1051 (7th Cir. 1997). A pro se plaintiff's effort to contact an opposing party along with other discovery abuses serves as a basis for dismissal of a complaint.

  WHEREFORE, these Defendants, Vishvanath C. Karande, M.D. and Karande & Associates, S.C. pray that this Honorable Court dismiss this case with prejudice as a sanction for Plaintiff's abuse of conduct or enter any other sanction this Court deems just and further, these Defendants request entry of a protective order reflecting the following:

  1. Plaintiff be prohibited from contacting or communicating with any Defendant;

  2. Plaintiff be prohibited from appearing at the offices of any Defendant;

  3. Plaintiff turn over all information taken from Karande & Associates offices on June 6, 2008;

  4. Plaintiff be prohibited from contacting any of the persons whose names she took from the baby books at Karande & Associates.

            Respectfully submitted,
            PRETZEL & STOUFFER, CHARTERED,

           By: S/ Edward H. Nielsen
             One of the Attorneys for the Defendants

Edward H. Nielsen/Bar No.: 0252296
enielsen@pretzel-stouffer.com
PRETZEL & STOUFFER, CHARTERED
*Attorneys for Defendants, Vishvanath C. Karande, M.D.*
*and Karande & Associates, S.C.*
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606-4673
Telephone: (312)346-1973
Facsimile: (312) 346-8242

# Certificate of Service

      The undersigned hereby certifies that a copy of the foregoing Emergency Motion for Protective Order and Sanctions was served via the Court's electronic filing system upon the following and also sent via overnight delivery to the plaintiff and via facsimile, at the address below, this 9th day of June, 2008.

<u>Plaintiff-Pro Se</u>
Rodica Waivio
1325 Baldwin Court
Apt. 2A
Palatine, IL 60074
(847) 963-0231

<u>Attorneys for Fertility Centers of IL, S.C. and John Rapisarda, M.D.</u>
Jamie L. Filipovic
Michael L. Vittori
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North Lasalle Street
Suite 2600
Chicago, IL 60602
(312) 704-0550
(312) 704-1522 (Fax)

<u>Attorneys for Advocate Healthcare, et. al.</u>
Anjali Dayal
McBreen, Kopko & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois 60606
(312) 332-6405
(312) 332-2657 (Fax)

 

                                                           s/Edward H. Nielsen
                                                           Edward H. Nielsen/Bar No.: 0252296
                                                           enielsen@pretzel-stouffer.com
                                                           PRETZEL & STOUFFER, CHARTERED
                                                           *Attorneys for Defendant*
                                                           One South Wacker Drive, Suite 2500
                                                           Chicago, Illinois 60606-4673
                                                           Telephone:    (312)346-1973
                                                           Facsimile:     (312) 346-8242