# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RODICA WAIVIO,

      Plaintiff,

vs.

ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH AND HOSPITAL CORPORATION; ADVOCATE LUTHERAN GENERAL HOSPITAL; IAN JASENOF, Individual and Employee; JENNIFER TORRES, Individual and Employee; DANIEL PESCH, Individual and Employee; THOMAS IANNUCCI, Individual and Employee; VISHVANATH KARANDE, Individual and Employee; RAPISARDA JOHN; Individual and Employee; FERTILLITY CENTER OF ILLINOIS AND KARANDE & ASSOCIATES,

      Defendants.

No. 07 C 6690

HONORABLE JUDGE: RONALD A. GUZMAN

## AFFIDAVIT

I, Christina Hernandez, duly sworn, have personal knowledge to the following and am competent to testify to the matters stated herein:

1. I am a receptionist working at Karande & Associates.

2. On June 6, 2008, at approximately 2:00 p.m., I saw Rodico Waivio looking through baby books in the office waiting area and writing on a piece of paper.

3. I asked Rodico Waivio several times if she had an appointment or if there was something that I could help her with.

4. After some time, she requested that I provide her with all of her office records.

5. I gave Rodico Waivio an authorization form for the release of confidential health information.

6. Rodico Waivio filled out the form, signed it and returned it to me. (A copy of the authorization is attached hereto as Exhibit 1.)

7. I heard Jennifer Moroniak request Rodico Waivio to give her the piece of paper with

the handwritten notes on it.

8. I called the police and Rodico Waivio ran out of the office with the piece of paper.

**FURTHER AFFIANT SAYETH NOT**

_____
Christina Hernandez

2

**Karande & Associates, S.C.**

1585 N. Barrington Road, Suite 405
Hoffman Estates, IL 60194
Phone: (847) 884-8884
Fax: (847) 884-8093

# Authorization Form
## for Release of Confidential Health Information

I, __Rodica Waivic__, hereby authorize Karande and Associates, S.C. to release to:
(Name of Patient or Authorized Agent)

__1325 Baldwin CT Apt 2A Palatine IL 60074__
(Street Address, City, State and Zip Code)

the following information contained in the patient record of /_69_
__RODICA WAIVIO__ born __08/04/__ SS#_____
(Patient's Name)

- ☐ The entire medical record, *excluding* mental health treatment, alcoholism treatment, drug abuse treatment, and HIV/acquired immune deficiency syndrome (AIDS) records
- ☐ Mental Health Treatment Records
- ☐ Alcoholism Treatment Records
- ☐ Drug Abuse Treatment Records
- ☐ HIV/Acquired Immune Deficiency Syndrome (AIDS) Records
- ☐ Laboratory Reports
- ☐ X-ray Reports
- ☐ Operative Notes
- ☐ Other:

The above information for the following period of time shall be released:

From: _____ to _____.  __all records__
   (Date)       (Date)

The purpose(s) of the authorization is (are) -

I understand that I have the right to inspect and copy the information I have authorized to be disclosed by this authorization. In the event I refuse to authorize the release of the above-described information, I understand that it will not be disclosed, except as provided by law.

I understand that the practice may not condition treatment on whether I sign this authorization, except when the provision of health care is solely for the purpose of creating protected health information for disclosure to a third party.

I understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and may no longer be protected by law.

I understand that this authorization is valid until it expires, unless revoked before that.

I understand that I may revoke this authorization at any time by giving written notice to the physician of my desire to do so. I also understand that I will not be able to revoke this authorization in cases where the physician has already relied on it to use or disclose my health information. Written revocation must be sent to the physician's office. Absent such written revocation, this Authorization for Release of Confidential Health Information will terminate on _____.
(Date)

Signed: __Rodica Waivio__  Date: __06/06/08__

If you are not the patient, please specify your relationship to the patient: _____

847 9630231

EXHIBIT 1