# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RODICA WAIVIO,

    Plaintiff,

vs.

ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH AND HOSPITAL CORPORATION; ADVOCATE LUTHERAN GENERAL HOSPITAL; IAN JASENOF, Individual and Employee; JENNIFER TORRES, Individual and Employee; DANIEL PESCH, Individual and Employee; THOMAS IANNUCCI, Individual and Employee; VISHVANATH KARANDE, Individual and Employee; RAPISARDA JOHN; Individual and Employee; FERTILLITY CENTER OF ILLINOIS AND KARANDE & ASSOCIATES,

    Defendants.

No. 07 C 6690

HONORABLE JUDGE: RONALD A. GUZMAN

## AFFIDAVIT

I, Jennifer Moroniak, duly sworn, have personal knowledge to the following and am competent to testify to the matters stated herein:

1. I am a nurse practicing at Karande & Associates.

2. At about 2:50 p.m. on Friday, June 6, 2008, I saw Rodico Waivio in the office waiting area of Dr. Karande & Associates.

3. I saw the Rodico Waivio looking at baby books kept in the waiting area and taking down notes on a piece of paper.

4. I saw names and dates on the piece of paper that Rodico Waivio was writing on.

5. I told Rodico Waivio that she could not take down that information and requested that she hand over the piece of paper.

6. Rodico Waivio refused to give me the piece of paper with the names and dates.

7. The police were called.

8. Before the police arrived, I saw Rodico Waivio run out of the office with the piece of paper that had the names and dates on it that she obtained from the baby books.

9. Rodico Waivio left a different piece of paper on the chair with the caption, Rodico Waivio v. Karande which was handwritten and requested certain information. (The document request left by Rodico Waivio is attached hereto as Exhibit 1.)

10. I know the person in the office writing down the information on Friday, June 6, 2008 was Rodico Waivio because I saw her name on the paper she left on the chair and because I saw the release she filled out in order to get a copy of her medical records.

11. Based on my review of the office surveillance tape, Rodico Waivio entered the office at 2:02 p.m. and exited the office at 2:54 p.m.

**FURTHER AFFIANT SAYETH NOT**

*/s/ Jennifer Morphiak*
Jennifer Morphiak

2

IN THE NOR THERN DISTRIC COURT
ILLINOIS

Rodica Woivric | 07 C-6690
v.
Karonde

Request

See 7 volume volume of choledren
1995 - 2007

Rodica Woickö

**EXHIBIT 1**