# EXHIBIT C

Case 1:07-cv-06690 Document 80-4 Filed 06/09/2008 Page 1 of 2

IN THE NORTHERN DISTRICT COURT
ILLINOIS

Rodica Waivio

v.

Karonde

07 C-6690

Request

See 7 volume volume of children
1995 — 2007

Rodica Waivio