78-063648                          EHN/KMH
# IN THE UNITED STATES DISTRICT COURT NORTHERN
# DISTRICT OF ILLINOIS EASTERN DIVISION

RODICA WAIVIO,

        Plaintiff,

vs.                                                    No.  07 CV 6690

ADVOCATE HEALTH CARE NETWORK,
ADVOCATE MEDICAL GROUP, ADVOCATE          HONORABLE JUDGE:
HEALTH AND HOSPITAL CORPORATION;          RONALD A. GUZMAN
ADVOCATE LUTHERAN GENERAL HOSPITAL;
IAN JASENOF, Individual and Employee; JENNIFER
TORRES, Individual and Employee; DANIEL PESCH,
Individual and Employee; THOMAS IANNUCCI,
Individual and Employee; VISHVANATH KARANDE,
Individual and Employee; RAPISARDA JOHN;
Individual and Employee; FERTILLITY CENTER OF
ILLINOIS AND KARANDE & ASSOCIATES,

        Defendants.

## EMERGENCY NOTICE OF MOTION

TO:   Rodica Waivio, 1325 Baldwin Ct #2A, Palatine, IL 60074
      Jamie Filipovic, 120 N. LaSalle, #2600, Chicago, IL 60602
      Anjali Dayal, 20 N. Wacker Dr., #2520, Chicago, IL 60606

    On Thursday, June 12, 2008, at 9:30 a.m.,or as soon thereafter as counsel may be
heard, we shall appear before the Honorable Ronald A. Guzman, or any judge sitting in his
stead, in the courtroom usually occupied by him in the Dirksen Federal Building, Chicago,
Illinois and shall then and there present the attached Emergency Motion for Protective Order
and Sanctions.

                      PRETZEL & STOUFFER, CHARTERED,

                      By: s/Edward H. Nielsen
                         One of the Attorneys for the Defendants

Edward H. Nielsen/Bar No.: 0252296
enielsen@pretzel-stouffer.com
*Attorneys for Defendants, Vishvanath C. Karande, M.D.*
   *and Karande & Associates, S.C.*
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606-4673
Telephone:    (312)346-1973
Facsimile:     (312) 346-8242

# **Certificate of Service**

       The undersigned hereby certifies that a copy of the foregoing Emergency Notice of Motion was served via the Court's electronic filing system upon the following and also sent via overnight delivery to the plaintiff and via facsimile, at the address below, this 9th day of June, 2008.

Plaintiff-Pro Se
Rodica Waivio
1325 Baldwin Court
Apt. 2A
Palatine, IL 60074
(847) 963-0231

Attorneys for Fertility Centers of IL, S.C. and John Rapisarda, M.D.
Jamie L. Filipovic
Michael L. Vittori
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North Lasalle Street
Suite 2600
Chicago, IL 60602
(312) 704-0550
(312) 704-1522 (Fax)

Attorneys for Advocate Healthcare, et. al.
Anjali Dayal
McBreen, Kopko & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois 60606
(312) 332-6405
(312) 332-2657 (Fax)

                                       s/Edward H. Nielsen
                                       Edward H. Nielsen/Bar No.: 0252296
                                       enielsen@pretzel-stouffer.com
                                       PRETZEL & STOUFFER, CHARTERED
                                       *Attorneys for Defendant*
                                       One South Wacker Drive, Suite 2500
                                       Chicago, Illinois  60606-4673
                                       Telephone:     (312)346-1973
                                       Facsimile:     (312) 346-8242