IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODICA WAIVIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-C-6690 |
| ) | |
| ADVOCATE HEALTH CARE NETWORK, ) | HONORABLE JUDGE |
| ADVOCATE MEDICAL GROUP, ADVOCATE ) | Ronald A. Guzman |
| HEALTH AND HOSPITAL CORPORATION, ) | |
| ADVOCATE LUTHERAN GENERAL ) | |
| HOSPITAL, IAN JASENOF, individual and ) | |
| employee, JENNIFER TORRES, individual and ) | |
| employee, DANIEL PESCH, individual and ) | |
| employee, THOMAS IANNUCCI, individual ) | |
| and employee, BRUCE PIELTE, individual and ) | |
| employee, VISHVANATH KARANDE, individual ) | |
| employee, JOHN RAPISARDA, M.D., individual ) | |
| and employee, FERTILITY CENTERS OF ) | |
| ILLINOIS, S.C., KARANDE & ASSOCIATES, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF, M.D., JENNIFER TORRES, CMA, DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., BRUCE PIELET, M.D.'S MOTION TO JOIN DEFENDANTS VISHVANATH KARANDE, M.D. AND KARANDE & ASSOCIATES, S.C.'S MOTION FOR SANCTIONS AND PROTECTIVE ORDER**

The Defendants, ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF, M.D., JENNIFER TORRES, CMA, DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., and BRUCE PIELET, M.D., by their attorneys, MCBREEN, KOPKO & DAYAL, move this Honorable Court for leave to join Defendants' Vishvanath Karande, M.D. and Karande & Associates, S.C.'s Motion for Protective Order and Sanctions. In support of this Motion, these Defendants state as follows:

1. On June 9, 2008, co-defendants Vishvanath Karande, M.D. and Karande & Associates, S.C., filed a Motion for Protective Order and Sanctions based upon conduct of the plaintiff in presenting herself at the medical offices of the co-defendants Vishvanath Karande, M.D. and Karande & Associates, S.C. and taking information from baby books in the waiting area. *Co-Defendant Vishvanath Karande & Karande & Associates, S.C.'s Motion at Para. 3.*

2. These defendants have a reasonable basis for belief that the same conduct will occur at their offices and hospitals. Such conduct is abusive because these defendants are represented by counsel. Accordingly, these defendants move for an order granting leave to join co-defendants' Motion and for the relief requested in that Motion including a protective order precluding the abusive conduct.

3. These defendants also respectfully request that this Court hear the Motion in open Court in order that the plaintiff's conduct can be personally addressed by this Court.

WHEREFORE, ADVOCATE HEALTH CARE NETWORK, ADVOCATE MEDICAL GROUP, ADVOCATE HEALTH & HOSPITALS CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, IAN JASENOF, M.D., JENNIFER TORRES, CMA, DANIEL PESCH, M.D., THOMAS IANNUCCI, M.D., and BRUCE PIELET, M.D., respectfully request that this Honorable Court grant leave to join co-defendants Vishvanath Karande, M.D. and Karande & Associates, S.C.'s Motion for Protective Order and Sanctions and grant the relief requested including:

   a. Directing plaintiff not to contact any defendant in this case except through counsel;

   b. Directing plaintiff not to appear at the offices of any defendant in this case for any reason;

   c. Directing plaintiff not to contact the patients of any defendant whose names have been obtained through improper appearance at these defendants' offices.

                Respectfully submitted,

                **McBREEN, KOPKO & DAYAL**
                Attorneys for Advocate Health Care
                Network, et al

                 /s/ Anjali Dayal
                      One of their attorneys

Anjali Dayal
McBreen, Kopko & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois  60606
312-332-6405

3

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 10, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following and also by overnight mail and facsimile to the Pro Se Plaintiff:

**Plaintiff – Pro Se**
Rodica Waivio
1325 Baldwin Court, Apt. 2A
Palatine, Illinois  60074
Telephone:  847-963-0231
Fax: 847-963-0231

**Attorneys for Karande & Associates**
**& M.D. Vishvanath Karande**
Kim M. Heffernan, Esq.
Pretzel & Stouffer, Chtd.
1 South Wacker Drive, Suite 2200
Chicago, Illinois  60606
Telephone:  312-346-1973
Fax:  312-346-8242

**Attorneys for Fertility Centers of Illinois, S.C. and John Rapisarda, M.D.**
Michael L. Vittori
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North LaSalle Street
Suite 2600
Chicago, IL 60602
Telephone: 312-704-0550 x106
Fax: 312-704-1522

Parties may access this filing through the Court's system.

               Attorneys for Advocate Health Care
               Network, et al

               ___/s/ Anjali Dayal_____
               One of their attorneys

Anjali Dayal
McBreen, Kopko & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois  60606
312-332-6405