IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODICA WAIVIO,             )<br>                                              )<br>            Plaintiff,          )<br>                                              )<br>vs.                                       )<br>                                              )<br>ADVOCATE HEALTH CARE NETWORK,  )<br>ADVOCATE MEDICAL GROUP, ADVOCATE  )<br>HEALTH AND HOSPITAL CORPORATION,  )<br>ADVOCATE LUTHERAN GENERAL  )<br>HOSPITAL, IAN JASENOF, individual and  )<br>employee, JENNIFER TORRES, individual and  )<br>employee, DANIEL PESCH, individual and  )<br>employee, THOMAS IANNUCCI, individual  )<br>and employee, BRUCE PIELTE, individual and  )<br>employee, VISHVANATH KARANDE, individual )<br>employee, JOHN RAPISARDA, M.D., individual  )<br>and employee, FERTILITY CENTERS OF  )<br>ILLINOIS, S.C., KARANDE & ASSOCIATES,  )<br>                                              )<br>            Defendants.       ) | Case No. 07-C-6690<br><br>HONORABLE JUDGE<br>Ronald A. Guzman |

## **NOTICE OF MOTION**

To:   All Counsel of Record and Pro Se Plaintiff (see attached Service List)

**PLEASE TAKE NOTICE** that on **June 12, 2008** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ronald A. Guzman or any Judge sitting in his stead, in the Courtroom usually occupied by him in Room 1219 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Defendants Advocate Health Care Network, Advocate Medical Group, Advocate Health & Hospitals Corporation, Advocate Lutheran General Hospital, Ian Jasenof, M.D., Jennifer Torres, CMA, Daniel Pesch, M.D., Thomas Iannucci, M.D., and Bruce Pielet, M.D.'s Motion to Join Defendants Vishvanath Karande, M.D. and Karande & Associates, S.C.'s Motion for Protective Order and Sanctions,* a copy of which is attached hereto and served upon you.

|  |  |
|---|---|
|  | Respectfully submitted,<br>**McBREEN, KOPKO & DAYAL** |
| Anjali Dayal<br>McBreen, Kopko & Dayal<br>20 North Wacker Drive, Suite 2520<br>Chicago Illinois 60606<br>312-332-6405 | Attorneys for Advocate Health Care<br>Network, et al<br><br> /s/ Anjali Dayal_____<br>One of their attorneys |

## CERTIFICATE OF SERVICE

   I hereby certify that on June 10, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following and also by overnight mail and facsimile to the Pro Se Plaintiff:

**Plaintiff – Pro Se**
Rodica Waivio
1325 Baldwin Court, Apt. 2A
Palatine, Illinois  60074
Telephone:  847-963-0231
Fax: 847-963-0231

**Attorneys for Karande & Associates**
**& M.D. Vishvanath Karande**
Kim M. Heffernan, Esq.
Edward H. Nielsen, Esq.
Pretzel & Stouffer, Chtd.
1 South Wacker Drive, Suite 2200
Chicago, Illinois  60606
Telephone:  312-346-1973
Fax:  312-346-8242

**Attorneys for Fertility Centers of Illinois, S.C. and John Rapisarda, M.D.**
Michael L. Vittori
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North LaSalle Street
Suite 2600
Chicago, IL 60602
Telephone: 312-704-0550 x106
Fax: 312-704-1522

Parties may access this filing through the Court's system.

                Defendants, Advocate Health Care Network, et al.

                 /s/Anjali Dayal
Anjali Dayal              One of their attorneys
McBreen, Kopko & Dayal
20 North Wacker Drive
Suite 2520
Chicago, Illinois  60606
312-332-6405