IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RODICA WAIVIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 07 CV 6690 |
| ADVOCATE HEALTH CARE NETWORK, ) | |
| ADVOCATE MEDICAL GROUP, ADVOCATE ) | JUDGE RONALD A. GUZMAN |
| HEALTH AND HOSPITAL CORPORATION; ) | |
| ADVOCATE LUTHERAN GENERAL ) | |
| HOSPITAL; IAN JASENOF, Individual and ) | |
| Employee; JENNIFER TORRES, Individual and ) | |
| Employee; DANIEL PESCH, Individual and ) | |
| Employee; THOMAS IANNUCCI, Individual and ) | |
| Employee; RAPISARDA JOHN; Individual and ) | |
| Employee; FERTILITY CENTER OF ) | |
| ILLINOIS AND KARANDE & ASSOCIATES, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D.'s (incorrectly sued as Rapisarda John) MOTION TO JOIN DEFENDANTS VISHVANATH KARANDE, M.D. AND KARANDE & ASSOCIATES, S.C.'S MOTION FOR SANCTIONS AND PROTECTIVE ORDER**

The Defendants, FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D. (incorrectly sued as Rapisarda John), by their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN AND DICKER, LLP, move this Honorable Court for leave to join Defendants' Vishvanath Karande, M.D. and Karande & Associates, S.C.'s Motion for Protective Order and Sanctions. In support of this Motion, these Defendants state as follows:

1. On June 9, 2008, co-defendants Vishvanath Karande, M.D. and Karande & Associates, S.C., filed a Motion for Protective Order and Sanctions based upon conduct

495503.1

of the plaintiff in presenting herself at the medical offices of the co-defendants Vishvanath Karande, M.D. and Karande & Associates, S.C. and taking information from baby books in the waiting area. *Co-Defendant Vishvanath Karande & Karande & Associates, S.C.'s Motion at Para. 3.*

2. Fertility Centers of Illinois, S.C. and Dr. John Rapisarda have a reasonable basis for belief that the same conduct will occur at any one of the Fertility Centers of Illinois, S.C.'s ten (10) clinics, two (2) IVF centers, Administrative and Business Office, Laboratory, and/or Affiliated Hospitals. Such conduct is abusive because these defendants are represented by counsel. Accordingly, these defendants move for an order granting leave to join co-defendants' Motion and for the relief requested in that Motion including a protective order precluding the abusive conduct.

3. These defendants also respectfully request that this Court hear the Motion in open Court in order that the plaintiff's conduct can be personally addressed by this Court.

WHEREFORE, FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D. (incorrectly sued as Rapisarda John) respectfully request that this Honorable Court grant leave to join co-defendants Vishvanath Karande, M.D. and Karande & Associates, S.C.'s Motion for Protective Order and Sanctions and grant the relief requested including:

a. Directing plaintiff not to contact any defendant in this case except through counsel;

b. Directing plaintiff not to appear at the Fertility Centers of Illinois, S.C.'s ten (10) clinics, two (2) IVF centers, Administrative and Business Office, Laboratory, and/or Affiliated Hospitals or at the offices or hospitals of any

        other defendant in this case for any reason;

c.    Directing plaintiff not to contact the patients of any defendant whose names have been obtained through improper appearance at these defendants' offices.

Respectfully submitted,

**FERTILITY CENTERS OF ILLINOIS, S.C. (incorrectly sued as Fertility Center of Illinois) and JOHN RAPISARDA, M.D. (incorrectly sued as Rapisarda John)**

By:  /s/Joanne Ciminera
       One of their attorneys

Michael L. Vittori, Esq.
Joanne Ciminera, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
120 North LaSalle Street-Suite 2600
Chicago, Illinois 60602
*Telephone: (312) 704-0550
*Facsimile: (312) 704-1522

3

495503.1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 10, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following, and also overnight mailed to the Plaintiff, at the address below:

**Plaintiff – Pro Se**
Rodica Waivio
1325 Baldwin Court, Apt. 2A
Palatine, Illinois 60074
Telephone: 847-963-0231
Fax: 847-963-0231

**Attorneys for Karande & Associates, S.C. & Vishvanth C. Karande, M.D.**
Kim M. Heffernan, Esq.
Edward H. Nielsen, Esq.
Pretzel & Stouffer, Chtd.
1 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Telephone: 312-346-1973
Fax: 312-346-8242

**Attorneys for Advocate Healthcare, et al.**
Anjali Dayal, Esq.
McBreen, Kopko & Dayal
20 North Wacker Drive, Suite 2520
Chicago, IL 60606
Telephone: (312) 332-6405
Fax: (312) 332-2657

Parties may access this filing through the Court's system.

                                Attorneys for Defendants Fertility Centers of Illinois,
                                S.C. and John Rapisarda, M.D.

                                /s/ Joanne Ciminera

Joanne Ciminera
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North LaSalle Street
Suite 2600
Chicago, Illinois 60602
312-704-0550

495503.1