IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RODICA WAIVIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 07 CV 6690 |
| ADVOCATE HEALTH CARE NETWORK, | ) |
| ADVOCATE MEDICAL GROUP, ADVOCATE | ) JUDGE RONALD A. GUZMAN |
| HEALTH AND HOSPITAL CORPORATION; | ) |
| ADVOCATE LUTHERAN GENERAL HOSPITAL; | ) |
| IAN JASENOF, Individual and Employee; JENNIFER | ) |
| TORRES, Individual and | ) |
| Employee; DANIEL PESCH, Individual and | ) |
| Employee; THOMAS IANNUCCI, Individual and | ) |
| Employee; RAPISARDA JOHN; Individual and | ) |
| Employee; FERTILITY CENTER OF | ) |
| ILLINOIS AND KARANDE & ASSOCIATES, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   All Counsel of Record and Pro Se Plaintiff (see attached Service List)

PLEASE TAKE NOTICE that on June 12, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ronald A. Guzman or any Judge sitting in his stead, in the Courtroom usually occupied by him in Room 1219 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Defendants Fertility Centers of Illinois, S.C.(incorrectly sued as Fertility Center of Illinois) and John Rapisarda, M.D.'s (incorrectly sued as Rapisarda John) Motion to Join Defendants Vishvanath Karande, M.D. and Karande & Associates, S.C.'s Motion for Protective Order and Sanctions*, a copy of which is attached hereto and served upon you.

Respectfully submitted:

**FERTILITY CENTERS OF ILLINOIS, S.C.
(incorrectly sued as Fertility Center of
Illinois) and JOHN RAPISARDA, M.D.
(incorrectly sued as Rapisarda John)**

By:   /s/Joanne Ciminera
        One of their attorneys

Michael L. Vittori, Esq.
Joanne Ciminera, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North LaSalle Street-Suite 2600
Chicago, Illinois 60602    *Telephone:  (312) 704-0550  *Facsimile:  (312) 704-1522

495484.1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 10, 2008, I caused a copy of the foregoing instrument to be served by operation of the Court's electronic filing system upon the following, and also overnight mailed to the Plaintiff, at the address below:

**Plaintiff – Pro Se**
Rodica Waivio
1325 Baldwin Court, Apt. 2A
Palatine, Illinois 60074
Telephone: 847-963-0231
Fax: 847-963-0231

**Attorneys for Karande & Associates, S.C. & Vishvanth C. Karande, M.D.**
Kim M. Heffernan, Esq.
Edward H. Nielsen, Esq.
Pretzel & Stouffer, Chtd.
1 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Telephone: 312-346-1973
Fax: 312-346-8242

**Attorneys for Advocate Healthcare, et al.**
Anjali Dayal, Esq.
McBreen, Kopko & Dayal
20 North Wacker Drive, Suite 2520
Chicago, IL 60606
Telephone: (312) 332-6405
Fax: (312) 332-2657

Parties may access this filing through the Court's system.

                                  Defendants, Fertility Centers of Illinois, S.C. and
                                  John Rapisarda, M.D.

                                    /s/ Joanne Ciminera

Joanne Ciminera
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North LaSalle Street
Suite 2600
Chicago, Illinois 60602
312-704-0550

495484.1