**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
JUN 0 6 2008 TC
6-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Waivio   Plaintiff(s)

v.

Advocate   Defendant(s)
et al

Case No. 07-C-6690

Judge Gurman

### Certification for Record

Now Comes Plaintiff Rodica Waivio, Pro Se and declares under oath the following

1. Today June 6, 2008 I visited office of Karande from Hoffman Estate. I requested copy of my medical record and I filled in request form.

2. Plaintiff declares under oath that in the office of Dr. Karande there were 7 volumes, albumes of pictures of chiedren born, infants, newborn, from medical services performed by Karande. These 7 volumes were on table displayed to public. There were newborn born between 1985 and 2007. Plaintiff requested permission to see these pictures, and office personnel allowed Plaintiff to see pictures of albumes.

3. Plaintiff declares that from 7 big volumes of albumes with pictures of new born resulted from Karande medical practice, all were white newborn, as majority of children were white, and just a few indians. Plaintiff saw only white newborn and a few indians. Plaintiff declares under oath there were no African American newborn displayed in Albumes from office of Karande from main office

4. Small exception were two pictures in two albumes, a picture of a black African American and a picture of twins, 2 black African Americans

5. I accounted all childrens from 5 volumes and 2 volumes were just reviewed shortly.

6. Volume I contained 125 pictures al only white and a few indians
There were no black
Volume II contained 147 white
Volume III contained 131 white and a few indians
Volume IV contained 119 white and a few indians
Volume V contained over over 144 white children and just one picture of twins black
Volume VI and VII were only white and a few indians

As Conclusion

From 7 big volumes of albumes of new born pictures born between 1995 and 2007 there were only white children and a few Indians. No African American black newborn. Just one 2 pictures with 3 blacks.

Rodrze Waivo
June 6, 2008