# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Rodica Waivio

                                    Plaintiff,

v.                                                      Case No.: 1:07−cv−06690
                                                        Honorable Ronald A. Guzman

Advocate Health Care Network, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2008:

        MINUTE entry before the Honorable Ronald A. Guzman: Minute entry dated
6/13/08 [doc. no. 87] is corrected as follows: Motion hearing held on 6/12/2008 regarding
motion to join [84], motion for protective order [80], motion to join, [82] and continued to
7/3/08 at 9:30 a.m. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.