# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6690 | **DATE** | 6/13/2008 |
| **CASE TITLE** | RODICA WAIVIO vs. ADVOCATE HEALTH CARE NETWORK, et al | | |

**DOCKET ENTRY TEXT**

Motion by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to join Defendants Vishvanath Karande, MD and Karande & Assoc., S.C. for protective order [82] is granted. Motion by Defendants Rapisarda John, Fertility Center of Illinois to join Defendants Vishvanath Karande, M.D. and Karande & Associates, S.C.'s Motion for protective order [84] is granted. Enter protective order.

■ [ For further detail see separate order(s).]　　　　　　　　　　　　　　　　Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|