78-063648                          EHN/KMH

## IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RODICA WAIVIO, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 6690 |
| ) | |
| ADVOCATE HEALTH CARE NETWORK, et al., ) | HONORABLE JUDGE: |
| ) | RONALD A. GUZMAN |
|     Defendants. ) | |

### PROTECTIVE ORDER

**THIS MATTER** having come on to be heard on the Motion of Defendants, VISHVANATH KARANDE and KARANDE & ASSOCIATES, for the entry of a Protective Order, and on Defendants' Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospital Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres and Daniel Pesch Motion to Join, and Rapisarda John and Fertility Center of Illinois Motion to Join, due notice having been given, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** as follows:

Defendants' Vishvanath Karande and Karande & Associates Motion for Protective Order [80] is granted. Defendants' Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospital Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres and Daniel Pesch Motion to Join Motion for Protective Order [82] is granted. Defendants' Rapisarda John and Fertility Center of Illinois Motion to Join Motion for Protective Order [84] is granted.

Plaintiff Rodica Waivio shall have no direct contact with any named defendant. Plaintiff shall not physically appear at the premises of any named defendant. Plaintiff shall not initiate contact with the defendants outside the presence of counsel. This case is set for status on July 3, 2008 at 9:30 a.m. and Defendants' Motion for Sanctions is entered and continued for hearing to July 3, 2008 at 9:30 a.m.

Dated: 6/13/08

Judge Ronald A. Guzman,
United States District Court