FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO, )
Plaintiff, ) Case NO: 07-C-6690
v. ) HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, ) RONALD A GUZMAN

ET ALL Defendants.

### Request Withdraw submission 06/23/08

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her pleadings, respectfully states the followings:

1. Plaintiff respectfully requests withdraw of submission 06/23/08.
2. Plaintiff declares that that submission 06/23/08 declared that "submitted matters is unfinished" therefore not adequate matters.
3. Plaintiff also withdraws statement "the present action of unlawful discrimination 07-6690 is different than UIC unlawful discrimination. Core of afcts of unlawful discrimination in 07-6690 is different than core of facts of unlawful discrimination in UIC cases."

WHEREFOR Rodica Waivio respectfully request this Hon Court allow her motion.

Rodica Waivio

FILED

JUN 2 7 2008 TC
Jun 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT