IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,  )
Plaintiff,      )   Case NO: 07-C-6690
v.              )   HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, )   RONALD A GUZMAN

ET ALL Defendants.

### NOTICE MOTION AND RESPONSE

TO:
**Joanne Ciminera**
Wilson Elser
120 North LaSalle Street-Suit 2600
Chicago IL 60602

**Edward Nielsen**
One South Wacker Drive Suit 2500
Chicago IL 60606-4673

**Anjali Dayal**
20N Wacker Dr Suit 2520
Chicago IL 60606

**FILED**
JUN 2 7 2008 TC
Jun 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please take note on 07/03/08 at 9:30am in courtroom 1219 Plaintiff shall appear before Hon Judge Guzman and presents Motion and Response attached, served upon you

Please take note that on 06/23/08 RODICA WAIVIO the Plaintiff submitted in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago IL 60604, **Filing** a copy of which is hereby served upon you.
Date 06/27/08
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

### CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by fax on 06/27/08    and e-mail
Date: 06/27/08
Rodica Waivio    *[signature]*