**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Rodica Waivio
                        Plaintiff,

v.                                            Case No.: 1:07−cv−06690
                                                  Honorable Ronald A. Guzman

Advocate Health Care Network, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Status hearing held. The Court withdraws order of appointment of counsel for plaintiff for the reasons stated on the record in open court. The Court will rule by mail on pending objection to motion for leave to file an amended complaint. Status set for 8/13/2008 is stricken.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.