# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MHW

J.N  FILED
JUL X 3 2008
7-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**
RODICA WAIVIO

v.

ADVOCATE  **Defendant(s)**
et al

Case No. 07-C-6690

Hon Judge Guzman

Motion to Withdraw submission [94], 06/27/08

Now Comes Plaintiff Rodica Waivio, in Pro Se Representation and presents her pleading respectfuly states:

1. On 07/01/08 Waivio notified court and defendants by phone and by direct oral discussion with each one, that document [94] submitted 06/27/08 named "Motion for Reconsideration" is not presented by plaintiff.

2. On 07/01/08 This Honorable Court introduced an order docket [98] dated 07/01/08 as quoted:
"Plaintiffs motion to withdraw certain statements from her June 23, 2008 submission [92] is granted."

3. Pursuant Rule 8(e)(2) submission [94]

"Motion reconsideration; response" 06/27/08 is similar situated to submission June 23, 2008, docket [91] named "Response to Emergency Motion".

4. Pursuant order 07/01/08 and Rule 8(e)(2) Plaintiff respectfully requests to withdraw submission [94] dated 06/27/08 named "Motion reconsideration; response".

5. Plaintiff also would like to request to withdraw her statements from hearing 07/03/08 based on Presentiment.

6. Plaintiff based on Presentiment brings this motion to deter misinterpretation of Waivio statements

7. Plaintiff believes that present motion does not introduce delays and does not prejudice any party.

WHEREFORE WAIVIO respectfully requests this Hon Court grant her motion and her request and all relief appropiate under law

Rodica Waivio

Dated 07/03/08