MHL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL X 3 2008
7-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RODICA WAIVIO
PLAINTIFF

VS.

ADVOCATE et al
DEFENDANT

CASE NO. 07-C-6690

Hon Judge Guzman

## NOTICE OF MOTION

TO: Anjali Dapal 20 N Wacker Drive Chicago IL 60606
Joanne Ginsberg 120 N LaSalle Suite 2600
Edward Nielsen One Wacker Chicago IL 60606

On 07/08/08, at 9:30 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Hon Judge Guzman in Courtroom 1219 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Motion to Withrow

Name Rodica Waivio
Address 1325 Baldwin CT Apt 2A
City / Zip Palatine IL 60074
Telephone 8479630231

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 3 day of July 2008, I served a copy of this notice to each person whom it is directed by way of Fax

Rodica Waivio
SIGNATURE / CERTIFICATION

07/03/08
DATE

CREATED ON 2/2/07