

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

J.N

Plaintiff(s)
RODICA WAIVIO

v.

ADVOCATE
Defendant(s)
et al

Case No. 07-C-6690

Hon Jud Guzman

Notice [Amended Notice]

To Attorneys present Case

Plaintiff Rodica Waivio gives notice to court and defendants that Submissions [94], [95] and [91] from 06/23/08 and 06/27/08 are Pursuant Rule 8(e) defense to defendants' claims, they are defense against merely pretext to unlawful discrimination. Plaintiff pleadings conform with Mc Doglacs "shift back method"

07/03/08

Rodica Waivio

Submitted 9:00 am on 07/03/08 to defendants. Service was performed by hand delivery.