# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION


FILED
JUL 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**
RODICA WAIVIO
v.
ADVOCATE
**Defendant(s)**
et al

Case No. 07-C-6690
Hon Judge Guzman

Plaintiff's statement dated 07/03/08

Now comes Plaintiff Rodica Waivio, in Pro Se and presents her statement:

1. Plaintiff declares orders of court and matters from 07/03/08 are moot pursuant order 07/01/08

2. Waivio exercises her right pursuant order 07/01/08 and withdraws all statements in submission [94] dated 06/27/2008 named "Motion of Reconsideration Response",

3. Plaintiff also withdraws all statements from hearing 07/03/08 based on Presentiment

4. Plaintiff believes court and defendants misinterpret and misunderstood Waivio statements

5. On 07/01/08 Hon Judge granted Waivio motion to withdraw statements from submission [91] submitted 06/23/08 "Response Emergency Motion".

6. Pursuant Rule 8(e)(2) Submission [94] dated 06/23/08 is related and similar situated to submission [91] "Response Emergency Motion".

7. Pursuant order 07/01/08 Waivio has right to withdraw submission [94] "Motion Reconsideration; Response"

8. Additionaly Waivio informs court that as soon as poscible Waivio will submit a documents including all the statements which are withdrawn by Waivio from doc [91] Response to Emergency Motion 06/23/08

9. This document is submitted to parties and Hon Court for Record.

Rodica Waivio                    Date 07/03/08