UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Rodica Waivio
                                  Plaintiff,

v.                                                                    Case No.: 1:07−cv−06690
                                                                        Honorable Ronald A. Guzman

Advocate Health Care Network, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

       MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 7/03/08. Plaintiff's motion for Reconsideration [94] is granted in part. The Protective Order entered on June 13, 2007 does not preclude plaintiff from seeking personal medical treatment at Advocate Health and Hospital Corporation d/b/a/ Advocate Lutheran General Hospital and from seeking personal medical treatment from other health care providers not parties to this action. The remainder of the Protective Order stands. Status hearing set for 8/13/08 at 9:30 a.m. Appointment of counsel for plaintiff is ordered. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.