# United States District Court
## Northern District of Illinois
### Eastern Division

RODICA WAIVIO                                    **JUDGMENT IN A CIVIL CASE**

       v.                                    Case Number: 07 C 6690

ADVOCATE HEALTH CARE
NETWORK, et al

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's motion to amend her complaint [doc. no. 55] is denied and this case is dismissed with prejudice.

                                      Michael W. Dobbins, Clerk of Court

Date: 7/10/2008                                _____

                                                    /s/ Carole Gainer, Deputy Clerk