IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO, )
Plaintiff, )
) Case NO: 07-C-6690
v. )
) HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, ) RONALD A GUZMAN

ET ALL Defendants.

### Execution order 07/01/08

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents execution of order 07/01/08, withdraw statements or pages from submission [91] from 06/23/08 respectfully states the followings:

1. Plaintiff withdraws "Acknowledgement: unfinished and "motion""; this document is defense and it is not motion. All acknowledgement is withdrawn.

2. Plaintiff withdraw exhibit "METHYLENETETRAHYDROFOLATE REDUCTION" (MTHFR) test by Rapisarda John made by Quest Diagnostic Test dated 09/28/08 and FDA. It was denied by FDA and insurance dministration" and it is irrelevant to case. Plintiff also withdraws Proteib C amd Protein S dated 10/21/06 by Rapisarda Jon baecuse they were not accepted by Insurance AETNA they were denied by insurance as MTHFR not conforming with standards.

3. Footnote 2: matter is corrected for lupus as: "screening and diagnosis specifically for lupus or effects of lupus were refused on both times" with respect with treating effectively the medical condition of lupus and insulin matters were also not analyzed.

4. Plaintiff withdraws "plaintiff requested Irina Goldvekht metformin or any medication" from submissions 06/23/08 and 06/27/08 because plaintiff requested medical services in support of previous treatment, from medical record.

5. Plaintiff withdraw statement [from record] "plaintiff requested medication metformin on 06/17/08" because plaintiff just informed defendants of issues of Metformin and informed them that plaintiff is without necessary medication which was necessary for lupus. Their duties was to see whether such matter was adequate and to conform with safe harbor provisions such to provide adequate administration of medicine or to test for

necessities. Defendants did not provide any medical services which means defendants denied medical services to Waivio without regards to Waivio specific necessities.

6. Plaintiff withdraws "order 06/13-17/08 Waivio received Medication METFORMIN" because defendants actually denied medical services to Waivio to see and to make an adequate medical evaluation as corresponding to necessities and specific situation.

7. Plaintiff withdraws word "motion" and replace with request for reconsideration based on briefing of matters, from [91] [94] [95] submissions on record

8. Plaintiff withdraws "order 06/13-17/08 establish Waivio is entitled to emergency";

9. Matters are amended as presented in last submission.

10. Word sallowing must be interpreted as "inflammation", excess fat

11. Matters about Kendal on pag 10 are withdrawn.

12 Plaintiff withdraw "order 06/17/08 granting Metformin for Waivio"

13. Plaintiff withdraw "Waivio may contact any defendants for emergency matters"

14. Plaintiff withdraw "court finds emergency for waivio" "court believe there is emergency for Waivio and such emergency was not named"

15. withdraw "Waivio declared that there was extreme emergency" on pag 13


Pursuant Order 07/01/08 plaintiff withdraws submission dated 06/27/08 "Motion for reconsideration" record of case does not show facts of motion being taken into consideration therefore there was no any motion of reconsideration on 07/03/08 filed in by Waivio [as new motion; matters were just defense as acknowledged].

Plaintiff withdraws ~~[redacted]~~ "issue is whether an error occurs while merit evaluation of federal claims Waivio will be unable to get medication and terminate Waivio constitutional rights"; defendants refuse any treatment and any medication anyway regardless Waivio request or federal procedure absent order of enforcement and judgment in plaintiff's favor.

Plaintiff withdraws submission 06/27/08 as already declared on record.

Pursuant Order 07/01/08 plaintiff withdraws from submission Jul 08,2008 any words "motion" with respect to [94] docket, plaintiff did not present motion. Plaintiff

withdraws: "there is false issue of security" on "Standards of Merit" matters are misinterpreted.

Waivio denies "motion of reconsideration is granted" in order of protection because motion granted in order of protection was motion to amend and supplement plaintiff did not give notice of motion [new motion other than motion to amend] and Waivio withdraw any interpretation of submissions [91][95][85] as motions. Court ruled on motion to amend and supplement pending from 04/25/08. *Plaintiff withdraw Paragraph 6 in submission [54] only issues about psychological violation, terrorization of defendants.*

### Affidavit

Plaintiff respectfully declares under oath that on 07/01/08 Plaintiff called Deputy Carole Gainer 3124355364 of Hon Judge Guzman and informed court that plaintiff does not move the court on 07/01/08 that there is no motion by plaintiff [as new motion other than motion to amend]. In same day 07/01/08 plaintiff informed verbally Joanna Cimminera at 312-704-0550 that plaintiff does not move the court, there no motion by plaintiff; In the time of hearing plaintiff wanted to express that plaintiff did not file a motion but many times court said no to plaintiff. Plaintiff had inability of expression.

*Plaintiff also informed defendants an all counselors there is no motion on 07/03/08 by plaintiff as new motion.*

### Affidavit

Plaintiff declares under oath that "seeking medical treatment to defendants or to any "other medical providers" will be insufficient because defendants do not provide any medical treatment but delay or medical services are making injury to Waivio; shortly in present conditions of dismissal of case plaintiff declares there is irreparable harm. Plaintiff respectfully requests to Hon Court to declare irreparable harm.

With respect Rodica Waivio

Dated July 14, 2008

This is in time limit under Federal rules.

*Rodica Waivio*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,                              )
  Plaintiff,                                )   Case NO: 07-C-6690
          v.                                )   HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK,  )   RONALD A GUZMAN

ET ALL Defendants.

### Certificate of Waivio

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents statements under oath respectfully states the followings:

1. Today I went to have medical dentistry work at Dental office of Dr Douglas Dopple Dr Peter Panagakis 1st Bank Plaza St200 Lake Zueich IL 60047 847-540-8722.

2. This was actually a fellow up of previous arrangements and delays.

3. The medical provider appeared to refuse to provide filing of my cavities and fill in the holes and openings in the teeths; dental office appeared to refuse medical service in spite of my efforts to seek medical treatment.

4. Dental medical provider offered Waivio to file in the cavities with color which was just some paint of the teeth which in essence was complete refusal of medical services. He refused to give me an evaluation of anything else and delayed any further procedure by refusal of any further appointment.

5. Dental office refused effective medical treatment to my dental problems.

6. Plaintiff declares under oath that previously in March-April Plaintiff went to Medical dental provider Francesca who opened all plaintiff cavities and refunded medical services under false pretext in essence delaying treatment [for six months]and causing damages to Waivio; Office is "Arlington Grove Dental Association 3233 North Arlington Heights Road Suit 308 Arlington Heights 60004 IL" phone 847-2535800.

7. Plaintiff declares that it appears medical providers including dentistry and all others appears to refuse completely medical care to Waivio.

8. Same for other medical providers which are not specifically pointed out because of time limitations in submitting this certificate.

Rodics Waivio                              Date 07/14/08    *Rodica Waivio*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s): Rodica Wairio

v.

Defendant(s): Advocate

Case No. 07-C-6690

Judge Guzman

## Certificate for Record

Now Comes Rodica Wairio in Pro Se Representation and presents certificate on record:

1. On 07/03/08 I Rodica Wairio saw some security people in court room of Judge Guzman without been provided with any kind of notice or any information or advise about matters.

2. On 07/08/08 I Rodica Wairio saw some security people in court room of Judge Guzman without being provided with notice or advise.

3. On 07/11/08 I Rodica Wairio been informed about some security issues without ~~been informed~~ notice or advise.

4. On 07/14/08 I Rodica Waivré been informed that Judge Guzman requested security for Rodica Waivré without copy of matters or adequate explanation to be provided.

5. On 07/14/08 Clerk of court informed me that Judge Guzman introduced order of security which it is believed was introduced starting 06/17/08 and confirmed on hearings on 07/03/08 and 07/08/08

Rodica Waivré

07/14/08