FILED
JUL 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODICA WAIVIO, ) | |
| Plaintiff, ) | Case NO: 07-C-6690 |
| v. ) | HONORABLE JUDGE |
| ADVOCATE HEALTH CARE NETWORK, ) | RONALD A GUZMAN |

ET ALL Defendants.

### MOTION FOR EXTENSION TIME AND RULE LR7.1

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her Motion respectfully states the followings:

1. Pursuant to Rule 6 plaintiff respectfully requests extension of time to submit final argument supporting Motion for Reconsideration. Plaintiff respectfully requests till and including August 4, 2008 [or any time as this court may find appropriate].

2. Plaintiff informs Hon Court that plaintiff will submit Memorandum in support of Motion for Reconsideration; Memorandum is submitted in parts, each part will be placed on record as soon as possible.

3. Plaintiff respectfully requests to be allowed as final part of Memorandum in law to be presented till and including August 4, 2008.

4. Pursuant LR 7.1 plaintiff respectfully requests to waive the size of the memorandum and requirements of content.

WHEREFORE RODICA WAIVIO respectfully requests that this Hon Court grant her motion, and grant Plaintiff all relief deemed appropriate under law.

Submitted, By Plaintiff, Rodica Waivio
Address: 1325 Baldwin Ct Apt 2A
Palatine IL 60074