IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,                )
Plaintiff,                    )   Case NO: 07-C-6690
    v.                        )   HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, )   RONALD A GUZMAN

ET ALL Defendants.

**NOTICE MOTION**

TO:

**FILED**
JUL 1 8 2008  NF
Jul 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07/24/08

Please take note that,    at 9:30 RODICA WAIVIO the Plaintiff of this will appear before Hon Judge RONALD A GUZMAN    sitting in the room 1219 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago IL 60604, and presents MOTION a copy of which is hereby served upon you.
Date 07/18/08
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by mail, facsimile
Date: 07/18/08
Rodica Waivio