UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Rodica Waivio
                      Plaintiff,

v.                                        Case No.: 1:07−cv−06690
                                             Honorable Ronald A. Guzman

Advocate Health Care Network, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: The Court construes plaintiff's "Motion for Extension Time and Rule LR7.1," filed July 18, 2008 [110] as a motion to supplement her Motion for Reconsideration, also filed July 18, 2008 [112]. Thus construed, the Court denies the motion for extension [110] because plaintiff's motion for reconsideration adequately sets forth her position. The Court also denies the motion for reconsideration [112] because it does not set forth any basis for the Court to reconsider its July 10, 2008 Order dismissing this case. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.