

FILED

JUL 2 1 2008 TC
Jul 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,                    )
Plaintiff,                        )    Case NO: 07-C-6690
              v.                  )    HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK,     )    RONALD A GUZMAN

ET ALL Defendants.

### MOTION FOR CORECTION ORDER 01/02/2008 PURSUANT RULE 60(b) or MOTION TO AMEND SUBMISSION 12/14/07

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her Motion respectfully states the followings:

1. On 11/28/07 plaintiff filed complaint docket [1]
2. On 12/03/07 court denied application to proceed in paperus form
3. On 12/14/2007 plaintiff filed an erroneous motion to withdraw. Plaintiff bring present motion to amend pursuant Rule 15 submission 12/14/07 to "plaintiff desire to withdraw only a few statements from original complaint 11/28/907; plaintiff does not desire complete withdraw of original complaint; these statements are presented here".
4. On 12/17/08 this court introduced order:

MINUTE entry before Judge Ronald A. Guzman :Motion by Plaintiff Rodica Waivio to withdraw complaint <u>6</u> is granted. It is ordered that this action is hereby dismissed. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, ) (Entered: 12/17/2007)

5. On 12/26/07 Plaintiff filed in a motion of reconsideration.
6. On 01/02/08 this Hon Court introduced order

MINUTE entry before Judge Ronald A. Guzman: Motion by plaintiff for reconsideration, to reopen case, and for leave to file a new complaint <u>9</u> is granted. Vacate dismissal order entered 12/17/07. Case reopened. Plaintiff is given to and including 1/16/2008 to file a new complaint and pay fee. Status hearing set for

2/20/2008 at 9:30 A.M.

7.  Pursuant Rule 60(b) and Motion of reconsideration filed in 12/14/08 Plaintiff
    respectfully requests to this court to modify order 01/02/08 by acknowledging that
    original complaint was not withdrawn and only a few statements from complaint
    11/28/07 listed below were withdrawn. Shortly motion of withdrawn filed
    12/14/07 should be granted with respect to withdrawn only a few statements
    which are listed below.

8.  Plaintiff list statements withdrawn from complaint 11/28/07.

9.  Plaintiff withdraws:

   (comp 1/28/07 ¶5) all the following are withdrawn "As matter of law Plaintiff as
pregnant woman was entitled to be informed if medical test  results reveal that she
has a disease [ plaintiff claims that Rapisarda induced Lupus] that could affect her
baby or her". This paragraph was copied word by word from a medical malpractice
complaint found on internet. Formulation is not Waivio expression but a quotation
from Internet.

   (comp 1/28/07 ¶13) all the following are withdrawn "Pursuant to Rule 8(e)(2) the
federal questions raised in complaint are independent of federal questions in case 04-
C-3545"

   (comp 1/28/07 ¶24) all the following are withdrawn "Plaintiff than looked on the
ultrasound and plaintiff saw a black oval of the dimension of a big nut[this was looking
similar situated to Waivio eggs seen in Rapisarda procedure with Gonal-F April 2006; it
was looking like egg in ovary; plaintiff falsely believed at that time that there was an egg
of plaintiff left in ovary[JAsenof told plaintiff, in that day, not to have intercourse which
implied to plaintiff that it was an egg in ovary left from RApisarda procedure]][ later in
September Waivio realized that it was an error that Waivio believed it was egg]" which
was in uterus and was visible on the ultrasound machine. This is identified by plaintiff as
a blood clot seen in the uterus [however at that time plaintiff has no knowledge of any
medical condition as plaintiff was not informed by JAsenof] clear visible on ultrasound
machine of Dr Jasenof on July 11, 2006[ on July 11,2006 plaintiff was not medical
specialist and plaintiff at that time had no necessary experience to clear make the

adequate medical identification].

  (comp 1/28/07 ¶24) all the following are withdrawn "he did not inform plaintiff about the nature of the black oval seen in the uterus on his ultrasound machine[JAsenof told plaintiff, in that day, not to have intercourse which implied to plaintiff that it was an egg in ovary left from RApisarda procedure] [later on Sept 17,2006 when placenta rupture plaintiff saw blood clots"

(comp 1/28/07 ¶25) all the following are withdrawn "plaintiff saw from the ultrasound bed the baby the hart beat and again the flack oval of the nut dimension in the uterus[something which was looking like follicular eggs in RApisarda Gona-F procedure]" [ on July 20,2006 plaintiff was not medical specialist and plaintiff at that time had no necessary experience to clear make the adequate medical identification]

(comp 1/28/07 ¶25) all the following are withdrawn "been a little difficult for technician to make picture. The technician had to adjust the bed in a position which was favorable to ultrasound. Plaintiff had a very good look at the ultrasound monitor which was exactly in front of the plaintiff. Plaintiff was the baby movements and main parts of body. Plaintiff furthermore see again the clack oval with dimension of a nut in the uterus" [something which was looking like follicular eggs in RApisarda Gona-F procedure]" [ on July 18,2006 plaintiff was not medical specialist and plaintiff at that time had no necessary experience to clear make the adequate medical identification]

(comp 1/28/07 ¶25) all the following are withdrawn "plaintiff observed black in uterus this was blood clots clearly seen on ultrasound" [plaintiff observed something which was looking like black]" [ on Sept 16,2006 plaintiff was not medical specialist and plaintiff at that time had no necessary experience to clear make the adequate medical identification].

    10. Conclusion

    11. Plaintiff respectfully requests to allow amendment of motion 12/14/07 and amendment of order 01/02/08 by declaring motion 01/14/07 is granted only with respect to statements which are listed in this motion. Everything else is same.

WHEREFORE RODICA WAIVIO respectfully requests that this Hon Court grant her motion, and grant Plaintiff all relief deemed appropriate under law.

Submitted, By Plaintiff, Rodica Waivio
Address: 1325 Baldwin Ct Apt 2A
    Palatine IL 60074