

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
JUL 2 1 2008 TC
Jul 21. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RODICA WAIVIO, )
Plaintiff, ) Case NO: 07-C-6690
v. ) HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, ) RONALD A GUZMAN

ET ALL Defendants.

## MEMORANDUM MOTION FOR RECONSIDERATION
Matter of fact

**NOW COMES** Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her memorandum First Part respectfully states the followings:

Motion of Reconsideration contains also request of preliminary injunction and enforcement of defendants, delay of appeal, as requested previously in previous submissions 05/09/08, therefore same issues as previously raised. Shortly Present briefing includes already made requests on record.

**Order of Protection 07/03/08 is moot pursuant order 07/10/08**

Order07/11/08 established: original performs its function amendment is denied. Defendants' motion for protection and sanction falsely implied that "defendants request protection because Waivio goes to other medical providers" [plaintiff denies such matter]. Plaintiff proves this is false.

Complaint 04/25/08 raised the question: whether plaintiff can get pregnant with simple "natural monitoring and HCG and IUI".

Complaint 04/25/08 raised basic question of fact "what is Waivio's natural cycle" [plaintiff denies such matter] Karande motion protection claimed that Waivio goes to other medical providers for question "what is Waivio's natural cycle" which imply Karande motion pleaded guilty to failure refusal of Karande of basic medical services including natural treatment direct violation of 42USC300; same for FCI, Advocate. Defendants' motion in essence pleaded guilty to complaint implies that defendants have false pretexts for their duties such as to establish "natural cycle".

Order 07/11/08 established "original performs its function amendment is denied" imply defendants orders of protection are for "original", but this is false because the original is defendants' duties under law which imply order of protection is moot. Order 07/11/08

1

mooted order of protection and established defendants claims are false pretexts to unlawful discrimination because the main question of fact is "what is Waivio natural cycle".

**Order 07/08/08**

In technical words: there is an objection to "natural cycle" but really there is no denial or in other words, no one can know exactly what is "Waivio natural cycle" and natural abilities of pregnancy. Absent denial from defendants and Absent good faith evaluation court establishes natural pregnancy may be archived and further amendments are denied

Order 07/03/08 established: order of protection does not prohibit Waivio to seek "natural cycle and question of natural pregnancy" at Advocate and others medical providers while prohibiting Waivio to seek "natural cycle" at FCI and Karande". Shortly defendants pleaded that FCI and Karande did not perform their basic duty of "natural cycle" and did not respond the question whether "natural pregnancy" can be achieved; Evidently failure of FCI and KArande to perform basic duties imply failure of all Advocate and all others because FCI and Karande failed. Advocate o5der of protection really send plaintiff to "other medical providers to establish" "Waivio natural cycle" and imply Advocate refused basic fundamental medical services including that of evaluation of basic medical cycle. Shortly order 07/10/08 established Waivio is entitled to judgment as matter of fact in her favor because evidence of court shows clearly that Waivio is still at level of "original" and "natural cycle" and question whether natural pregnancy can be archived in some way [or in any way].

Shortly matters of fact shows that question is "What is Waivio 's natural cycle" and whether Waivio can get pregnant naturally [by monitoring egg development and HCG and IUI]

**Further comment**

Real question of fact raised is: "what is natural cycle of Waivio" and whether a proper

2

natural cycle could have made plaintiff pregnant in April 2006.

Rapisarda and FCI did not really attempted natural cycle [under complete version] as pleaded therefore defendants do not know Waivio's natural cycle. Shortly there were no real positive efforts to establish "Waivio natural cycle" by anyone starting April 2006 till today. Defendants' claims that "Waivio seek treatment at defendants and other medical providers" is disproved by facts that defendants and no one else make "natural cycle of Waivio". No One made original.

Federal question raised again in today time is the same as that raised for FCI in April 2006: Question is whether any medical provider [advocate or not advocate] by any means monitored Waivio natural cycle and provided treatment to natural cycle. NO any medical provider monitored and provided any medical treatment to natural cycle, natural abilities of Waivio as specific to her necessities. Today question is same question from April 2006 because no any medical provider Advocate or no Advocate [from Advocate system or from outside advocate system] made "natural cycle" of Waivio therefore they did not attempt positive steps to natural pregnancy. Because no one provide original function plaintiff can declare without any question that Waivio had no any actual treatment of any type from April 2006 till today because no one made the "Waivio natural cycle", "original complaint", no any doctor establish "natural cycle" and provide solution as adequate to Waivio specific matters.

Complaint 0/25/08 actually implies that Waivio did not receive original which means Waivio did not receive anything at any time. Waivio from April 2006 till today did not receive the basic and elementary "natural cycle" to establish natural cycle of Waivio. Shortly there was no diagnosis completed. Defendants actions appears to delay willfully plaintiff's diagnosis till at age of 39 which imply gonal-F treatment was inappropriately provided at age of 36, in April 2006.

Basic the question is: What is Natural cycle of Waivio; nothing from records of any type can respond to this matter. Because there is no response to "natural cycle" there can be no "experts testimony" there can not be a response to original complaint or issues raised by complaint 04/25/08 which is basic "what is Waivio natural cycle".

Defendants refused to made their basic function that to establish "Waivio natural cycle".

3

Shortly order of protection proposed by defendants is moot because defendants did not made their basic function that to establish "natural cycle of Waivio" and because others can not perform main basic function which was required for FCI and Karande and for Advocate. O

Complaint 04/25/08 informs court that Waivio had never received "natural cycle" and a diagnosis was not completed therefore complaint innocently was asking court whether natural cycle is a solution and proposed such solution because no doctor made natural cycle, and there was no completed diagnosis.

Defendants arguments "numerous allegations…other providers" definitely is moot because complaint testifies that plaintiff had no "original" "basic cycle", and it was proposing this

Order of protection needs to be amended by: *Defendants*
Defendants *never* made positive efforts to establish natural cycle and there can not provide response whether natural cycle is solution to Waivio.

Defendants failed their main duty to make their jobs, basic function under law and this is independent of "court matter" or others or anything else; Case was adjudicated in Plaintiff's favor because defendants failed to make their basic duty to establish natural cycle of Waivio in 2006 and 2007 and establish a fair diagnosis.

Further comment

There can be numerous efforts to look at all records from each defendants only that there is no good faith in evaluation of Waivio; main issue is: whether Waivio can get pregnant naturally. Shortly case was adjudicated as matter of facts because facts prove basic duties of defendants was not established therefore they can not respond to any issues of facts.

As matter of fact question of "Waivio natural cycle" is common question today as it was in 2007, and 2006   This imply defendants actions are pretext to refusal of basic medical services. Defendants refused to make their basic duties as required by law and standards of practice.   *Redica Waivio*

Acknowledgement: this document is unfinished; further submission will be filed in.

*Presented for emergency time limitation*

4