

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,       )
Plaintiff,            )   Case NO: 07-C-6690
     v.               )   HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK,  )   RONALD A GUZMAN

ET ALL Defendants.

Correction "Submission 07/14/08" [109]

**FILED**
JUL 2 1 2008  TC
Jul 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice: in submission 07/14/08 plaintiff withdraws, annuls deletes cancels lines 16-21 from pag 3 in "Execution order 07/01/08". Plaintiff annulated cancel deleted last affidavit lines 16-21 from pag 3 in "Execution order 07/01/08"

*Rodica Waivio*
07/21/08