UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Rodica Waivio
                            Plaintiff,

v.                                                     Case No.: 1:07−cv−06690
                                                            Honorable Ronald A. Guzman

Advocate Health Care Network, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's "Motion for Correction Order 1/02/2008 Pursuant Rule 60(b) or Motion to Amend Submission 12/14/07," filed July 21, 2008 [115] is denied. The order of January 2, 2008 granted plaintiff's request to "file [a] new complaint,"(Pl.'s Mot. Recons. of 12/26/07 par. 6), which she did on January 26, 2008. Because the Court's order gave plaintiff the relief she sought − permission to file another complaint − the Court has no basis for reconsidering it. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.