IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
JUL 2 2 2008
JuL 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RODICA WAIVIO,  )
Plaintiff,      )   Case NO: 07-C-6690
    v.          )   HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, )  RONALD A GUZMAN

ET ALL Defendants.

## MOTION FOR EXTENSION TIME AND RULE LR7.1

NOW COMES Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her Motion respectfully states the followings:

1. Pursuant to Rule 6 plaintiff respectfully requests extension of time to submit final argument supporting Motion for Reconsideration. Plaintiff respectfully requests till and including August 4, 2008 [or any time as this court may find appropriate].

2. 

3. Plaintiff respectfully requests to be allowed as final part of Memorandum in law to be presented till and including August 4, 2008.

4. Pursuant LR 7.1 plaintiff respectfully requests to waive the size of the memorandum and requirements of content.

WHEREFORE RODICA WAIVIO respectfully requests that this Hon Court grant her motion, and grant Plaintiff all relief deemed appropriate under law.

Submitted, By Plaintiff, Rodica Waivio
Address: 1325 Baldwin Ct Apt 2A
    Palatine IL 60074

*Rodica Waivio*

07/22/08