

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,  )
Plaintiff,  )  Case NO: 07-C-6690
v.  )  HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK,  )  RONALD A GUZMAN

ET ALL Defendants.

**FILED**

JUL 2 2 2008
JuL 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE MOTION

TO:

07/28/08

Please take note that, at 9:30 RODICA WAIVIO the Plaintiff of this will appear before Hon Judge RONALD A GUZMAN sitting in the room 1219 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago IL 60604, and presents **MOTION** a copy of which is hereby served upon you.
Date   07/22/08
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

### CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by mail, facsimile
Date: 07/22/08
Rodica Waivio