**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Rodica Waivio

                                Plaintiff,

v.                                                           Case No.: 1:07−cv−06690
                                                           Honorable Ronald A. Guzman

Advocate Health Care Network, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff for extension of time and Rule LR7.1. [120] and motion by Plaintiff for reconsideration[122] are stricken as moot in light of Court's rulings on 7/21/08 and 7/22/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.