FILED
JUL 22 2008
JUL 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**

Rodica Waivio

v.

Advocate

**Defendant(s)**

Case No. 07-C-6690

Correction

Now Comes Rodica Waivio in Pro Se representation and declares the following & withdraw,

1. I annullate, cancel submission from 07/21/2008 [117] Memorandum ~~because~~ This submission was not finished and needs to be reformulated. I cancel, ~~all~~ withdraw, anulls this submission.

Rodica Waivio