FILED

JUL 22 2008
JUL 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Rodica Waivio

v.

ADVOCATE

Defendant(s)

Case No. 07-C-6690

CERTIFICATE

Now Comes Rodica Waivio in Pro Se representation and presents certificate under oath.

1. On 07/18/08, 07/21/08, 07/22/08 court security impaired/interfered with my performance on case, they made actions which adversely affected me, Following actions of security and Marshal from 07/18/08, 07/21/08, 07/22/08, I suffered adverse actions and effects, which interfered with obligations under case

07/22/08

Rodica Waivio