# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RODICA WAIVIO
PLAINTIFF

VS.

ADVOCATE
et al DEFENDANT

CASE NO. 07-C-6690

Hon Judge
RONALD GUZMAN

## NOTICE OF MOTION

TO: Dupage Advocate
     Cenexera FCI
     Kim Heffernan karondy

**FILED**
JUL 2 4 2008  NF
Jul 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

On 07/29/08, at 9:30 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ronald A Guzman in Courtroom 1419 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Motion for Reconsideration

Name: Rodica Waivio
Address: 1325 Baldwin CT Apt A
City / Zip: Palatine IL 60074
Telephone: 847 963 0231

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 24 day of July, 2008 I served a copy of this notice to each person whom it is directed by way of ____

Rodica Waivio
SIGNATURE / CERTIFICATION

07/24/08
DATE