IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Rodica Waivio
**PLAINTIFF**

VS.

Advocate
**DEFENDANT**

CASE NO: 07-C-6690

Hon Judge
Ronald Guzman

**NOTICE OF MOTION**

FILED
JUL 28 2008
Jul 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Dayal Advocate
Kim Heffernan
Gmenete FCI

On 07/31/08, at 9:30 a.m. /p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable _____ in Courtroom _____ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Motion of Reconsideration

Name Rodica Waivio
Address 1325 Baldwin CT Ap 2A
City / Zip Palatine IL 60074
Telephone 847 963 0231

**PROOF OF SERVICE**

I, the undersigned (plaintiff / defendant), certify that on the 28 day of July, 2008
I served a copy of this notice to each person whom it is directed by way of fax/mail

Rodica Waivio
**SIGNATURE / CERTIFICATION**

07/28/08
**DATE**