FILED
JUL 2 8 2008
JUL 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)
Rodica Waivio

v.

Advocate

Defendant(s)

Case No. 07-C-6690
Judge Guzman

Certificate

Now Comes Plaintiff Rodica Waivio, and presents certificate.

Plaintiff declares that today befor 4:00pm I entered the building of Federal Court. Security required me to be escorted. A person from "Court Security Officer" told me that there is order from marshall, that anytime when I enter building the judge is informed.

Today after I entered building and I was preparing to make submission I saw that Hon Judge denied me the motion without any consideration. It appears that anytime when I enter the building my submissions are denied and are correlated to security. It appears that there is not federal procedure for me of any type, that starting with 07/03/08 Judge denied me any procedure.

07/28/08    Rodica Waivio