IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODICA WAIVIO, | ) |
| Plaintiff, | ) Case NO: 07-C-6690 |
| v. | ) HONORABLE JUDGE |
| ADVOCATE HEALTH CARE NETWORK, | ) Honorable Guzman |
| ET ALL Defendants. | |

### NOTICE MOTION

TO:

FILED
8-5-2008
AUG - 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please take note that, 7 at 9:30 RODICA WAIVIO the Plaintiff of this will appear before Hon Judge sitting in the room 19 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago IL 60604, and presents **MOTION** a copy of which is hereby served upon you.

Date 08/05/08
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

### CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by mail, facsimile

Date: 08/05/08
Rodica Waivio