UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Rodica Waivio
                            Plaintiff,

v.                                            Case No.: 1:07−cv−06690
                                                           Honorable Ronald A. Guzman

Advocate Health Care Network, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's motion to appoint attorney and extend time or delay appeal [134] is stricken as moot. This case has been terminated so there is no need to appoint counsel and plaintiff's time to appeal the Court's judgment has not yet expired. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.