IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS

07 C 6690

RODICA WAIVIO

v.

ADVOCATE et al def.

FILED
AUG - 6 2008
AUG 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 07-C-6690
Hon Judge Guzman

## Affidavit for Record

Now Comes Plaintiff Rodica Waivio, in Pro Se and presents statements under oath;

1. Plaintiff Waivio declares under oath that by herself and family means plaintiff is unable to recover damages and injuries made by defendants as described on record. Starting Sept 2006 till today Plaintiff had not any positive result in recovery of injuries made by defendants. With respect to Waivio means Waivio has irreparable harm made by defendants, injuries which were described on record.

Rodica Waiv[io]

08/06/08