

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO, )
Plaintiff, )
     v. )  Case NO: 07-C-6690
ADVOCATE HEALTH CARE NETWORK, )  HONORABLE JUDGE
)  Guzman

ET ALL Defendants.

### NOTICE

**FILED**
AUG 0 8 2008 YM
Aug 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:
**Joanne Ciminera**
Wilson Elser
120 North LaSalle Street-Suit 2600
Chicago IL 60602
**Edward Nielsen**
One South Wacker Drive Suit 2500
Chicago IL 60606-4673
**Anjali Dayal**
20N Wacker Dr Suit 2520
Chicago IL 60606

PLEASE TAKE NOTICE that on 08/08/08, RODICA WAIVIO, Plaintiff –Appellant filed with the Clerk a notice of appeal, a copy of which is served upon you.

Date: 08/08/08
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

### CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and documents referred to herein were served upon the above parties, by personal delivery
Date: 08/08/08
Rodica Waivio

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODICA WAIVIO, ) | |
| Plaintiff, ) | |
| v. ) | Case No: 07-C-6690 |
| ADVOCATE HEALTH CARE NETWORK, ) | |
| ADVOCATE MEDICAL GROUP, ) | |
| ADVOCATE HEALTH AND ) | HONORABLE JUDGE |
| HOSPILAT CORPORATION, ) | Ronald A. Guzman |
| ADVOCATE LUTHERAN GENERAL HOSPITAL,) | |
| IAN JASENOF, individual and employee, ) | |
| JENNIFER TORRES, individual and employee, ) | |
| DANIEL PESCH, individual and employee ) | |
| THOMAS IANNUCCI, individual employee ) | |
| BRUCE PIELTE, individual and employee, ) | |
| VISHVANATH KARANDE, individual employee) | |
| RAPISARDA JOHN, individual and employee ) | |
| FERTILITY CENTER OF ILLINOIS, ) | |
| KARANDE& ASSOCIATES ) | |
| Et all Defendants. | |

F I L E D

AUG 0 8 2008  YM
Aug 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF APPEAL

Plaintiff-Appellant Rodica Waivio, Pro Se, appeals to United States Court of Appeals For the Seventh Circuit from the following judgment and orders entered in these action in the United States District Court For The Northern District Of Illinois:

1. The judgment introduced on July 10, 2008 stating "Decision by Court. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered It is hereby ordered and adjudicated that plaintiff's motion to amend complaint is denied and this case is dismissed with prejudice".

2. The minute order: 07/10/2008 [106] MINUTE entry before the Honorable Ronald A. Guzman: For the reasons set forth in this Order, plaintiff's motion to amend her complaint 55 is denied and this case is dismissed with prejudice. Any pending motions or schedules are stricken as moot. Case terminated. Mailed notice (kj, ) (Entered: 07/11/2008) Opinion 7/10/2008 dismissing Plaintiff's complaint with prejudice.

3. The minute order: 03/25/2008 [50] MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 3/25/2008 regarding motion to dismiss 34 and motion to amend complaint 47 . Motion by Defendants Vishvanth Karande, Karande & Associates to dismiss 34 is stricken without prejudice. Motion by Plaintiff to amend complaint 13 47 is stricken without prejudice. Defendants' responses to complaint are stayed. Plaintiff may file a notice of motion and motion to amend the complaint for the next status hearing. Status hearing set for 4/16/2008 at 09:30 AM. to stand. Mailed notice (cjg, ) (Entered: 03/27/2008)

4. The minute order: Minute order dated 06/13/2008 [89] MINUTE entry before the Honorable Ronald A. Guzman: Motion by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospillat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to join Defendants Vishvanath Karande, MD and Karande & Assoc., S.C. for protective order 82 is granted. Motion by Defendants Rapisarda John, Fertility Center of Illinois to join Defendants Vishvanath Karande, M.D. and Karande & Associates, S.C.'s motion for protective order 84 is granted. Enter protective order.Mailed notice. (kjc, ) (Entered: 06/17/2008)
5. The minute order: 06/13/2008 [90] PROTECTIVE Order Signed by the Honorable Ronald A. Guzman on 6/13/2008.(kjc, ) (Entered: 06/17/2008)
6. The minute order: 07/03/2008 [105] MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 7/03/08. Plaintiff's motion for Reconsideration 94 is granted in part. The Protective Order entered on June 13, 2007 does not preclude plaintiff from seeking personal medical treatment at Advocate Health and Hospital Corporation d/b/a/ Advocate Lutheran General Hospital and from seeking personal medical treatment from other health care providers not parties to this action. The remainder of the Protective Order stands. Status hearing set for 8/13/08 at 9:30 a.m. Appointment of counsel for plaintiff is ordered. Mailed notice (cjg, ) (Entered: 07/10/2008)
7. The minute order: 07/08/2008 [100] MINUTE entry before the Honorable Ronald A. Guzman:Status hearing held. The Court withdraws order of appointment of counsel for plaintiff for the reasons stated on the record in open court. The Court will rule by mail on pending objection to motion for leave to file an amended complaint. Status set for 8/13/2008 is stricken.Mailed notice (tlp, ) (Entered: 07/08/2008)
8. The minute order: 07/10/2008 [106] MINUTE entry before the Honorable Ronald A. Guzman: For the reasons set forth in this Order, plaintiff's motion to amend her complaint 55 is denied and this case is dismissed with prejudice. Any pending motions or schedules are stricken as moot. Case terminated. Mailed notice (kj, ) (Entered: 07/11/2008)
9. The minute order: 07/10/2008 [107] ENTERED JUDGMENT.(kj, ) (Entered: 07/11/2008)
10. The minute order: 07/21/2008 [114] MINUTE entry before the Honorable Ronald A. Guzman: The Court construes plaintiff's "Motion for Extension Time and Rule LR7.1," filed July 18, 2008 110 as a motion to supplement her Motion for Reconsideration, also filed July 18, 2008 112 . Thus construed, the Court denies the motion for extension 110 because plaintiff's motion for reconsideration adequately sets forth her position. The Court also denies the motion for reconsideration 112 because it does not set forth any basis for the Court to reconsider its July 10, 2008 Order dismissing this case. Mailed notice (cjg, ) (Entered: 07/21/2008)
11. The minute order: 07/22/2008 [119] MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's "Motion for Correction Order 1/02/2008 Pursuant Rule 60(b) or Motion to Amend Submission 12/14/07," filed July 21, 2008 115 is denied. The order of January 2, 2008 granted plaintiff's request to "file [a] new complaint,"(Pl.'s Mot. Recons. of 12/26/07 par. 6), which she did on January 26, 2008. Because the Court's order gave plaintiff the relief she sought - permission to file another

    complaint - the Court has no basis for reconsidering it. Mailed notice (cjg, ) (Entered: 07/22/2008)

12. The minute order: 07/23/2008 [124] MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff for extension of time and Rule LR7.1. 120 and motion by Plaintiff for reconsideration 122 are stricken as moot in light of Court's rulings on 7/21/08 and 7/22/08. Mailed notice (cjg, ) (Entered: 07/23/2008)
13. The minute order: 07/30/2008 [132] 07/28/2008 [129] MINUTE entry before the Honorable Ronald A. Guzman:For the reasons previously stated by the Court, Plaintiff's motion for reconsideration 127 is denied. Mailed notice (cjg, ) (Entered: 07/28/2008)
14. The minute order: 07/30/2008 [132] MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff for reconsideration 130 is denied for reasons previously stated by the Court. Mailed notice (cjg, ) (Entered: 07/30/2008)

By this appeal, Plaintiff-Appellant will ask the HON Appellate court to:
a) reverse the Judgment of July 10, 2008, and the orders listed above or
b) made recommendation to amend complaint, or
b) to declare judgment in plaintiff's favor against defendants or declare partial judgment in plaintiff's favor against defendants for any claim or for some claims of plaintiff; and
c) remand the case with directions to reinstate all counts of the complaint 01/16/08 or complaint of case 07-C-6690, for trial on the merits as to all claims, or
d) for such order and further relief as the Appalls Court may deem proper.

Respectfully Submitted by Plaintiff-Appellant Rodica Waivio, Pro Se

Rodica Waivio
1325 Baldwin Ct Apt 2A
Palatine, IL, 60074
Phone: 847-963-0231

Date 07/08/08

Rodica Waivio

**Joanne Ciminera**
Wilson Elser
120 North LaSalle Street-Suit 2600
Chicago IL 60602
**Edward Nielsen**
One South Wacker Drive Suit 2500
Chicago IL 60606-4673
**Anjali Dayal**
20N Wacker Dr Suit 2520
Chicago IL 60606