

FILED
Aug 8, 2008
AUG 0 8 2008   YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

Rodica Waivio
_____
Plaintiff

v.

_____
Defendant(s)

CASE NUMBER  07-C-6690

JUDGE  Guzman

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Rodica Waivio, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2. Are you currently employed?    ☐Yes   ☐No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: December 2002
      Monthly salary or wages: $1200
      Name and address of last employer: University Illinois

   b. Are you married?    ☒Yes   ☐No     *this is the only income of family*
      Spouse's monthly salary or wages: $3000
      Name and address of employer: Northrop Hechs Rolay Meadows

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages         ☐Yes    ☐No
      Amount_____ Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment   ☐Yes   ☐No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends   ☐Yes   ☐No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
  ☐Yes   ☐No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances   ☐Yes   ☐No
Amount_____ Received by_____

f. ☐ Any other sources (state source:_____)   ☐Yes   ☐No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   ■Yes   ☐No   Total amount $500 + expenses incoming
In whose name held: *Nathan Wauvio* Relationship to you: *spouse*

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☐No
Property: *I do not know*   Current Value: *I do not know*
In whose name held: *Nathan Wauvio* Relationship to you: *husband*

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ■Yes   ☐No
Address of property: *1325 Baldwin CT Ap 2A Palatine IL 60074*
Type of property: *condo*   Current value: *mortgage $60000*
In whose name held: *Nathan Wauvio* Relationship to you: *spouse*
Amount of monthly mortgage or loan payments: *$700 including $200 Fee Association*
Name of person making payments: *Nathan Wauvio*

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
  ☐Yes   ☐No
Property: *Car Focus and Car Echo*
Current value: *$1000 cars are over 100000 miles are old*
In whose name held: *Nathan Wauvio* Relationship to you: *spouse*

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents

*Car Focus is December 2002 and Car Echo is Dec 2001
Today they do not have any real "market value" because a dealer will not buy them more than $1000*

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __08/08/08__   _____Rodica Waivio_____
                           Signature of Applicant

__RODICA WAIVIO__
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____          _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER

                                  _____
                                  (Print name)

rev. 10/10/2007

-3-