

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,                              )
Plaintiff,                                  )    Case NO: 07-C-6690
                 v.                         )    HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK,               )    Guzman

ET ALL Defendants.

**NOTICE**

**F I L E D**

AUG 0 8 2008  YM
Aug 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:
**Joanne Ciminera**
Wilson Elser
120 North LaSalle Street-Suit 2600
Chicago IL 60602
**Edward Nielsen**
One South Wacker Drive Suit 2500
Chicago IL 60606-4673
**Anjali Dayal**
20N Wacker Dr Suit 2520
Chicago IL 60606

PLEASE TAKE NOTICE that on 08/08/08, RODICA WAIVIO, Plaintiff –Appellant filed with
the Clerk a notice of appeal, a copy of which is served upon you.

Date: 08/08/08
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true
and correct copy of this notice and documents referred to herein were served upon the
above parties, by personal delivery
Date: 08/08/08
Rodica Waivio

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,                                          )
Plaintiff,                                             )
                                                       )
          v.                                           )   Case No: 07-C-6690
ADVOCATE HEALTH CARE NETWORK,                          )
ADVOCATE MEDICAL GROUP,                                )
ADVOCATE HEALTH AND                                    )   HONORABLE JUDGE
HOSPILAT CORPORATION,                                  )   Ronald A. Guzman
ADVOCATE LUTHERAN GENERAL HOSPITAL,)
IAN JASENOF, individual and employee,                  )
JENNIFER TORRES, individual and employee,              )
DANIEL PESCH, individual and employee                  )
THOMAS IANNUCCI, individual employee                   )
BRUCE PIELTE, individual and employee,                 )
VISHVANATH KARANDE, individual employee)
RAPISARDA JOHN, individual and employee )
FERTILITY CENTER OF ILLINOIS,                          )
KARANDE& ASSOCIATES                                    )
Et all Defendants.

**F I L E D**

AUG 0 8 2008   **YM**
Aug 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF APPEAL

   Plaintiff-Appellant Rodica Waivio, Pro Se, appeals to United States Court of Appeals
For the Seventh Circuit from the following judgment and orders entered in these action in
the United States District Court For The Northern District Of Illinois:

1. The judgment introduced on July 10, 2008 stating "Decision by Court. This action
came to trial or hearing before the court. The issues have been tried or heard and a
decision has been rendered It is hereby ordered and adjudicated that plaintiff's
motion to amend complaint is denied and this case is dismissed with prejudice".

2. The minute order: 07/10/2008 [106] MINUTE entry before the Honorable Ronald A.
Guzman: For the reasons set forth in this Order, plaintiff's motion to amend her
complaint 55 is denied and this case is dismissed with prejudice. Any pending
motions or schedules are stricken as moot. Case terminated. Mailed notice (kj, )
(Entered: 07/11/2008) Opinion 7/10/2008 dismissing Plaintiff's complaint with
prejudice.

3. The minute order: 03/25/2008 [50] MINUTE entry before Judge Honorable Ronald
A. Guzman:Motion hearing held on 3/25/2008 regarding motion to dismiss 34 and
motion to amend complaint 47 . Motion by Defendants Vishvanth Karande, Karande
& Associates to dismiss 34 is stricken without prejudice. Motion by Plaintiff to
amend complaint 13 47 is stricken without prejudice. Defendants' responses to
complaint are stayed. Plaintiff may file a notice of motion and motion to amend the
complaint for the next status hearing. Status hearing set for 4/16/2008 at 09:30 AM.
to stand. Mailed notice (cjg, ) (Entered: 03/27/2008)

4.  The minute order: Minute order dated 06/13/2008 [89] MINUTE entry before the Honorable Ronald A. Guzman: Motion by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospillat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to join Defendants Vishvanath Karande, MD and Karande & Assoc., S.C. for protective order 82 is granted. Motion by Defendants Rapisarda John, Fertility Center of Illinois to join Defendants Vishvanath Karande, M.D. and Karande & Associates, S.C.'s motion for protective order 84 is granted. Enter protective order.Mailed notice. (kjc, ) (Entered: 06/17/2008)

5.  The minute order: 06/13/2008 [90] PROTECTIVE Order Signed by the Honorable Ronald A. Guzman on 6/13/2008.(kjc, ) (Entered: 06/17/2008)

6.  The minute order: 07/03/2008 [105] MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 7/03/08. Plaintiff's motion for Reconsideration 94 is granted in part. The Protective Order entered on June 13, 2007 does not preclude plaintiff from seeking personal medical treatment at Advocate Health and Hospital Corporation d/b/a/ Advocate Lutheran General Hospital and from seeking personal medical treatment from other health care providers not parties to this action. The remainder of the Protective Order stands. Status hearing set for 8/13/08 at 9:30 a.m. Appointment of counsel for plaintiff is ordered. Mailed notice (cjg, ) (Entered: 07/10/2008)

7.  The minute order: 07/08/2008 [100] MINUTE entry before the Honorable Ronald A. Guzman:Status hearing held. The Court withdraws order of appointment of counsel for plaintiff for the reasons stated on the record in open court. The Court will rule by mail on pending objection to motion for leave to file an amended complaint. Status set for 8/13/2008 is stricken.Mailed notice (tlp, ) (Entered: 07/08/2008)

8.  The minute order: 07/10/2008 [106] MINUTE entry before the Honorable Ronald A. Guzman: For the reasons set forth in this Order, plaintiff's motion to amend her complaint 55 is denied and this case is dismissed with prejudice. Any pending motions or schedules are stricken as moot. Case terminated. Mailed notice (kj, ) (Entered: 07/11/2008)

9.  The minute order: 07/10/2008 [107] ENTERED JUDGMENT.(kj, ) (Entered: 07/11/2008)

10. The minute order: 07/21/2008 [114] MINUTE entry before the Honorable Ronald A. Guzman: The Court construes plaintiff's "Motion for Extension Time and Rule LR7.1," filed July 18, 2008 110 as a motion to supplement her Motion for Reconsideration, also filed July 18, 2008 112 . Thus construed, the Court denies the motion for extension 110 because plaintiff's motion for reconsideration adequately sets forth her position. The Court also denies the motion for reconsideration 112 because it does not set forth any basis for the Court to reconsider its July 10, 2008 Order dismissing this case. Mailed notice (cjg, ) (Entered: 07/21/2008)

11. The minute order: 07/22/2008 [119] MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's "Motion for Correction Order 1/02/2008 Pursuant Rule 60(b) or Motion to Amend Submission 12/14/07," filed July 21, 2008 115 is denied. The order of January 2, 2008 granted plaintiff's request to "file [a] new complaint,"(Pl.'s Mot. Recons. of 12/26/07 par. 6), which she did on January 26, 2008. Because the Court's order gave plaintiff the relief she sought - permission to file another

complaint - the Court has no basis for reconsidering it. Mailed notice (cjg, ) (Entered: 07/22/2008)

12. The minute order: 07/23/2008 [124] MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff for extension of time and Rule LR7.1. 120 and motion by Plaintiff for reconsideration 122 are stricken as moot in light of Court's rulings on 7/21/08 and 7/22/08. Mailed notice (cjg, ) (Entered: 07/23/2008)

13. The minute order: 07/30/2008 [132] 07/28/2008 [129] MINUTE entry before the Honorable Ronald A. Guzman:For the reasons previously stated by the Court, Plaintiff's motion for reconsideration 127 is denied. Mailed notice (cjg, ) (Entered: 07/28/2008)

14. The minute order: 07/30/2008 [132] MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff for reconsideration 130 is denied for reasons previously stated by the Court. Mailed notice (cjg, ) (Entered: 07/30/2008)


By this appeal, Plaintiff-Appellant will ask the HON Appellate court to:

a) reverse the Judgment of July 10, 2008, and the orders listed above or

b) made recommendation to amend complaint, or

b) to declare judgment in plaintiff's favor against defendants or declare partial judgment in plaintiff's favor against defendants for any claim or for some claims of plaintiff; and

c) remand the case with directions to reinstate all counts of the complaint 01/16/08 or complaint of case 07-C-6690, for trial on the merits as to all claims, or

d) for such order and further relief as the Appalls Court may deem proper.

Respectfully Submitted by Plaintiff-Appellant Rodica Waivio, Pro Se

Rodica Waivio
1325 Baldwin Ct Apt 2A
Palatine, IL, 60074
Phone: 847-963-0231

Date 07/08/08

*Rodica Waivio*

**Joanne Ciminera**
Wilson Elser
120 North LaSalle Street-Suit 2600
Chicago IL 60602
**Edward Nielsen**
One South Wacker Drive Suit 2500
Chicago IL 60606-4673
**Anjali Dayal**
20N Wacker Dr Suit 2520
Chicago IL 60606

## SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER:    07cv 6690

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Waivio/appellant | | Advocate Health/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Rodica Waivio | Name | Anjali Dayal |
| Firm | pro-se | Firm | McBreen, Kopko & Dayal |
| Address | 1325 Baldwin Apt. 2A Palatine IL. 60074 | Address | 20 N. Wacker Dr. Suite 2520 Chgo.Il. 60606 |
| Phone | | Phone | 312) 332-6405 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Guzman | Date Filed in District Court | 1/16/08 |
| Court Reporter | N. LaBella X-6890 | Date of Judgment | 7/30/08,7/23/08,7/22/8 |
| Nature of Suit Code | 440 | Date of Notice of Appeal | 8/8/08 |

COUNSEL:          Appointed  ☐          Retained  ☐          Pro Se  ☒

FEE STATUS:          Paid  ☐          Due  ☒          IFP  ☐

                    IFP Pending  ☐          U.S.  ☐          Waived  ☐

Has Docketing Statement been filed with the District Court Clerk's Office?     Yes ☐     No ☒

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

          Granted  ☐          Denied  ☐          Pending  ☐

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).    Rev 04/01**

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Rodica Waivio

                           Plaintiff,

v.                                            Case No.: 1:07−cv−06690
                                            Honorable Ronald A. Guzman

Advocate Health Care Network, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

     MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff for reconsideration [130] is denied for reasons previously stated by the Court. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Rodica Waivio

                         Plaintiff,

v.                                      Case No.: 1:07−cv−06690
                                      Honorable Ronald A. Guzman

Advocate Health Care Network, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff for extension of time and Rule LR7.1. [120] and motion by Plaintiff for reconsideration[122] are stricken as moot in light of Court's rulings on 7/21/08 and 7/22/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Rodica Waivio

　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−06690

　　　　　　　　　　　　　　　　　　　　　　Honorable Ronald A. Guzman

Advocate Health Care Network, et al.

　　　　　　　　　　　　　　Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

　　　MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's "Motion for
Correction Order 1/02/2008 Pursuant Rule 60(b) or Motion to Amend Submission
12/14/07," filed July 21, 2008 [115] is denied. The order of January 2, 2008 granted
plaintiff's request to "file [a] new complaint,"(Pl.'s Mot. Recons. of 12/26/07 par. 6),
which she did on January 26, 2008. Because the Court's order gave plaintiff the relief she
sought − permission to file another complaint − the Court has no basis for reconsidering it.
Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Rodica Waivio

                                    Plaintiff,

v.                                                      Case No.: 1:07−cv−06690
                                                        Honorable Ronald A. Guzman

Advocate Health Care Network, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman: The Court construes plaintiff's "Motion for Extension Time and Rule LR7.1," filed July 18, 2008 [110] as a motion to supplement her Motion for Reconsideration, also filed July 18, 2008 [112]. Thus construed, the Court denies the motion for extension [110] because plaintiff's motion for reconsideration adequately sets forth her position. The Court also denies the motion for reconsideration [112] because it does not set forth any basis for the Court to reconsider its July 10, 2008 Order dismissing this case. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

RODICA WAIVIO

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 07 C 6690

ADVOCATE HEALTH CARE
NETWORK, et al

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's motion to amend her complaint [doc. no. 55] is denied and this case is dismissed with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 7/10/2008

_____

/s/ Carole Gainer, Deputy Clerk

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6690 | **DATE** | 7/10/2008 |
| **CASE TITLE** | Rodica Waivio vs. Advocate Health Care Network, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons set forth in this Order, plaintiff's motion to amend her complaint [doc. no. 55] is denied and this case is dismissed with prejudice. Any pending motions or schedules are stricken as moot. Case terminated.

Docketing to mail notices.

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | LC/LM |

On November 28, 2007, plaintiff, proceeding pro se, filed a nine-page complaint against ten individuals and entities for their alleged violations of section 1981, Title VII, the ADA, Title VI, sections 1983 and 1985, the Fourteenth Amendment and state tort law.  In December 2007, she filed a motion to withdraw that complaint, which the Court granted.  (*See* Minute Order of 12/14/07.)

On December 26, 2007, plaintiff filed a motion to reconsider, saying that she had intended to withdraw only portions of her complaint and wished to proceed by filing a new complaint.  The Court granted the motion and gave her until January 16, 2008 to file an amended complaint.

On January 16, 2008, plaintiff filed a twenty-three-page amended complaint with sixty pages of exhibits against thirteen people and entities for their alleged violations of Title VII, Title VI, Title IX, the Rehabilitation Act, the ADA, sections 1981, 1985 and 1983, the Fourteenth Amendment and state tort law.  When defendants moved to dismiss the amended complaint, plaintiff asked once again to amend her complaint.  On April 4, 2008, when defendants objected, the Court gave Waivio until April 25 to file a motion for leave to amend her complaint along with the proposed amendment.

On April 25, 2008, plaintiff submitted her motion for leave to file and her proposed amended complaint.  The proposed amendment is seventy-one pages long sues nineteen defendants apparently for injuries she allegedly sustained as a result of their acts and omissions in connection with medical care they provided or refused to provide to her.  Specifically, plaintiff alleges that defendants violated:

> [C]onstitutional rights secured by the US Constitution, and the Equal Protection Clause of the Fourteenth Amendment to the Constitution to enforce the provisions of 42USC300(e)(b),  Public Health Service Act of 1944 as amended 42USC300w-7, 42USC708 Maternal and Child Heath activities under federal funds pursuant to 42USC708, Age Discrimination Act of 1975, Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d et seq. ("Title VI"), Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2000e-5 et seq. ("Title VII"),, 42 U.S.C. § 12101-12514;  Americans with Disabilities Act of 1990, Title III Private Entities ("ADA"), (42 U.S.C § 12181-12189); Section 504 of the Rehabilitation Act of 1973 ("Rehab"), 29 U.S.C. § 794-794a, reg 34CFR Part 104; Americans with Disabilities Act of 1990, Title V of Section 503, and 42 U.S.C. §12203; Section 1981 of the Civil Rights Act of 1866 (42 U.S.C. § 1981), Civil Rights Act of 1991 et seq. ("Sec 1981"); 42 U.S.C. § 1983("Sec. 1983"); 735ILCS Civil Procedure; Code of Fed Reg Dep. of, Dep. of Justice, Department of Public Health, Department of Health and Human Services, Civil rights of 1871 "protects people participating in federal procedure", 42USC1895.  Title 42 Chapter 7 Social Security, Social Security Act, Title42 Chapter 117 Encouraging good faith Professional Review Activities; Code of federal rules Title 42; 45CFR46 Protection of Human Subjects; 45CFR46.117 Consent [Waivio did not provide any consent]; This action is under Illinois Constitution and all state laws and all federal laws related to facts and federal matters presented [emphasis on medical malpractice, tort of Deceit Tort of failure to warn, Tort of Concealment], Illinois Health and Safety Law; Illinois Research testing on Human Subjects; Illinois Pharmacy Act; Federal Food and Drug Act; Illinois Food and Drug Safety law; (410 ILCS 250/) Developmental Disability Prevention Act.  Illinois Hospital Licensing Act; 775ILCS Illinois Blacklist Trade Law; Illinois Human Rights Laws; Illinois Human Rights Act; Emergency Medical Treatment and Activity Act (EMTASLA) 42USC1395dd, Social Security Section 1867. Federal Patient Self Determination Act 1990.

(Proposed Am. Compl. of 4/25/08 ¶ 30 [incorrectly numbered ¶ 20] (grammatical and typographical errors original) (footnotes omitted).)  Moreover, in her motion for leave to file the amendment, plaintiff asks the Court:

> [T]o allow a further amendment after acceptance of 'Amended complaint' as to provide a shorter version of this amendment.

Plaintiff acknowledges due to limitations in time which were acknowledged on 04/10/08 Waivio had no time to reduce in size or to correct matters in proposed complaint. This complaint may be necessary to be corrected or modified however plaintiff does not know exactly what are the necessary corrections other than reduction.

(Mot. Leave File Am. Compl. ¶¶ 4-5.)

Defendants say the proposed complaint violates Federal Rule of Civil Procedure ("Rule") 8 because it is "rambling, disjointed, incomprehensible, repetitive . . . unintelligible" and fails to distinguish among the myriad actors and occurrences alleged. (*See* Resp. John Rapisarda & Fertility Ctr. Ill. Mot. Leave Amend ¶ 14.) The Court agrees. "Under Rule 8, a complaint must be presented with intelligibility sufficient for a court or opposing party to understand whether a valid claim is alleged and if so what it is." *Vicom, Inc. v. Harbridge Merch. Servs., Inc.*, 20 F.3d 771, 775 (7th Cir. 1994) (quotations omitted). "A *pro se* complaint is held to less stringent standards than [those] drafted by lawyers." *Henderson v. Sheahan*, 196 F.3d 839, 845-46 (7th Cir. 1999) (quotation omitted). But that does not mean such pleadings are subject to no standards at all. *See Hudson v. McHugh*, 148 F.3d 859, 864 (7th Cir. 1998) ("The essence of liberal construction is to give a pro se plaintiff a break when, although he stumbles on a technicality, his pleading is otherwise understandable."). Even a pro se complaint must be clear enough so a court or opposing party need not "forever sift through its pages in search of what it is that the plaintiff is claiming." *Easley v. Verizon Wireless*, No. 03 C 2969, 2004 WL 2005819, at *2 (N.D. Ill. Aug. 25, 2004) (quotation omitted).

The latest version of plaintiff's complaint – her third – does not meet that minimum standard. Rather, like the complaint in *Easley*, this latest effort:

duplicates its predecessors in substantial respects and, as such, suffers from the same patent deficiencies. Indeed, many paragraphs contained within the first amended complaint are repeated verbatim or nearly verbatim in the second amended complaint. Moreover, much of the second amended complaint consists of precisely the type of allegations that the court instructed plaintiff *not* to include in amending her complaint (*i.e.*, her extensive and profoundly confusing allegations regarding numerous incidents, conversations, *etc.*, virtually none of which aids the court in discerning the nature or contours of plaintiff's claims). Finally . . . , the narrative set forth in her second amended complaint is generally rambling and confusing . . . . [and] contains sentences that range from grammatically improper to utterly nonsensical.

*Id.*

Moreover, as in *Easley*, plaintiff's proposed complaint "fails to make clear the nature, let alone the contours, of [her] purported legal theories/claims." *Id.* at *3. Plaintiff, for example, cites 42 U.S.C. § 1983 and Title VII as bases for her claims, yet she does not appear to be suing for employment discrimination or for any action taken under color of state law. She also invokes a number of statutes and regulations solely by title, providing no clue as to the provisions defendants allegedly violated or the authority for basing a private cause of action on them. Worse, in the midst of the laundry list of statutes and regulations under which she purports to sue, plaintiff generically invokes a host of other unidentified laws: "This action is under Illinois Constitution and all state laws and all federal laws related to facts and federal matters presented . . . ." (Proposed Am. Compl. of 4/25/08 ¶ 30 [incorrectly numbered ¶ 20].)

In short, with each amendment, plaintiff's complaint becomes vastly longer and more confusing, names an increasing number of defendants, and more flagrantly violates the pleading standards of Rule 8. Normally, the Court would give plaintiff one final opportunity to file an appropriate complaint. In fact, the Court offered to appoint a lawyer for her so she could do so. But plaintiff declined that offer and, in the face of her continued unwillingness to even acknowledge, let alone attempt to conform to, the federal pleading standards, any further amendment would

be futile.  Therefore, the Court denies plaintiff's motion for leave to file an amended complaint and dismisses this suit with prejudice.  *See Bethany Pharmacal Co., Inc. v. QVC, Inc.*, 241 F.3d 854, 860-61 (7th Cir. 2001) ("Although leave to amend a complaint should be freely granted when justice so requires the district court need not allow an amendment when there is undue delay, bad faith, dilatory motive, undue prejudice to the opposing party, or when the amendment would be futile." (citation omitted)).

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Rodica Waivio

                         Plaintiff,

v.                                    Case No.: 1:07−cv−06690
                                    Honorable Ronald A. Guzman

Advocate Health Care Network, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

     MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 7/03/08. Plaintiff's motion for Reconsideration [94] is granted in part. The Protective Order entered on June 13, 2007 does not preclude plaintiff from seeking personal medical treatment at Advocate Health and Hospital Corporation d/b/a/ Advocate Lutheran General Hospital and from seeking personal medical treatment from other health care providers not parties to this action. The remainder of the Protective Order stands. Status hearing set for 8/13/08 at 9:30 a.m. Appointment of counsel for plaintiff is ordered. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Rodica Waivio

                                    Plaintiff,

v.                                                      Case No.: 1:07−cv−06690
                                                        Honorable Ronald A. Guzman

Advocate Health Care Network, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

        MINUTE entry before the Honorable Ronald A. Guzman:Status hearing held. The Court withdraws order of appointment of counsel for plaintiff for the reasons stated on the record in open court. The Court will rule by mail on pending objection to motion for leave to file an amended complaint. Status set for 8/13/2008 is stricken.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

*AC*

78-063648                                    **EHN/KMH**

## IN THE UNITED STATES DISTRICT COURT NORTHERN
## DISTRICT OF ILLINOIS EASTERN DIVISION

RODICA WAIVIO,                          )
                                        )
      Plaintiff,                       )
                                        )
vs.                                     )      No.  07 C 6690
                                        )
ADVOCATE HEALTH CARE NETWORK, et al.,   )      HONORABLE JUDGE:
                                        )      RONALD A. GUZMAN
      Defendants.                      )

### PROTECTIVE ORDER

    **THIS MATTER** having come on to be heard on the Motion of Defendants, VISHVANATH

KARANDE and KARANDE & ASSOCIATES, for the entry of a Protective Order, and on

Defendants' Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and

Hospital Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof,

Jennifer Torres and Daniel Pesch Motion to Join, and Rapisarda John and Fertility Center of Illinois

Motion to Join, due notice having been given, and the Court being fully advised in the premises:

    **IT IS HEREBY ORDERED** as follows:

    Defendants' Vishvanath Karande and Karande & Associates Motion for Protective Order

[80] is granted.  Defendants' Thomas Iannucci, Bruce Pielate, Advocate Health Care Network,

Advocate Health and Hospital Corporation, Advocate Lutheran General Hospital, Advocate Medical

Group, Ian Jasenof, Jennifer Torres and Daniel Pesch Motion to Join Motion for Protective Order

[82] is granted.  Defendants' Rapisarda John and Fertility Center of Illinois Motion to Join Motion

for Protective Order [84] is granted.

Plaintiff Rodica Waivio shall have no direct contact with any named defendant. Plaintiff shall not physically appear at the premises of any named defendant. Plaintiff shall not initiate contact with the defendants outside the presence of counsel. This case is set for status on July 3, 2008 at 9:30 a.m. and Defendants' Motion for Sanctions is entered and continued for hearing to July 3, 2008 at 9:30 a.m.

Dated: __6/13/08__

Judge Ronald A. Guzman,
United States District Court

-2-

Order Form (01/2005)

AC

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6690 | **DATE** | 6/13/2008 |
| **CASE TITLE** | RODICA WAIVIO vs. ADVOCATE HEALTH CARE NETWORK, et al | | |

**DOCKET ENTRY TEXT**

Motion by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to join Defendants Vishvanath Karande, MD and Karande & Assoc., S.C. for protective order [82] is granted.   Motion by Defendants Rapisarda John, Fertility Center of Illinois to join Defendants Vishvanath Karande, M.D. and Karande & Associates, S.C.'s Motion for protective order [84] is granted.   Enter protective order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 13  PM 4: 57
FILED-EOD

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Rodica Waivio

       Plaintiff,

v.            Case No.: 1:07−cv−06690
            Honorable Ronald A. Guzman

Advocate Health Care Network, et al.

       Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

  MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 3/25/2008 regarding motion to dismiss [34] and motion to amend complaint[47]. Motion by Defendants Vishvanth Karande, Karande & Associates to dismiss [34] is stricken without prejudice. Motion by Plaintiff to amend complaint [13] [47] is stricken without prejudice. Defendants' responses to complaint are stayed. Plaintiff may file a notice of motion and motion to amend the complaint for the next status hearing. Status hearing set for 4/16/2008 at 09:30 AM. to stand. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

APPEAL, PROTO, REOPEN, TERMED, VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06690
## Internal Use Only

Waivio v. Advocate Health Care Network et al             Date Filed: 01/16/2008
Assigned to: Honorable Ronald A. Guzman               Date Terminated: 07/10/2008
Demand: $100,000,000                                  Jury Demand: Plaintiff
Cause: 42:1981 Civil Rights                           Nature of Suit: 440 Civil Rights: Other
                                                      Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **Rodica Waivio** | represented by | **Rodica Waivio**<br>1325 Baldwin<br>Apartment 2A<br>Palatine, IL 60074<br>(847) 963-0231<br>PRO SE |

V.

**Defendant**

| | | |
|---|---|---|
| **Advocate Health Care Network** | represented by | **Anjali Dayal**<br>McBreen, Kopko & Dayal<br>20 N. Wacker Drive<br>Suite 2520<br>Chicago, IL 60606<br>(312) 332-6405<br>Email: adayal@mmklaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Advocate Health and Hospilat Corporation** | represented by | **Anjali Dayal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Advocate Lutheran General Hospital** | represented by | **Anjali Dayal**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Advocate Medical Group** | represented by | **Anjali Dayal** |

*non-profit corp*                                      (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Ian Jasenof**                        represented by   **Anjali Dayal**
*individual and employee*                              (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Torres**                    represented by   **Anjali Dayal**
*individual and employee*                              (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Pesch**                       represented by   **Anjali Dayal**
*individual and employee*                              (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Iannucci**                    represented by   **Anjali Dayal**
*individual employee*                                  (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce Pielate**                      represented by   **Anjali Dayal**
*individual and employee*                              (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Rapisarda John**                     represented by   **Michael L. Vittori**
*individual and employee*                              Wilson, Elser, Moskowitz, Edelman &
                                                       Dicker, LLP
                                                       120 North LaSalle Street
                                                       Suite 2600
                                                       Chicago, IL 60602
                                                       312 704 0550
                                                       Email:
                                                       michael.vittori@wilsonelser.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Christopher Michael Dely**
                                                       Christopher M. Dely
                                                       120 N. LaSalle St., 26th Floor
                                                       Chicago, IL 60602
                                                       (312) 704-0550
                                                       Fax: (312) 704-1522
                                                       Email:
                                                       christopher.dely@wilsonelser.com

**Jamie L Filipovic**
O'Hagan Spencer LLC
One E. Wacker Drive
Suite 3400
Chicago, IL 60601
(312) 422-6100
Email: jfilipovic@ohaganspencer.com
*TERMINATED: 03/24/2008*

**Joanne Ciminera**
Wilson Elser Moskowitz Edelman &
Dicker, LLP
120 North LaSalle Street
Suite 2600
Chicago, IL 60602
312 705 0550
Email:
joanne.ciminera@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**M.D. Vishvanth Karande**
*individual emploee*

represented by **Edward H. Nielsen**
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2200
Chicago, IL 60606-4673
(312) 346-1973
Email: enielsen@pretzel-stouffer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kim Mathers Heffernan**
Pretzel & Stouffer, Chtd.
One South Wacker Drive
Suite 2200
Chicago, IL 60606-4673
(312) 346-1973
Email: kheffernan@pretzel-
stouffer.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fertility Center of Illinois**

represented by **Michael L. Vittori**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Michael Dely**
(See above for address)

Jamie L Filipovic
(See above for address)
*TERMINATED: 03/24/2008*

Joanne Ciminera
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Karande & Associates**          represented by **Edward H. Nielsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Kim Mathers Heffernan
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/28/2007 | 1 | RECEIVED Complaint and four copies by Rodica Waivio. (gmr, ) (Entered: 11/30/2007) |
| 11/28/2007 | 2 | CIVIL Cover Sheet. (gmr, ) (Entered: 11/30/2007) |
| 11/28/2007 | 3 | PRO SE Appearance by Plaintiff Rodica Waivio. (gmr, ) (Entered: 11/30/2007) |
| 11/28/2007 | 4 | APPLICATION by Plaintiff Rodica Waivio for leave to proceed in forma pauperis. (gmr, ) (Entered: 11/30/2007) |
| 12/03/2007 | 5 | MINUTE entry before Judge Ronald A. Guzman: Plaintiff's application to proceed in forma pauperis 4 is denied, because it discloses that she has sufficient assets to pay the filing fee for this case. If plaintiff does not pay the filing fee within twenty-one days of the date of this Order, her case will be dismissed. Mailed notice (tlm) (Entered: 12/04/2007) |
| 12/14/2007 | 6 | MOTION by Plaintiff Rodica Waivio to withdraw complaint. (gmr, ) (Entered: 12/17/2007) |
| 12/14/2007 | 7 | NOTICE of Motion by Rodica Waivio for presentment of motion to withdraw complaint 6 before Honorable Ronald A. Guzman on 12/18/2007 at 09:30 AM. (gmr, ) (Entered: 12/17/2007) |
| 12/17/2007 | 8 | MINUTE entry before Judge Ronald A. Guzman :Motion by Plaintiff Rodica Waivio to withdraw complaint 6 is granted. It is ordered that this action is hereby dismissed. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, ) (Entered: 12/17/2007) |
| 12/26/2007 | 9 | MOTION by Plaintiff Rodica Waivio for reconsider regarding order on motion to withdraw complaint 8 , and deny application for in forma pauperis 5 , MOTION by Plaintiff Rodica Waivio to reopen case, and for |

| | | leave to file a new complaint. (tlm) (Entered: 12/27/2007) |
|---|---|---|
| 12/26/2007 | 10 | NOTICE of Motion by Rodica Waivio for presentment of motion for reconsideration, motion to reopen case, motion for leave to file a new complaint 9 before Honorable Ronald A. Guzman on 1/3/2008 at 09:30 AM. (tlm) (Entered: 12/27/2007) |
| 01/02/2008 | 11 | MINUTE entry before Judge Ronald A. Guzman: Motion by plaintiff for reconsideration, to reopen case, and for leave to file a new complaint 9 is granted. Vacate dismissal order entered 12/17/07. Case reopened. Plaintiff is given to and including 1/16/2008 to file a new complaint and pay fee. Status hearing set for 2/20/2008 at 9:30 A.M. Mailed notice (tlm) (Entered: 01/03/2008) |
| 01/16/2008 | 12 | (Court only) RECEIPT regarding payment of filing fee paid; on 1/16/2008 in the amount of $350.00, receipt number 10651540. (tlm) (Entered: 01/17/2008) |
| 01/16/2008 | 13 | AMENDED complaint by Rodica Waivio against Thomas Iannucci, Bruce Pielate, Rapisarda John, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Vishvanth Karande, Fertility Center of Illinois, Karande & Associates, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, and Daniel Pesch. (Poor Qualit Original - Original Document on File). (tlm) (Entered: 01/18/2008) |
| 02/04/2008 | 14 | SUMMONS issued, 1 original and 1 copy, as to Defendant Thomas Iannucci. (tlm) (Entered: 02/05/2008) |
| 02/04/2008 | 15 | SUMMONS Issued as to Defendants Advocate Health Care Network, Advocate Health and Hospital Corporation, Advocate Lutheran Hospital. (ef, ) (Entered: 02/05/2008) |
| 02/04/2008 | 16 | SUMMONS Issued as to Defendants Bruce Pielate, Rapisarda John, Vishvanth Karande, Fertility Center of Illinois, Karande & Associates, Advocate Medical Group, Jennifer Torres, Daniel Pesch. (ef, ) (Entered: 02/05/2008) |
| 02/04/2008 | 17 | MOTION by Plaintiff Rodica Waivio to amend amended complaint. 13 (tlm) (Entered: 02/06/2008) |
| 02/04/2008 | 18 | NOTICE of Motion by Rodica Waivio for presentment of motion to amend amended complaint 17 before Honorable Ronald A. Guzman on 2/20/2008 at 9:30 AM. (tlm) (Entered: 02/06/2008) |
| 02/04/2008 | 19 | AFFIDAVIT of Rodica Waivio by Rodica Waivio (Exhibit). (Poor Quality Original - Paper Document on File). (tlm) (Entered: 02/06/2008) |
| 02/19/2008 | 20 | ATTORNEY Appearance for Defendants Vishvanth Karande, Karande & Associates by Kim Mathers Heffernan *Waivio vs Advocate Health Care Network, et al.* (Mathers Heffernan, Kim) (Entered: 02/19/2008) |
| 02/19/2008 | 21 | ATTORNEY Appearance for Defendants Vishvanth Karande, Karande & Associates by Edward H. Nielsen *Waivio vs Advocate Health Care Network, et al.* (Nielsen, Edward) (Entered: 02/19/2008) |

| 02/20/2008 | 22 | MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 2/20/2008. Plaintiff's motion to amend complaint 17 is denied without prejudice. Defendants M.D. Vishvanth Karande and Karande & Associates' motion to dismiss to be filed on or before 2/22/08. Plaintiff's response is to be filed on or before 3/24/08. Reply is due 4/7/08. Ruling to be by mail. Mailed notice (cjg, ) Modified on 2/21/2008 (cjg, ). (Entered: 02/21/2008) |
|---|---|---|
| 02/20/2008 | 23 | SUMMONS Returned Executed by Rodica Waivio as to Fertility Center of Illinois on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 24 | SUMMONS Returned Executed by Rodica Waivio as to Rapisarda John on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 25 | SUMMONS Returned Executed by Rodica Waivio as to Jennifer Torres on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 26 | SUMMONS Returned Executed by Rodica Waivio as to Advocate Lutheran General Hospital on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 27 | SUMMONS Returned Executed by Rodica Waivio as to Advocate Health and Hospilat Corporation on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 28 | SUMMONS Returned Executed by Rodica Waivio as to Bruce Pielate on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 29 | SUMMONS Returned Executed by Rodica Waivio as to Daniel Pesch on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 30 | SUMMONS Returned Executed by Rodica Waivio as to Thomas Iannucci on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 31 | SUMMONS Returned Executed by Rodica Waivio as to Ian Jasenof on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 32 | SUMMONS Returned Executed by Rodica Waivio as to Karande & Associates on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 33 | SUMMONS Returned Executed by Rodica Waivio as to Vishvanth Karande on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | | (Court only) ***Motions terminated: MOTION by Plaintiff Rodica Waivio to amend/correct amended complaint, 13 17 (cjg, ) (Entered: 03/10/2008) |
| 02/20/2008 | 43 | SUMMONS Returned Executed by Rodica Waivio as to Advocate Medical Group on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 03/18/2008) |
| 02/22/2008 | 34 | MOTION by Defendants Vishvanth Karande, Karande & Associates to dismiss *07cv 6690* (Attachments: # 1 Notice of Filing)(Nielsen, Edward) (Entered: 02/22/2008) |
| 02/22/2008 | 35 | ATTORNEY Appearance for Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical |

| | | |
|---|---|---|
| | | Group, Ian Jasenof, Jennifer Torres, Daniel Pesch by Anjali Dayal. (mjc, ) (Entered: 02/26/2008) |
| 02/28/2008 | 36 | ATTORNEY Appearance for Defendants Rapisarda John, Fertility Center of Illinois by Jamie L Filipovic (Filipovic, Jamie) (Entered: 02/28/2008) |
| 02/28/2008 | 37 | MOTION by Defendants Rapisarda John, Fertility Center of Illinois for extension of time *to Answer or Otherwise Plead* (Filipovic, Jamie) (Entered: 02/28/2008) |
| 02/28/2008 | 38 | NOTICE of Motion by Jamie L Filipovic for presentment of extension of time 37 before Honorable Ronald A. Guzman on 3/6/2008 at 09:30 AM. (Filipovic, Jamie) (Entered: 02/28/2008) |
| 03/03/2008 | 39 | MOTION by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch for extension of time to file answer regarding amended complaint, 13 *or Otherwise Plead* (Dayal, Anjali) (Entered: 03/03/2008) |
| 03/03/2008 | 40 | NOTICE of Motion by Anjali Dayal for presentment of motion for extension of time to file answer,, motion for relief, 39 before Honorable Ronald A. Guzman on 3/6/2008 at 09:30 AM. (Dayal, Anjali) (Entered: 03/03/2008) |
| 03/05/2008 | 41 | MINUTE entry before Judge Ronald A. Guzman :Motion by Defendants Rapisarda John, Fertility Center of Illinois for extension of time to Answer or Otherwise Plead 37 and Motion by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch for extension of time to file answer regarding amended complaint or Otherwise Plead 39 are granted to and including 3/27/08. Status hearing set for 4/16/2008 at 09:30 AM.Mailed notice (cjg, ) (Entered: 03/05/2008) |
| 03/06/2008 | 42 | RESPONSE by Plaintiff Rodica Waivio pursuant to Rule 8(e)(2) to defendant Rapisarda/Advocate motion to strike/denial to Defendant Karande motion pursuant to 735ILCS5/2-622. (tlm) (Entered: 03/10/2008) |
| 03/19/2008 | 44 | ATTORNEY Appearance for Defendants Rapisarda John, Fertility Center of Illinois by Joanne Ciminera (Ciminera, Joanne) (Entered: 03/19/2008) |
| 03/19/2008 | 45 | MOTION by Defendants Rapisarda John, Fertility Center of Illinois to withdraw attorney appearance 36 (Filipovic, Jamie) (Entered: 03/19/2008) |
| 03/19/2008 | 46 | NOTICE of Motion by Jamie L Filipovic for presentment of motion to withdraw, motion for relief 45 before Honorable Ronald A. Guzman on 3/25/2008 at 09:30 AM. (Filipovic, Jamie) (Entered: 03/19/2008) |
| 03/19/2008 | 47 | MOTION by Plaintiff Rodica Waivio to amend the amended complaint 13 . (tlm) (Entered: 03/20/2008) |
| 03/19/2008 | 48 | NOTICE of Motion by Rodica Waivio for presentment of motion to amend |

| | | |
|---|---|---|
| | | amended complaint 7 before Honorable Ronald A. Guzman on 3/25/2008 at 9:30 A.M. (tlm) (Entered: 03/20/2008) |
| 03/24/2008 | 49 | MINUTE entry before Judge Honorable Ronald A. Guzman:Motion by Defendants Rapisarda John, Fertility Center of Illinois to withdraw attorney appearance 36 (Filipovic, Jamie) 45 is granted. Mailed notice (cjg, ) (Entered: 03/24/2008) |
| 03/25/2008 | 50 | MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 3/25/2008 regarding motion to dismiss 34 and motion to amend complaint 47 . Motion by Defendants Vishvanth Karande, Karande & Associates to dismiss 34 is stricken without prejudice. Motion by Plaintiff to amend complaint 13 47 is stricken without prejudice. Defendants' responses to complaint are stayed. Plaintiff may file a notice of motion and motion to amend the complaint for the next status hearing. Status hearing set for 4/16/2008 at 09:30 AM. to stand. Mailed notice (cjg, ) (Entered: 03/27/2008) |
| 04/04/2008 | 51 | MOTION by Plaintiff Rodica Waivio for court to grant her motion, and grant plaintiff all relief deemed appropriate under the law. (tlm) (Entered: 04/07/2008) |
| 04/04/2008 | 52 | NOTICE of Motion by Rodica Waivio for presentment of motion for order 51 before Honorable Ronald A. Guzman on 4/10/2008 at 9:30 AM. tlm) (Entered: 04/07/2008) |
| 04/10/2008 | 53 | MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 4/10/2008. Motion by Plaintiff for court to grant her motion, and grant Plaintiff all relief deemed appropriate under the law 51 is denied. Plaintiff's motion for leave to file an amended complaint may be filed on or before 4/25/08. Status hearing set for 4/16/08 is reset to 4/25/2008 at 09:30 AM.Mailed notice (cjg, ) (Entered: 04/11/2008) |
| 04/25/2008 | 54 | MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 4/25/2008. Defendants' responses to plaintiff's motion for leave to file amended complaint to be filed on or before 5/6/08. Plaintiff's reply is to be filed on or before 5/20/08. Ruling to be by mail. Mailed notice (cjg, ) (Entered: 04/25/2008) |
| 04/25/2008 | 55 | MOTION by Plaintiff Rodica Waivio 13 for leave to file amendment to complaint. (tlm) (Entered: 04/28/2008) |
| 04/25/2008 | 56 | NOTICE by Rodica Waivio re MOTION for leave to file an amendment to the amended complaint. 13 , 55 (tlm) (Entered: 04/28/2008) |
| 04/25/2008 | 57 | RECEIVED AMENDED COMPLAINT by Rodica Waivio. (gcy, ) (Entered: 04/29/2008) |
| 05/01/2008 | 58 | MOTION by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to strike *Plaintiff's Amended Complaint filed 4/25/2008* (Attachments: # 1 Exhibit A & B)(Dayal, Anjali) (Entered: |

| | | 05/01/2008 |
|---|---|---|
| 05/01/2008 | 59 | NOTICE of Motion by Anjali Dayal for presentment of motion to strike, 58 before Honorable Ronald A. Guzman on 5/13/2008 at 09:30 AM. (Dayal, Anjali) (Entered: 05/01/2008) |
| 05/02/2008 | 60 | MOTION by Defendants Vishvanth Karande, Karande & Associates to join *Defendant Advocates Motion to Strike* (Nielsen, Edward) (Entered: 05/02/2008) |
| 05/02/2008 | 61 | NOTICE of Motion by Edward H. Nielsen for presentment of motion to join 60 before Honorable Ronald A. Guzman on 5/13/2008 at 09:30 AM. (Nielsen, Edward) (Entered: 05/02/2008) |
| 05/05/2008 | 62 | MOTION by Defendants Rapisarda John, Fertility Center of Illinois to join *Defendants' Advocate Health Care Network, et al.'s Motion to Strike* (Ciminera, Joanne) (Entered: 05/05/2008) |
| 05/05/2008 | 63 | NOTICE of Motion by Joanne Ciminera for presentment of motion to join 62 before Honorable Ronald A. Guzman on 5/13/2008 at 09:30 AM. (Ciminera, Joanne) (Entered: 05/05/2008) |
| 05/06/2008 | 64 | RESPONSE by Defendants Rapisarda John, Fertility Center of Illinois to motion to amend/correct, motion for leave to file, motion for relief 55 *by Plaintiff* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Ciminera, Joanne) (Entered: 05/06/2008) |
| 05/06/2008 | 65 | MEMORANDUM by Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch in Opposition to motion to amend/correct, motion for leave to file, motion for relief 55 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Dayal, Anjali) (Entered: 05/06/2008) |
| 05/06/2008 | 71 | EMERGENT Response by Rodica Waivio to Advocate Motion to Strike (Exhibits). 60 , 58 , 62 (tlm) (Entered: 05/08/2008) |
| 05/07/2008 | 66 | MOTION by Defendants Vishvanth Karande, Karande & Associates to join *and adopt Defendants Advocate Health Care Network, et al Memorandum in Opposition to Plaintiff's Motion to Amend* (Nielsen, Edward) (Entered: 05/07/2008) |
| 05/07/2008 | 67 | MOTION by Defendants Vishvanth Karande, Karande & Associates to join *Defendant Advocate Health Care, et. al. Memorandum in Opposition to Plaintiff's Motion to Amend* (Nielsen, Edward) (Entered: 05/07/2008) |
| 05/07/2008 | 68 | NOTICE of Motion by Edward H. Nielsen for presentment of motion to join 67 before Honorable Ronald A. Guzman on 5/13/2008 at 09:30 AM. (Nielsen, Edward) (Entered: 05/07/2008) |
| 05/08/2008 | 69 | MOTION by Defendants Rapisarda John, Fertility Center of Illinois to join *and adopt Defendants' Advocate Health Care Network, et al's Memorandum in Opposition to Plaintiff's Motion to Amend.* (Ciminera, Joanne) (Entered: 05/08/2008) |

| | | |
|---|---|---|
| 05/08/2008 | 70 | NOTICE of Motion by Joanne Ciminera for presentment of motion to join 69 before Honorable Ronald A. Guzman on 5/13/2008 at 09:30 AM. (Ciminera, Joanne) (Entered: 05/08/2008) |
| 05/09/2008 | 74 | REQUEST by Plaintiff Rodica Waivio for judgment in the plaintiff's favor, to enforce defendants, or for preliminary injunction with response to motions to join Advocate Memorandum and Resonse to Motions for strike. (tlm) (Entered: 05/13/2008) |
| 05/09/2008 | 75 | RESPONSE by Plaintiff Rodica Waivio to motions to join Advocate Memorandum; Response to motions for strike; request for judgment in plaintiff's favor and request to enforce defendants or request for preliminary injunction. (tlm) (Entered: 05/13/2008) |
| 05/09/2008 | 76 | NOTICE of Motion by Rodica Waivio for presentment of motion for judgment, motion for preliminary injunction, motion to enforce 74 before Honorable Ronald A. Guzman on 5/13/2008 at 9:30 A.M. (tlm) (Entered: 05/13/2008) |
| 05/12/2008 | 72 | MINUTE entry before Judge Honorable Ronald A. Guzman: Motion by Defendants Vishvanth Karande, Karande & Associates to join Defendant Advocates Motion to Strike 60 is granted. Motion by Defendants Rapisarda John, Fertility Center of Illinois to join Defendants' Advocate Health Care Network, et al.'s Motion to Strike 62 is granted. Motion by Defendants Vishvanth Karande, Karande & Associates to join and adopt Defendants Advocate Health Care Network, et al Memorandum in Opposition to Plaintiff's Motion to Amend 66 is granted. Motion by Defendants Vishvanth Karande, Karande & Associates to join Defendant Advocate Health Care, et. al. Memorandum in Opposition to Plaintiff's Motion to Amend 67 is granted. Motion by Defendants Rapisarda John, Fertility Center of Illinois to join and adopt Defendants' Advocate Health Care Network, et al's Memorandum in Opposition to Plaintiff's Motion to Amend 69 is granted. Mailed notice (cjg, ) (Entered: 05/12/2008) |
| 05/12/2008 | 73 | MINUTE entry before Judge Honorable Ronald A. Guzman:Set hearing as to motion by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to strike Plaintiff 's Amended Complaint filed 4/25/2008 58 : Motion Hearing set for 5/13/2008 at 9:30 a.m. is reset to 09:00 AM. on Court's own motion. Mailed notice (cjg, ) (Entered: 05/12/2008) |
| 05/13/2008 | 77 | MINUTE entry before Judge Honorable Ronald A. Guzman: Motion hearing held on 5/13/2008. Motion by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to strike Plaintiff's Amended Complaint filed 4/25/2008 58 is granted. Request by Plaintiff for judgment in the plaintiff's favor, to enforce defendants, or for preliminary injunction with response to motions to join Advocate Memorandum and Resonse to Motions for strike. 74 is stricken. Briefing schedule previously |

| | | |
|---|---|---|
| | | set regarding Plaintiff's motion for leave to file amended complaint 55 remains in place. Mailed notice (cjg, ) (Entered: 05/13/2008) |
| 05/20/2008 | 78 | ATTORNEY Appearance for Defendants Rapisarda John, Fertility Center of Illinois by Michael L. Vittori (Vittori, Michael) (Entered: 05/20/2008) |
| 05/20/2008 | 79 | REPLY TO DEFENDANTS by Plaintiff Rodica Waivio. (Exhibits) Notice. (Poor Quality Original - Paper Document on File) (ca, ) (Entered: 05/22/2008) |
| 06/06/2008 | 86 | CERTIFICATION FOR RECORD by Rodica Waivio. (kj, ) (Entered: 06/10/2008) |
| 06/09/2008 | 80 | MOTION by Defendants Vishvanth Karande, Karande & Associates for protective order *and sanctions* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Nielsen, Edward) (Entered: 06/09/2008) |
| 06/09/2008 | | (Court only) ***Motions terminated: MOTION by Plaintiff Rodica Waivio for order 51 (cjg, ) (Entered: 06/09/2008) |
| 06/09/2008 | 81 | *EMERGENCY* NOTICE of Motion by Edward H. Nielsen for presentment of motion for protective order 80 before Honorable Ronald A. Guzman on 6/12/2008 at 09:30 AM. (Nielsen, Edward) (Entered: 06/09/2008) |
| 06/10/2008 | 82 | MOTION by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to join *Defendants Vishvanath Karande, MD and Karande & Assoc., S.C.'s Motion for Sanctions and Protective Order* (Dayal, Anjali) (Entered: 06/10/2008) |
| 06/10/2008 | 83 | NOTICE of Motion by Anjali Dayal for presentment of motion to join, 82 , motion for protective order 80 before Honorable Ronald A. Guzman on 6/12/2008 at 09:30 AM. (Dayal, Anjali) (Entered: 06/10/2008) |
| 06/10/2008 | 84 | MOTION by Defendants Rapisarda John, Fertility Center of Illinois to join *Defendants Vishvanath Karande, M.D. and Karande & Associates, S.C.'s Motion for Protective Order & Sanctions* (Ciminera, Joanne) (Entered: 06/10/2008) |
| 06/10/2008 | 85 | NOTICE of Motion by Joanne Ciminera for presentment of motion to join 84 , motion for protective order 80 before Honorable Ronald A. Guzman on 6/12/2008 at 09:30 AM. (Ciminera, Joanne) (Entered: 06/10/2008) |
| 06/13/2008 | 87 | MINUTE entry before the Honorable Ronald A. Guzman:Plaintiff not in court. Motion hearing held on 6/13/2008 regarding motion to join 84 , motion for protective order 80 , motion to join, 82 and continued to 7/3/08 at 9:30 a.m. Mailed notice (cjg, ) (Entered: 06/13/2008) |
| 06/13/2008 | 88 | MINUTE entry before the Honorable Ronald A. Guzman: Minute entry dated 6/13/08 [doc. no. 87] is corrected as follows: Plaintiff not in court. Motion hearing held on 6/12/2008 regarding motion to join 84 , motion for protective order 80 , motion to join, 82 and continued to 7/3/08 at 9:30 a.m. Mailed notice (cjg, ) Modified on 6/13/2008 (cjg, ). (Entered: 06/13/2008) |

| 06/13/2008 | 89 | MINUTE entry before the Honorable Ronald A. Guzman: Motion by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospillat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to join Defendants Vishvanath Karande, MD and Karande & Assoc., S.C. for protective order 82 is granted. Motion by Defendants Rapisarda John, Fertility Center of Illinois to join Defendants Vishvanath Karande, M.D. and Karande & Associates, S.C.'s motion for protective order 84 is granted. Enter protective order.Mailed notice. (kjc, ) (Entered: 06/17/2008) |
| --- | --- | --- |
| 06/13/2008 | 90 | PROTECTIVE Order Signed by the Honorable Ronald A. Guzman on 6/13/2008.(kjc, ) (Entered: 06/17/2008) |
| 06/23/2008 | 91 | RESPONSE by Rodica Waivio to Emergency Motions 80 protective order sanctions order 6/17/08 is judgment in plaintiff favor ; request for reconsideration order 6/17/08; Notice. (Exhibits) (Poor Quality Original - Paper Document on File.) (kjc, ) (Entered: 06/25/2008) |
| 06/26/2008 | 96 | EXHIBITS by Plaintiff Rodica Waivio. (ca, ) (Entered: 07/01/2008) |
| 06/26/2008 | 97 | CERTIFICATE for Record (Amendment) by Rodica Waivio. (ca, ) (Entered: 07/01/2008) |
| 06/27/2008 | 92 | REQUEST by Plaintiff Rodica Waivio to withdraw submission of 06/23/08. 91 (tlm) (Entered: 06/30/2008) |
| 06/27/2008 | 93 | NOTICE of Motion by Rodica Waivio for presentment of motion to withdraw submission 92 before Honorable Ronald A. Guzman on 7/3/2008 at 9:30 AM. (tlm) (Entered: 06/30/2008) |
| 06/27/2008 | 94 | MOTION by Plaintiff Rodica Waivio requesting reconsideration protective order; response to emergency motion for protection and sanctions (Exhibits) 89 , 90 (Poor Quality Original - Paper Document on file) (tlm) (Entered: 06/30/2008) |
| 06/27/2008 | 95 | NOTICE of Motion and response by Rodica Waivio for presentment of motion for reconsideration of Order of 6/13/08 94 before Honorable Ronald A. Guzman on 7/3/2008 at 9:30 AM. (tlm) (Entered: 06/30/2008) |
| 07/01/2008 | 98 | MINUTE entry before the Honorable Ronald A. Guzman: Plaintiffs motion to withdraw certain statements from her June 23, 2008 submission 92 is granted. Mailed notice (cjg, ) (Entered: 07/01/2008) |
| 07/03/2008 | 101 | MOTION by Plaintiff Rodica Waivio to withdraw submissions. (kj, ) (Entered: 07/09/2008) |
| 07/03/2008 | 102 | NOTICE of motion by Rodica Waivio. (kj, ) (Entered: 07/09/2008) |
| 07/03/2008 | 103 | NOTICE by Rodica Waivio. (kj, ) (Entered: 07/09/2008) |
| 07/03/2008 | 104 | PLAINTIFF'S STATEMENT by Rodica Waivio. (kj, ) (Entered: 07/09/2008) |
| 07/03/2008 | 105 | MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing |

| | | |
|---|---|---|
| | | held on 7/03/08. Plaintiff's motion for Reconsideration 94 is granted in part. The Protective Order entered on June 13, 2007 does not preclude plaintiff from seeking personal medical treatment at Advocate Health and Hospital Corporation d/b/a/ Advocate Lutheran General Hospital and from seeking personal medical treatment from other health care providers not parties to this action. The remainder of the Protective Order stands. Status hearing set for 8/13/08 at 9:30 a.m. Appointment of counsel for plaintiff is ordered. Mailed notice (cjg, ) (Entered: 07/10/2008) |
| 07/07/2008 | 99 | ATTORNEY Appearance for Defendants Rapisarda John, Fertility Center of Illinois by Christopher Michael Dely (Dely, Christopher) (Entered: 07/07/2008) |
| 07/08/2008 | 100 | MINUTE entry before the Honorable Ronald A. Guzman:Status hearing held. The Court withdraws order of appointment of counsel for plaintiff for the reasons stated on the record in open court. The Court will rule by mail on pending objection to motion for leave to file an amended complaint. Status set for 8/13/2008 is stricken.Mailed notice (tlp, ) (Entered: 07/08/2008) |
| 07/08/2008 | 108 | RESPONSE by Plaintiff Rodica Waivio to Defendants' Proposed Amendment to Order of Protection Response to Emergency Motion for Protection and Sanctions. (Exhibit)(kj, ) (Entered: 07/11/2008) |
| 07/10/2008 | 106 | MINUTE entry before the Honorable Ronald A. Guzman: For the reasons set forth in this Order, plaintiff's motion to amend her complaint 55 is denied and this case is dismissed with prejudice. Any pending motions or schedules are stricken as moot. Case terminated. Mailed notice (kj, ) (Entered: 07/11/2008) |
| 07/10/2008 | 107 | ENTERED JUDGMENT.(kj, ) (Entered: 07/11/2008) |
| 07/14/2008 | 109 | EXECUTION order 7/1/08 by Rodica Waivio. (kj, ) (Entered: 07/17/2008) |
| 07/18/2008 | 110 | MOTION by Plaintiff Rodica Waivio for extension of time and Rule LR 7.1. (ef, ) (Entered: 07/21/2008) |
| 07/18/2008 | 111 | NOTICE of Motion by all defendants for presentment of extension of time 110 before Honorable Ronald A. Guzman on 7/24/2008 at 09:30 AM. (ef, ) (Entered: 07/21/2008) |
| 07/18/2008 | 112 | MOTION by Plaintiff Rodica Waivio for reconsideration. (ef, ) (Entered: 07/21/2008) |
| 07/18/2008 | 113 | NOTICE of Motion by Rodica Waivio for presentment of motion for reconsideration 112 before Honorable Ronald A. Guzman on 7/28/2008 at 09:30 AM. (ef, ) (Entered: 07/21/2008) |
| 07/21/2008 | 114 | MINUTE entry before the Honorable Ronald A. Guzman: The Court construes plaintiff's "Motion for Extension Time and Rule LR7.1," filed July 18, 2008 110 as a motion to supplement her Motion for Reconsideration, also filed July 18, 2008 112 . Thus construed, the Court denies the motion for extension 110 because plaintiff's motion for reconsideration adequately sets forth her position. The Court also denies the |

| | | |
|---|---|---|
| | | motion for reconsideration 112 because it does not set forth any basis for the Court to reconsider its July 10, 2008 Order dismissing this case. Mailed notice (cjg, ) (Entered: 07/21/2008) |
| 07/21/2008 | 115 | MOTION by Plaintiff Rodica Waivio for correction order 01/02/2008 pursuant Rule 60(b) or motion to amend submission 12/14/07. 109 (Entered: 07/22/2008) |
| 07/21/2008 | 116 | NOTICE of Motion by Rodica Waivio for presentment of motion for correction order or motion to amend 7/14/08 submission 115 before Honorable Ronald A. Guzman on 7/24/2008 at 9:30 AM. (tlm) (Entered: 07/22/2008) |
| 07/21/2008 | 117 | MEMORANDUM by Rodica Waivio motion for reconsideration. (tlm) (Entered: 07/22/2008) |
| 07/21/2008 | 118 | CORRECTION by Rodica Waivio submission 07/14/08 109 . (tlm) (Entered: 07/22/2008) |
| 07/22/2008 | 119 | MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's "Motion for Correction Order 1/02/2008 Pursuant Rule 60(b) or Motion to Amend Submission 12/14/07," filed July 21, 2008 115 is denied. The order of January 2, 2008 granted plaintiff's request to "file [a] new complaint,"(Pl.'s Mot. Recons. of 12/26/07 par. 6), which she did on January 26, 2008. Because the Court's order gave plaintiff the relief she sought - permission to file another complaint - the Court has no basis for reconsidering it. Mailed notice (cjg, ) (Entered: 07/22/2008) |
| 07/22/2008 | 120 | MOTION by Plaintiff Rodica Waivio for extension of time and Rule LR7.1. (tlm) (Entered: 07/23/2008) |
| 07/22/2008 | 121 | NOTICE of Motion by Rodica Waivio for presentment of extension of time 120 before Honorable Ronald A. Guzman on 7/24/2008 at 9:30 A.M. (tlm) (Entered: 07/23/2008) |
| 07/22/2008 | 122 | MOTION by Plaintiff Rodica Waivio for reconsideration. (tlm) (Entered: 07/23/2008) |
| 07/22/2008 | 123 | NOTICE of Motion by Rodica Waivio for presentment of motion for reconsideration 122 before Honorable Ronald A. Guzman on 7/24/2008 at 9:30 A.M. (tlm) (Entered: 07/23/2008) |
| 07/22/2008 | 125 | CORRECTION by Rodica Waivio. (aac, ) (Entered: 07/24/2008) |
| 07/22/2008 | 126 | CERTIFICATE by Rodica Waivio. (aac, ) (Entered: 07/24/2008) |
| 07/23/2008 | 124 | MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff for extension of time and Rule LR7.1. 120 and motion by Plaintiff for reconsideration 122 are stricken as moot in light of Court's rulings on 7/21/08 and 7/22/08. Mailed notice (cjg, ) (Entered: 07/23/2008) |
| 07/24/2008 | 127 | MOTION by Plaintiff Rodica Waivio of reconsideration. (tlm) (Entered: 07/28/2008) |
| 07/24/2008 | 128 | NOTICE of Motion by Rodica Waivio for presentment of motion for |

| | | |
|---|---|---|
| | | reconsideration 127 before Honorable Ronald A. Guzman on 7/29/2008 at 9:30 AM. (tlm) (Entered: 07/28/2008) |
| 07/28/2008 | 129 | MINUTE entry before the Honorable Ronald A. Guzman:For the reasons previously stated by the Court, Plaintiff's motion for reconsideration 127 is denied. Mailed notice (cjg, ) (Entered: 07/28/2008) |
| 07/28/2008 | 130 | MOTION by Plaintiff Rodica Waivio for reconsideration. (tlm) (Entered: 07/29/2008) |
| 07/28/2008 | 131 | NOTICE of Motion by Rodica Waivio for presentment of motion for reconsideration 130 before Honorable Ronald A. Guzman on 7/31/2008 at 9:30 A.M. (tlm) (Entered: 07/29/2008) |
| 07/28/2008 | 133 | CERTIFICATE by Rodica Waivio. (ep, ) (Entered: 07/30/2008) |
| 07/30/2008 | 132 | MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff for reconsideration 130 is denied for reasons previously stated by the Court. Mailed notice (cjg, ) (Entered: 07/30/2008) |
| 08/05/2008 | 134 | MOTION by Plaintiff Rodica Waivio to appoint attorney and extend time or delay appeals. (Exhibits). (ef, ) (Entered: 08/06/2008) |
| 08/05/2008 | 135 | NOTICE of Motion by Rodica Waivio re MOTION 134 . (ef, ) (Entered: 08/06/2008) |
| 08/06/2008 | 136 | MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's motion to appoint attorney and extend time or delay appeal 134 is stricken as moot. This case has been terminated so there is no need to appoint counsel and plaintiff's time to appeal the Court's judgment has not yet expired. Mailed notice (cjg, ) (Entered: 08/06/2008) |
| 08/06/2008 | 137 | AFFIDAVIT of Rodica Waivio for Record. (aac, ) (Entered: 08/08/2008) |
| 08/08/2008 | 138 | NOTICE of appeal by Rodica Waivio regarding orders 124 , 105 , 100 , 50 , 106 , 89 , 114 , 119 , 107 , 90 , 132 (Fee Due) (dj, ) (Entered: 08/12/2008) |
| 08/08/2008 | 139 | APPLICATION by Plaintiff Rodica Waivio for leave to appeal in forma pauperis and financial affidavit. (dj, ) (Entered: 08/12/2008) |
| 08/08/2008 | 140 | CERTIFICATE for record purposes by plaintiff Rodica Waivio (dj, ) (Entered: 08/12/2008) |
| 08/12/2008 | 141 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 08/12/2008) |