## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

**FILED
AUGUST 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

August 12, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 08-3039

Caption:
RODICA WAIVIO,
Plaintiff - Appellant

v.

ADVOCATE HEALTH CARE NETWORK, ADVOCATE HEALTH AND HOSPITAL CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, et al.,
Defendants - Appellees

---

District Court No: 1:07-cv-06690
Clerk/Agency Rep Michael Dobbins
District Judge Ronald Guzman
Court Reporter Nancy LaBella

Date NOA filed in District Court: 08/08/2008

---

If you have any questions regarding this appeal, please call this office.

CC:

Nancy LaBella

Michael W. Dobbins

form name: **c7_Docket_Notice_short_form** (form ID: **188**)