# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6690 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Rodica Waivio vs. Advocate Health Care Network, et al., | | |

**DOCKET ENTRY TEXT**

The Court denies Waivio's application to appeal *in forma pauperis* ("IFP") [doc. no. 139] because she has sufficient assets to pay the appellate filing fee and there is no legal basis for her appeal. *See* 28 U.S.C. § 1915(e)(2); *Baker ex rel. Hutchinson v. Spink*, 126 F.3d 895, 899 (7th Cir. 1997) (noting that section 1915(e) applies to all purportedly indigent litigants).

Docketing to mail notices.

| | Courtroom Deputy Initials: | LC/LM |
|---|---|---|