IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO,            )
Plaintiff,                )  Case NO: 07-C-6690
         v.               )  HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK,  )
                          )     Guzman
ET ALL Defendants.

NOTICE DELIMITATION RECORD ON APPEAL

TO:
**Joanne Ciminera**
Wilson Elser
120 North LaSalle Street-Suit 2600
Chicago IL 60602
**Edward Nielsen**
One South Wacker Drive Suit 2500
Chicago IL 60606-4673
**Anjali Dayal**
20N Wacker Dr Suit 2520
Chicago IL 60606

FILED
AUG 1 8 2008   TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please take note that on 08/19/08 RODICA WAIVIO the Plaintiff submitted in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago IL 60604, Delimitation Record on Appeal a copy of which is hereby served upon you.
Date   08/18/08
Plaintiff, Rodica Waivio
Address: 1325 Baldwin Court Apt 2A Palatine IL 60074
Phone: 847-963-0231

CERTIFICATE OF SERVICE

The undersigned plaintiff, Rodica Waivio, being first sworn on oath, certifies that a true and correct copy of this notice and document referred to herein was served upon the above parties, by fax on and e-mail
Date   08/18/08   Rodica Waivio
Rodica Waivio

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RODICA WAIVIO, )
Plaintiff, ) Case NO: 07-C-6690
v. ) HONORABLE JUDGE
ADVOCATE HEALTH CARE NETWORK, ) Guzman
ET ALL Defendants.

FILED
AUG 18 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DELIMITATION RECORD ON APPEAL NO: 08-3039

NOW COMES Plaintiff, RODICA WAIVIO, in Pro Se representation, and presents her DELIMITATION RECORD ON APPEAL respectfully states the followings:

1. Plaintiff eliminates submission 08/06/08 from record of appeal No 08-3039 "certification for record" because submission [137] was stricken by order 08/06/08 and issue was stricken by order of court 08/06/08 and because issue was after termination of case. Issue contains errors.

2. Plaintiff eliminates from record of appeal No 08-3039 the following:

--08/06/2008-[137]AFFIDAVIT of Rodica Waivio for Record. (Entered: 08/08/2008)

--Date 08/08/2008 [140] CERTIFICATE for record purposes by plaintiff Rodica Waivio (Entered: 08/12/2008)

---- 08/05/2008 [134] MOTION by Plaintiff Rodica Waivio to appoint attorney and extend time or delay appeals. (Exhibits). (Entered: 08/06/2008)

--07/28/2008 [133]CERTIFICATE by Rodica Waivio (Entered: 07/30/2008)

---07/28/2008[130]MOTION by Plaintiff Rodica Waivio for reconsideration. (Entered: 07/29/2008)

---07/24/2008 [127]MOTION by Plaintiff Rodica Waivio of reconsideration. (Entered: 07/28/2008)

--07/22/2008 [125] CORRECTION by Rodica Waivio. (Entered: 07/24/2008)

--06/28/2008[94] Motion for Reconsideration submitted 06/28/2008 scheduled for 07/03/08.

WHEREFOR Rodica Waivio respectfully requests this Hon Court allow this Delimitation of Record on Appeal No 08-3039 and allow all relief appropriate under law.

Rodica Waivio   *Rodica Waivio*   Date 08/18/08

Plaintiff acknowledges

Plaintiff acknowledges this document is unfinished; Plaintiff may make corrections or modifications as necessary in time.