# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CIRCUIT RULE 3(b) FEE NOTICE**

August 22, 2008

FILED
8-25-2008
AUG 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-3039 | RODICA WAIVIO,<br>Plaintiff - Appellant<br><br>v.<br><br>ADVOCATE HEALTH CARE NETWORK, ADVOCATE HEALTH AND HOSPITAL CORPORATION, ADVOCATE LUTHERAN GENERAL HOSPITAL, et al.,<br>Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 1:07-cv-06690
Northern District of Illinois, Eastern Division
Clerk/Agency Rep Michael Dobbins
District Judge Ronald Guzman
Court Reporter Nancy LaBella

This court's records indicate that on August 13, 2008 the District Court denied your motion to proceed in forma pauperis.

Pursuant to Federal Rule of Appellate Procedure 24(a),

**WITHIN THE NEXT THIRTY (30) DAYS YOU MUST EITHER:**

1. Pay the required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee ($455.00 TOTAL) to the District Court Clerk. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed on appeal in forma pauperis with the Court of

Appeals. An original and three (3) copies of that motion, with proof of service on your opponent, is required. This motion must be supported by a sworn affidavit in the form of a sworn statement listing your assets and income.

**IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED, PURSUANT TO CIRCUIT RULE 3(b).**

form name: c7_Rule3b_Notice_Sent (form ID: 145)