

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

312-435-5670

August 29, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Waivio v. Advocate Health Care Network et al

U.S.D.C. DOCKET NO. : 07cv6690

U.S.C.A. DOCKET NO. : 08-3039

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)      2 Volumes of Pleadings

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
G. Jones, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

2 Volumes of Pleadings

In the cause entitled: Waivio v. Advocate Health Care Network et al

USDC NO.   : 07cv6690

USCA NO.   : 08-3039

          IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 29th day of August 2008.

          MICHAEL W. DOBBINS, CLERK

         By: _____
           G. Jones, Deputy Clerk

APPEAL, PROTO, REOPEN, TERMED, VALDEZ

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:07-cv-06690
# Internal Use Only

Waivio v. Advocate Health Care Network et al
Assigned to: Honorable Ronald A. Guzman
Demand: $100,000,000

Case in other court:   08-03039

Cause: 42:1981 Civil Rights

Date Filed: 01/16/2008
Date Terminated: 07/10/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Rodica Waivio**  represented by **Rodica Waivio**
1325 Baldwin
Apartment 2A
Palatine, IL 60074
(847) 963-0231
PRO SE

V.

**Defendant**

**Advocate Health Care Network**  represented by **Anjali Dayal**
McBreen, Kopko & Dayal
20 N. Wacker Drive
Suite 2520
Chicago, IL 60606
(312) 332-6405
Email: adayal@mmklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Advocate Health and Hospilat**  represented by **Anjali Dayal**
(See above for address)

| | | |
|---|---|---|
| **Corporation** | | *ATTORNEY TO BE NOTICED* |

**Defendant**

**Advocate Lutheran General Hospital** represented by **Anjali Dayal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Advocate Medical Group**
*non-profit corp*
represented by **Anjali Dayal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ian Jasenof**
*individual and employee*
represented by **Anjali Dayal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Torres**
*individual and employee*
represented by **Anjali Dayal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Pesch**
*individual and employee*
represented by **Anjali Dayal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Iannucci**
*individual employee*
represented by **Anjali Dayal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce Pielate**
*individual and employee*
represented by **Anjali Dayal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rapisarda John**             represented by **Michael L. Vittori**
*individual and employee*                      Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
                                               120 North LaSalle Street
                                               Suite 2600
                                               Chicago, IL 60602
                                               312 704 0550
                                               Email: michael.vittori@wilsonelser.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Christopher Michael Dely**
                                               Christopher M. Dely
                                               120 N. LaSalle St., 26th Floor
                                               Chicago, IL 60602
                                               (312) 704-0550
                                               Fax: (312) 704-1522
                                               Email: christopher.dely@wilsonelser.com

                                               **Jamie L Filipovic**
                                               O'Hagan Spencer LLC
                                               One E. Wacker Drive
                                               Suite 3400
                                               Chicago, IL 60601
                                               (312) 422-6100
                                               Email: jfilipovic@ohaganspencer.com
                                               *TERMINATED: 03/24/2008*

                                               **Joanne Ciminera**
                                               Wilson Elser Moskowitz Edelman & Dicker, LLP
                                               120 North LaSalle Street
                                               Suite 2600
                                               Chicago, IL 60602
                                               312 705 0550
                                               Email: joanne.ciminera@wilsonelser.com
                                               *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **M.D. Vishvanth Karande**<br>*individual emploee* | represented by | **Edward H. Nielsen**<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive<br>Suite 2200<br>Chicago, IL 60606-4673<br>(312) 346-1973<br>Email: enielsen@pretzel-stouffer.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kim Mathers Heffernan**<br>Pretzel & Stouffer, Chtd.<br>One South Wacker Drive<br>Suite 2200<br>Chicago, IL 60606-4673<br>(312) 346-1973<br>Email: kheffernan@pretzel-stouffer.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Fertility Center of Illinois** | represented by | **Michael L. Vittori**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher Michael Dely**<br>(See above for address)<br><br>**Jamie L Filipovic**<br>(See above for address)<br>*TERMINATED: 03/24/2008*<br><br>**Joanne Ciminera**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Karande & Associates** | represented by | **Edward H. Nielsen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Kim Mathers Heffernan**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/28/2007 | 1 | RECEIVED Complaint and four copies by Rodica Waivio. (gmr, ) (Entered: 11/30/2007) |
| 11/28/2007 | 2 | CIVIL Cover Sheet. (gmr, ) (Entered: 11/30/2007) |
| ~~11/28/2007~~ | ~~3~~ | ~~PRO SE Appearance by Plaintiff Rodica Waivio. (gmr, ) (Entered: 11/30/2007)~~ |
| 11/28/2007 | 4 | APPLICATION by Plaintiff Rodica Waivio for leave to proceed in forma pauperis. (gmr, ) (Entered: 11/30/2007) |
| 12/03/2007 | 5 | MINUTE entry before Judge Ronald A. Guzman: Plaintiff's application to proceed in forma pauperis 4 is denied, because it discloses that she has sufficient assets to pay the filing fee for this case. If plaintiff does not pay the filing fee within twenty-one days of the date of this Order, her case will be dismissed. Mailed notice (tlm) (Entered: 12/04/2007) |
| 12/14/2007 | 6 | MOTION by Plaintiff Rodica Waivio to withdraw complaint. (gmr, ) (Entered: 12/17/2007) |
| ~~12/14/2007~~ | ~~7~~ | ~~NOTICE of Motion by Rodica Waivio for presentment of motion to withdraw complaint 6 before Honorable Ronald A. Guzman on 12/18/2007 at 09:30 AM. (gmr, ) (Entered: 12/17/2007)~~ |
| 12/17/2007 | 8 | MINUTE entry before Judge Ronald A. Guzman :Motion by Plaintiff Rodica Waivio to withdraw complaint 6 is granted. It is ordered that this action is hereby dismissed. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, ) (Entered: 12/17/2007) |
| 12/26/2007 | 9 | MOTION by Plaintiff Rodica Waivio for reconsider regarding order on motion to withdraw complaint 8 , and deny application for in forma pauperis 5 , MOTION by Plaintiff Rodica Waivio to reopen case, and for leave to file a new complaint. (tlm) (Entered: 12/27/2007) |
| ~~12/26/2007~~ | ~~10~~ | ~~NOTICE of Motion by Rodica Waivio for presentment of motion for reconsideration, motion to reopen case, motion for leave to file a new complaint 9 before Honorable Ronald A. Guzman on 1/3/2008 at 09:30 AM. (tlm) (Entered: 12/27/2007)~~ |
| 01/02/2008 | 11 | MINUTE entry before Judge Ronald A. Guzman: Motion by plaintiff for reconsideration, to reopen case, and for leave to file a new complaint 9 is granted. Vacate dismissal order entered 12/17/07. Case reopened. Plaintiff |

|  |  |  |
|---|---|---|
|  |  | is given to and including 1/16/2008 to file a new complaint and pay fee. Status hearing set for 2/20/2008 at 9:30 A.M. Mailed notice (tlm) (Entered: 01/03/2008) |
| 01/16/2008 | 12 | (Court only) RECEIPT regarding payment of filing fee paid; on 1/16/2008 in the amount of $350.00, receipt number 10651540. (tlm) (Entered: 01/17/2008) |
| 01/16/2008 | 13 | AMENDED complaint by Rodica Waivio against Thomas Iannucci, Bruce Pielate, Rapisarda John, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Vishvanth Karande, Fertility Center of Illinois, Karande & Associates, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, and Daniel Pesch. (Poor Qualit Original - Original Document on File). (tlm) (Entered: 01/18/2008) |
| 02/04/2008 | 14 | SUMMONS issued, 1 original and 1 copy, as to Defendant Thomas Iannucci. (tlm) (Entered: 02/05/2008) |
| 02/04/2008 | 15 | SUMMONS Issued as to Defendants Advocate Health Care Network, Advocate Health and Hospital Corporation, Advocate Lutheran Hospital. (ef, ) (Entered: 02/05/2008) |
| 02/04/2008 | 16 | SUMMONS Issued as to Defendants Bruce Pielate, Rapisarda John, Vishvanth Karande, Fertility Center of Illinois, Karande & Associates, Advocate Medical Group, Jennifer Torres, Daniel Pesch. (ef, ) (Entered: 02/05/2008) |
| 02/04/2008 | 17 | MOTION by Plaintiff Rodica Waivio to amend amended complaint. 13 (tlm) (Entered: 02/06/2008) |
| 02/04/2008 | 18 | NOTICE of Motion by Rodica Waivio for presentment of motion to amend amended complaint 17 before Honorable Ronald A. Guzman on 2/20/2008 at 9:30 AM. (tlm) (Entered: 02/06/2008) |
| 02/04/2008 | 19 | AFFIDAVIT of Rodica Waivio by Rodica Waivio (Exhibit). (Poor Quality Original - Paper Document on File). (tlm) (Entered: 02/06/2008) |
| 02/19/2008 | 20 | ATTORNEY Appearance for Defendants Vishvanth Karande, Karande & Associates by Kim Mathers Heffernan *Waivio vs Advocate Health Care Network, et al.* (Mathers Heffernan, Kim) (Entered: 02/19/2008) |
| 02/19/2008 | 21 | ATTORNEY Appearance for Defendants Vishvanth Karande, Karande & Associates by Edward H. Nielsen *Waivio vs Advocate Health Care Network, et al.* (Nielsen, Edward) (Entered: 02/19/2008) |
| 02/20/2008 | 22 | MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 2/20/2008. Plaintiff's motion to amend complaint 17 is denied without prejudice. Defendants M.D. Vishvanth Karande and Karande & Associates' motion to dismiss to be filed on or before 2/22/08. Plaintiff's response is to be filed on or before 3/24/08. Reply is due 4/7/08. Ruling to be by mail. Mailed notice (cjg, ) Modified on 2/21/2008 (cjg, ). (Entered: 02/21/2008) |

| 02/20/2008 | 23 | SUMMONS Returned Executed by Rodica Waivio as to Fertility Center of Illinois on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
|---|---|---|
| 02/20/2008 | 24 | SUMMONS Returned Executed by Rodica Waivio as to Rapisarda John on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 25 | SUMMONS Returned Executed by Rodica Waivio as to Jennifer Torres on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 26 | SUMMONS Returned Executed by Rodica Waivio as to Advocate Lutheran General Hospital on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 27 | SUMMONS Returned Executed by Rodica Waivio as to Advocate Health and Hospilat Corporation on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 28 | SUMMONS Returned Executed by Rodica Waivio as to Bruce Pielate on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 29 | SUMMONS Returned Executed by Rodica Waivio as to Daniel Pesch on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 30 | SUMMONS Returned Executed by Rodica Waivio as to Thomas Iannucci on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 31 | SUMMONS Returned Executed by Rodica Waivio as to Ian Jasenof on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 32 | SUMMONS Returned Executed by Rodica Waivio as to Karande & Associates on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 | 33 | SUMMONS Returned Executed by Rodica Waivio as to Vishvanth Karande on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 02/22/2008) |
| 02/20/2008 |  | (Court only) ***Motions terminated: MOTION by Plaintiff Rodica Waivio to amend/correct amended complaint, 13 17 (cjg, ) (Entered: 03/10/2008) |
| 02/20/2008 | 43 | SUMMONS Returned Executed by Rodica Waivio as to Advocate Medical Group on 2/8/2008, answer due 2/28/2008. (tlm) (Entered: 03/18/2008) |
| 02/22/2008 | 34 | MOTION by Defendants Vishvanth Karande, Karande & Associates to dismiss *07cv 6690* (Attachments: # 1 Notice of Filing)(Nielsen, Edward) (Entered: 02/22/2008) |
| 02/22/2008 | 35 | ATTORNEY Appearance for Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch by Anjali Dayal. (mjc, ) (Entered: 02/26/2008) |
| 02/28/2008 | 36 | ATTORNEY Appearance for Defendants Rapisarda John, Fertility Center of Illinois by Jamie L Filipovic (Filipovic, Jamie) (Entered: 02/28/2008) |

| | | |
|---|---|---|
| 02/28/2008 | 37 | MOTION by Defendants Rapisarda John, Fertility Center of Illinois for extension of time *to Answer or Otherwise Plead* (Filipovic, Jamie) (Entered: 02/28/2008) |
| ~~02/28/2008~~ | 38 | ~~NOTICE of Motion by Jamie L Filipovic for presentment of extension of time 37 before Honorable Ronald A. Guzman on 3/6/2008 at 09:30 AM. (Filipovic, Jamie) (Entered: 02/28/2008)~~ |
| 03/03/2008 | 39 | MOTION by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch for extension of time to file answer regarding amended complaint, 13 *or Otherwise Plead* (Dayal, Anjali) (Entered: 03/03/2008) |
| ~~03/03/2008~~ | 40 | ~~NOTICE of Motion by Anjali Dayal for presentment of motion for extension of time to file answer,, motion for relief, 39 before Honorable Ronald A. Guzman on 3/6/2008 at 09:30 AM. (Dayal, Anjali) (Entered: 03/03/2008)~~ |
| 03/05/2008 | 41 | MINUTE entry before Judge Ronald A. Guzman :Motion by Defendants Rapisarda John, Fertility Center of Illinois for extension of time to Answer or Otherwise Plead 37 and Motion by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch for extension of time to file answer regarding amended complaint or Otherwise Plead 39 are granted to and including 3/27/08. Status hearing set for 4/16/2008 at 09:30 AM.Mailed notice (cjg, ) (Entered: 03/05/2008) |
| 03/06/2008 | 42 | RESPONSE by Plaintiff Rodica Waivio pursuant to Rule 8(e)(2) to defendant Rapisarda/Advocate motion to strike/denial to Defendant Karande motion pursuant to 735ILCS5/2-622. (tlm) (Entered: 03/10/2008) |
| ~~03/19/2008~~ | 44 | ~~ATTORNEY Appearance for Defendants Rapisarda John, Fertility Center of Illinois by Joanne Ciminera (Ciminera, Joanne) (Entered: 03/19/2008)~~ |
| 03/19/2008 | 45 | MOTION by Defendants Rapisarda John, Fertility Center of Illinois to withdraw attorney appearance 36 (Filipovic, Jamie) (Entered: 03/19/2008) |
| 03/19/2008 | 46 | NOTICE of Motion by Jamie L Filipovic for presentment of motion to withdraw, motion for relief 45 before Honorable Ronald A. Guzman on 3/25/2008 at 09:30 AM. (Filipovic, Jamie) (Entered: 03/19/2008) |
| 03/19/2008 | 47 | MOTION by Plaintiff Rodica Waivio to amend the amended complaint 13 . (tlm) (Entered: 03/20/2008) |
| ~~03/19/2008~~ | 48 | ~~NOTICE of Motion by Rodica Waivio for presentment of motion to amend amended complaint 7 before Honorable Ronald A. Guzman on 3/25/2008 at 9:30 A.M. (tlm) (Entered: 03/20/2008)~~ |

| | | |
|---|---|---|
| 03/24/2008 | 49 | MINUTE entry before Judge Honorable Ronald A. Guzman:Motion by Defendants Rapisarda John, Fertility Center of Illinois to withdraw attorney appearance 36 (Filipovic, Jamie) 45 is granted. Mailed notice (cjg, ) (Entered: 03/24/2008) |
| 03/25/2008 | 50 | MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 3/25/2008 regarding motion to dismiss 34 and motion to amend complaint 47 . Motion by Defendants Vishvanth Karande, Karande & Associates to dismiss 34 is stricken without prejudice. Motion by Plaintiff to amend complaint 13 47 is stricken without prejudice. Defendants' responses to complaint are stayed. Plaintiff may file a notice of motion and motion to amend the complaint for the next status hearing. Status hearing set for 4/16/2008 at 09:30 AM. to stand. Mailed notice (cjg, ) (Entered: 03/27/2008) |
| 04/04/2008 | 51 | MOTION by Plaintiff Rodica Waivio for court to grant her motion, and grant plaintiff all relief deemed appropriate under the law. (tlm) (Entered: 04/07/2008) |
| ~~04/04/2008~~ | 52 | ~~NOTICE of Motion by Rodica Waivio for presentment of motion for order 51 before Honorable Ronald A. Guzman on 4/10/2008 at 9:30 AM. tlm) (Entered: 04/07/2008)~~ |
| 04/10/2008 | 53 | MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 4/10/2008. Motion by Plaintiff for court to grant her motion, and grant Plaintiff all relief deemed appropriate under the law 51 is denied. Plaintiff's motion for leave to file an amended complaint may be filed on or before 4/25/08. Status hearing set for 4/16/08 is reset to 4/25/2008 at 09:30 AM.Mailed notice (cjg, ) (Entered: 04/11/2008) |
| 04/25/2008 | 54 | MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 4/25/2008. Defendants' responses to plaintiff's motion for leave to file amended complaint to be filed on or before 5/6/08. Plaintiff's reply is to be filed on or before 5/20/08. Ruling to be by mail. Mailed notice (cjg, ) (Entered: 04/25/2008) |
| 04/25/2008 | 55 | MOTION by Plaintiff Rodica Waivio 13 for leave to file amendment to complaint. (tlm) (Entered: 04/28/2008) |
| ~~04/25/2008~~ | 56 | ~~NOTICE by Rodica Waivio re MOTION for leave to file an amendment to the amended complaint. 13 , 55 (tlm) (Entered: 04/28/2008)~~ |
| 04/25/2008 | 57 | RECEIVED AMENDED COMPLAINT by Rodica Waivio. (gcy, ) (Entered: 04/29/2008) |
| 05/01/2008 | 58 | MOTION by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to strike *Plaintiff's Amended Complaint filed 4/25/2008* (Attachments: # 1 Exhibit A & B)(Dayal, Anjali) (Entered: |

| | | |
|---|---|---|
| | | 05/01/2008) |
| 05/01/2008 | 59 | ~~NOTICE of Motion by Anjali Dayal for presentment of motion to strike, 58 before Honorable Ronald A. Guzman on 5/13/2008 at 09:30 AM. (Dayal, Anjali) (Entered: 05/01/2008)~~ |
| 05/02/2008 | 60 | MOTION by Defendants Vishvanth Karande, Karande & Associates to join *Defendant Advocates Motion to Strike* (Nielsen, Edward) (Entered: 05/02/2008) |
| 05/02/2008 | 61 | ~~NOTICE of Motion by Edward H. Nielsen for presentment of motion to join 60 before Honorable Ronald A. Guzman on 5/13/2008 at 09:30 AM. (Nielsen, Edward) (Entered: 05/02/2008)~~ |
| 05/05/2008 | 62 | MOTION by Defendants Rapisarda John, Fertility Center of Illinois to join *Defendants' Advocate Health Care Network, et al.'s Motion to Strike* (Ciminera, Joanne) (Entered: 05/05/2008) |
| 05/05/2008 | 63 | ~~NOTICE of Motion by Joanne Ciminera for presentment of motion to join 62 before Honorable Ronald A. Guzman on 5/13/2008 at 09:30 AM. (Ciminera, Joanne) (Entered: 05/05/2008)~~ |
| 05/06/2008 | 64 | RESPONSE by Defendants Rapisarda John, Fertility Center of Illinois to motion to amend/correct, motion for leave to file, motion for relief 55 *by Plaintiff* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Ciminera, Joanne) (Entered: 05/06/2008) |
| 05/06/2008 | 65 | MEMORANDUM by Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch in Opposition to motion to amend/correct, motion for leave to file, motion for relief 55 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Dayal, Anjali) (Entered: 05/06/2008) |
| 05/06/2008 | 71 | EMERGENT Response by Rodica Waivio to Advocate Motion to Strike (Exhibits). 60 , 58 , 62 (tlm) (Entered: 05/08/2008) |
| 05/07/2008 | 66 | MOTION by Defendants Vishvanth Karande, Karande & Associates to join *and adopt Defendants Advocate Health Care Network, et al Memorandum in Opposition to Plaintiff's Motion to Amend* (Nielsen, Edward) (Entered: 05/07/2008) |
| 05/07/2008 | 67 | MOTION by Defendants Vishvanth Karande, Karande & Associates to join *Defendant Advocate Health Care, et. al. Memorandum in Opposition to Plaintiff's Motion to Amend* (Nielsen, Edward) (Entered: 05/07/2008) |
| 05/07/2008 | 68 | ~~NOTICE of Motion by Edward H. Nielsen for presentment of motion to join 67 before Honorable Ronald A. Guzman on 5/13/2008 at 09:30 AM. (Nielsen, Edward) (Entered: 05/07/2008)~~ |
| 05/08/2008 | 69 | MOTION by Defendants Rapisarda John, Fertility Center of Illinois to join *and adopt Defendants' Advocate Health Care Network, et al's* |

| | | |
|---|---|---|
| | | *Memorandum in Opposition to Plaintiff's Motion to Amend.* (Ciminera, Joanne) (Entered: 05/08/2008) |
| ~~05/08/2008~~ | ~~70~~ | ~~NOTICE of Motion by Joanne Ciminera for presentment of motion to join 69 before Honorable Ronald A. Guzman on 5/13/2008 at 09:30 AM. (Ciminera, Joanne) (Entered: 05/08/2008)~~ |
| 05/09/2008 | 74 | REQUEST by Plaintiff Rodica Waivio for judgment in the plaintiff's favor, to enforce defendants, or for preliminary injunction with response to motions to join Advocate Memorandum and Resonse to Motions for strike. (tlm) (Entered: 05/13/2008) |
| 05/09/2008 | 75 | RESPONSE by Plaintiff Rodica Waivio to motions to join Advocate Memorandum; Response to motions for strike; request for judgment in plaintiff's favor and request to enforce defendants or request for preliminary injunction. (tlm) (Entered: 05/13/2008) |
| ~~05/09/2008~~ | ~~76~~ | ~~NOTICE of Motion by Rodica Waivio for presentment of motion for judgment, motion for preliminary injunction, motion to enforce 74 before Honorable Ronald A. Guzman on 5/13/2008 at 9:30 A.M. (tlm) (Entered: 05/13/2008)~~ |
| 05/12/2008 | 72 | MINUTE entry before Judge Honorable Ronald A. Guzman: Motion by Defendants Vishvanth Karande, Karande & Associates to join Defendant Advocates Motion to Strike 60 is granted. Motion by Defendants Rapisarda John, Fertility Center of Illinois to join Defendants' Advocate Health Care Network, et al.'s Motion to Strike 62 is granted. Motion by Defendants Vishvanth Karande, Karande & Associates to join and adopt Defendants Advocate Health Care Network, et al Memorandum in Opposition to Plaintiff's Motion to Amend 66 is granted. Motion by Defendants Vishvanth Karande, Karande & Associates to join Defendant Advocate Health Care, et. al. Memorandum in Opposition to Plaintiff's Motion to Amend 67 is granted. Motion by Defendants Rapisarda John, Fertility Center of Illinois to join and adopt Defendants' Advocate Health Care Network, et al's Memorandum in Opposition to Plaintiff's Motion to Amend 69 is granted. Mailed notice (cjg, ) (Entered: 05/12/2008) |
| 05/12/2008 | 73 | MINUTE entry before Judge Honorable Ronald A. Guzman:Set hearing as to motion by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to strike Plaintiff 's Amended Complaint filed 4/25/2008 58 : Motion Hearing set for 5/13/2008 at 9:30 a.m. is reset to 09:00 AM. on Court's own motion. Mailed notice (cjg, ) (Entered: 05/12/2008) |
| 05/13/2008 | 77 | MINUTE entry before Judge Honorable Ronald A. Guzman: Motion hearing held on 5/13/2008. Motion by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat |

| | | |
|---|---|---|
| | | Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to strike Plaintiff's Amended Complaint filed 4/25/2008 58 is granted. Request by Plaintiff for judgment in the plaintiff's favor, to enforce defendants, or for preliminary injunction with response to motions to join Advocate Memorandum and Resonse to Motions for strike. 74 is stricken. Briefing schedule previously set regarding Plaintiff's motion for leave to file amended complaint 55 remains in place. Mailed notice (cjg, ) (Entered: 05/13/2008) |
| 05/20/2008 | 78 | ATTORNEY Appearance for Defendants Rapisarda John, Fertility Center of Illinois by Michael L. Vittori (Vittori, Michael) (Entered: 05/20/2008) |
| 05/20/2008 | 79 | REPLY TO DEFENDANTS by Plaintiff Rodica Waivio. (Exhibits) Notice. (Poor Quality Original - Paper Document on File) (ca, ) (Entered: 05/22/2008) |
| 06/06/2008 | 86 | CERTIFICATION FOR RECORD by Rodica Waivio. (kj, ) (Entered: 06/10/2008) |
| 06/09/2008 | 80 | MOTION by Defendants Vishvanth Karande, Karande & Associates for protective order *and sanctions* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Nielsen, Edward) (Entered: 06/09/2008) |
| 06/09/2008 | | (Court only) ***Motions terminated: MOTION by Plaintiff Rodica Waivio for order 51 (cjg, ) (Entered: 06/09/2008) |
| 06/09/2008 | 81 | EMERGENCY NOTICE of Motion by Edward H. Nielsen for presentment of motion for protective order 80 before Honorable Ronald A. Guzman on 6/12/2008 at 09:30 AM. (Nielsen, Edward) (Entered: 06/09/2008) |
| 06/10/2008 | 82 | MOTION by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospilat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to join *Defendants Vishvanath Karande, MD and Karande & Assoc., S.C.'s Motion for Sanctions and Protective Order* (Dayal, Anjali) (Entered: 06/10/2008) |
| 06/10/2008 | 83 | NOTICE of Motion by Anjali Dayal for presentment of motion to join, 82 , motion for protective order 80 before Honorable Ronald A. Guzman on 6/12/2008 at 09:30 AM. (Dayal, Anjali) (Entered: 06/10/2008) |
| 06/10/2008 | 84 | MOTION by Defendants Rapisarda John, Fertility Center of Illinois to join *Defendants Vishvanath Karande, M.D. and Karande & Associates, S.C.'s Motion for Protective Order & Sanctions* (Ciminera, Joanne) (Entered: 06/10/2008) |
| 06/10/2008 | 85 | NOTICE of Motion by Joanne Ciminera for presentment of motion to join 84 , motion for protective order 80 before Honorable Ronald A. Guzman on 6/12/2008 at 09:30 AM. (Ciminera, Joanne) (Entered: 06/10/2008) |
| 06/13/2008 | 87 | MINUTE entry before the Honorable Ronald A. Guzman:Plaintiff not in |

| | | |
|---|---|---|
| | | court. Motion hearing held on 6/13/2008 regarding motion to join 84 , motion for protective order 80 , motion to join, 82 and continued to 7/3/08 at 9:30 a.m. Mailed notice (cjg, ) (Entered: 06/13/2008) |
| 06/13/2008 | 88 | MINUTE entry before the Honorable Ronald A. Guzman: Minute entry dated 6/13/08 [doc. no. 87] is corrected as follows: Plaintiff not in court. Motion hearing held on 6/12/2008 regarding motion to join 84 , motion for protective order 80 , motion to join, 82 and continued to 7/3/08 at 9:30 a.m. Mailed notice (cjg, ) Modified on 6/13/2008 (cjg, ). (Entered: 06/13/2008) |
| 06/13/2008 | 89 | MINUTE entry before the Honorable Ronald A. Guzman: Motion by Defendants Thomas Iannucci, Bruce Pielate, Advocate Health Care Network, Advocate Health and Hospillat Corporation, Advocate Lutheran General Hospital, Advocate Medical Group, Ian Jasenof, Jennifer Torres, Daniel Pesch to join Defendants Vishvanath Karande, MD and Karande & Assoc., S.C. for protective order 82 is granted. Motion by Defendants Rapisarda John, Fertility Center of Illinois to join Defendants Vishvanath Karande, M.D. and Karande & Associates, S.C.'s motion for protective order 84 is granted. Enter protective order.Mailed notice. (kjc, ) (Entered: 06/17/2008) |
| 06/13/2008 | 90 | PROTECTIVE Order Signed by the Honorable Ronald A. Guzman on 6/13/2008.(kjc, ) (Entered: 06/17/2008) |
| 06/23/2008 | 91 | RESPONSE by Rodica Waivio to Emergency Motions 80 protective order sanctions order 6/17/08 is judgment in plaintiff favor ; request for reconsideration order 6/17/08; Notice. (Exhibits) (Poor Quality Original - Paper Document on File.) (kjc, ) (Entered: 06/25/2008) |
| 06/26/2008 | 96 | EXHIBITS by Plaintiff Rodica Waivio. (ca, ) (Entered: 07/01/2008) |
| 06/26/2008 | 97 | CERTIFICATE for Record (Amendment) by Rodica Waivio. (ca, ) (Entered: 07/01/2008) |
| 06/27/2008 | 92 | REQUEST by Plaintiff Rodica Waivio to withdraw submission of 06/23/08. 91 (tlm) (Entered: 06/30/2008) |
| 06/27/2008 | 93 | NOTICE of Motion by Rodica Waivio for presentment of motion to withdraw submission 92 before Honorable Ronald A. Guzman on 7/3/2008 at 9:30 AM. (tlm) (Entered: 06/30/2008) |
| 06/27/2008 | 94 | MOTION by Plaintiff Rodica Waivio requesting reconsideration protective order; response to emergency motion for protection and sanctions (Exhibits) 89 , 90 (Poor Quality Original - Paper Document on file) (tlm) (Entered: 06/30/2008) |
| 06/27/2008 | 95 | NOTICE of Motion and response by Rodica Waivio for presentment of motion for reconsideration of Order of 6/13/08 94 before Honorable Ronald A. Guzman on 7/3/2008 at 9:30 AM. (tlm) (Entered: 06/30/2008) |
| 07/01/2008 | 98 | MINUTE entry before the Honorable Ronald A. Guzman: Plaintiffs motion |

| | | |
|---|---|---|
| | | to withdraw certain statements from her June 23, 2008 submission 92 is granted. Mailed notice (cjg, ) (Entered: 07/01/2008) |
| 07/03/2008 | 101 | MOTION by Plaintiff Rodica Waivio to withdraw submissions. (kj, ) (Entered: 07/09/2008) |
| 07/03/2008 | 102 | NOTICE of motion by Rodica Waivio. (kj, ) (Entered: 07/09/2008) |
| 07/03/2008 | 103 | NOTICE by Rodica Waivio. (kj, ) (Entered: 07/09/2008) |
| 07/03/2008 | 104 | PLAINTIFF'S STATEMENT by Rodica Waivio. (kj, ) (Entered: 07/09/2008) |
| 07/03/2008 | 105 | MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 7/03/08. Plaintiff's motion for Reconsideration 94 is granted in part. The Protective Order entered on June 13, 2007 does not preclude plaintiff from seeking personal medical treatment at Advocate Health and Hospital Corporation d/b/a/ Advocate Lutheran General Hospital and from seeking personal medical treatment from other health care providers not parties to this action. The remainder of the Protective Order stands. Status hearing set for 8/13/08 at 9:30 a.m. Appointment of counsel for plaintiff is ordered. Mailed notice (cjg, ) (Entered: 07/10/2008) |
| 07/07/2008 | 99 | ATTORNEY Appearance for Defendants Rapisarda John, Fertility Center of Illinois by Christopher Michael Dely (Dely, Christopher) (Entered: 07/07/2008) |
| 07/08/2008 | 100 | MINUTE entry before the Honorable Ronald A. Guzman:Status hearing held. The Court withdraws order of appointment of counsel for plaintiff for the reasons stated on the record in open court. The Court will rule by mail on pending objection to motion for leave to file an amended complaint. Status set for 8/13/2008 is stricken.Mailed notice (tlp, ) (Entered: 07/08/2008) |
| 07/08/2008 | 108 | RESPONSE by Plaintiff Rodica Waivio to Defendants' Proposed Amendment to Order of Protection Response to Emergency Motion for Protection and Sanctions. (Exhibit)(kj, ) (Entered: 07/11/2008) |
| 07/10/2008 | 106 | MINUTE entry before the Honorable Ronald A. Guzman: For the reasons set forth in this Order, plaintiff's motion to amend her complaint 55 is denied and this case is dismissed with prejudice. Any pending motions or schedules are stricken as moot. Case terminated. Mailed notice (kj, ) (Entered: 07/11/2008) |
| 07/10/2008 | 107 | ENTERED JUDGMENT.(kj, ) (Entered: 07/11/2008) |
| 07/14/2008 | 109 | EXECUTION order 7/1/08 by Rodica Waivio. (kj, ) (Entered: 07/17/2008) |

| | | |
|---|---|---|
| 07/18/2008 | 110 | MOTION by Plaintiff Rodica Waivio for extension of time and Rule LR 7.1. (ef, ) (Entered: 07/21/2008) |
| ~~07/18/2008~~ | ~~111~~ | ~~NOTICE of Motion by all defendants for presentment of extension of time 110 before Honorable Ronald A. Guzman on 7/24/2008 at 09:30 AM. (ef, ) (Entered: 07/21/2008)~~ |
| 07/18/2008 | 112 | MOTION by Plaintiff Rodica Waivio for reconsideration. (ef, ) (Entered: 07/21/2008) |
| ~~07/18/2008~~ | ~~113~~ | ~~NOTICE of Motion by Rodica Waivio for presentment of motion for reconsideration 112 before Honorable Ronald A. Guzman on 7/28/2008 at 09:30 AM. (ef, ) (Entered: 07/21/2008)~~ |
| 07/21/2008 | 114 | MINUTE entry before the Honorable Ronald A. Guzman: The Court construes plaintiff's "Motion for Extension Time and Rule LR7.1," filed July 18, 2008 110 as a motion to supplement her Motion for Reconsideration, also filed July 18, 2008 112 . Thus construed, the Court denies the motion for extension 110 because plaintiff's motion for reconsideration adequately sets forth her position. The Court also denies the motion for reconsideration 112 because it does not set forth any basis for the Court to reconsider its July 10, 2008 Order dismissing this case. Mailed notice (cjg, ) (Entered: 07/21/2008) |
| 07/21/2008 | 115 | MOTION by Plaintiff Rodica Waivio for correction order 01/02/2008 pursuant Rule 60(b) or motion to amend submission 12/14/07. 109 (Entered: 07/22/2008) |
| ~~07/21/2008~~ | ~~116~~ | ~~NOTICE of Motion by Rodica Waivio for presentment of motion for correction order or motion to amend 7/14/08 submission 115 before Honorable Ronald A. Guzman on 7/24/2008 at 9:30 AM. (tlm) (Entered: 07/22/2008)~~ |
| 07/21/2008 | 117 | MEMORANDUM by Rodica Waivio motion for reconsideration. (tlm) (Entered: 07/22/2008) |
| 07/21/2008 | 118 | CORRECTION by Rodica Waivio submission 07/14/08 109 . (tlm) (Entered: 07/22/2008) |
| 07/22/2008 | 119 | MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's "Motion for Correction Order 1/02/2008 Pursuant Rule 60(b) or Motion to Amend Submission 12/14/07," filed July 21, 2008 115 is denied. The order of January 2, 2008 granted plaintiff's request to "file [a] new complaint,"(Pl.'s Mot. Recons. of 12/26/07 par. 6), which she did on January 26, 2008. Because the Court's order gave plaintiff the relief she sought - permission to file another complaint - the Court has no basis for reconsidering it. Mailed notice (cjg, ) (Entered: 07/22/2008) |
| 07/22/2008 | 120 | MOTION by Plaintiff Rodica Waivio for extension of time and Rule LR7.1. (tlm) (Entered: 07/23/2008) |

| 07/22/2008 | [121](#) | NOTICE of Motion by Rodica Waivio for presentment of extension of time [120](#) before Honorable Ronald A. Guzman on 7/24/2008 at 9:30 A.M. (tlm) (Entered: 07/23/2008) |
| --- | --- | --- |
| 07/22/2008 | [122](#) | MOTION by Plaintiff Rodica Waivio for reconsideration. (tlm) (Entered: 07/23/2008) |
| 07/22/2008 | [123](#) | NOTICE of Motion by Rodica Waivio for presentment of motion for reconsideration [122](#) before Honorable Ronald A. Guzman on 7/24/2008 at 9:30 A.M. (tlm) (Entered: 07/23/2008) |
| 07/22/2008 | [125](#) | CORRECTION by Rodica Waivio. (aac, ) (Entered: 07/24/2008) |
| 07/22/2008 | [126](#) | CERTIFICATE by Rodica Waivio. (aac, ) (Entered: 07/24/2008) |
| 07/23/2008 | [124](#) | MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff for extension of time and Rule LR7.1. [120](#) and motion by Plaintiff for reconsideration [122](#) are stricken as moot in light of Court's rulings on 7/21/08 and 7/22/08. Mailed notice (cjg, ) (Entered: 07/23/2008) |
| 07/24/2008 | [127](#) | MOTION by Plaintiff Rodica Waivio of reconsideration. (tlm) (Entered: 07/28/2008) |
| 07/24/2008 | [128](#) | NOTICE of Motion by Rodica Waivio for presentment of motion for reconsideration [127](#) before Honorable Ronald A. Guzman on 7/29/2008 at 9:30 AM. (tlm) (Entered: 07/28/2008) |
| 07/28/2008 | [129](#) | MINUTE entry before the Honorable Ronald A. Guzman:For the reasons previously stated by the Court, Plaintiff's motion for reconsideration [127](#) is denied. Mailed notice (cjg, ) (Entered: 07/28/2008) |
| 07/28/2008 | [130](#) | MOTION by Plaintiff Rodica Waivio for reconsideration. (tlm) (Entered: 07/29/2008) |
| 07/28/2008 | [131](#) | NOTICE of Motion by Rodica Waivio for presentment of motion for reconsideration [130](#) before Honorable Ronald A. Guzman on 7/31/2008 at 9:30 A.M. (tlm) (Entered: 07/29/2008) |
| 07/28/2008 | [133](#) | CERTIFICATE by Rodica Waivio. (ep, ) (Entered: 07/30/2008) |
| 07/30/2008 | [132](#) | MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff for reconsideration [130](#) is denied for reasons previously stated by the Court. Mailed notice (cjg, ) (Entered: 07/30/2008) |
| 08/05/2008 | [134](#) | MOTION by Plaintiff Rodica Waivio to appoint attorney and extend time or delay appeals. (Exhibits). (ef, ) (Entered: 08/06/2008) |
| 08/05/2008 | [135](#) | NOTICE of Motion by Rodica Waivio re MOTION [134](#) . (ef, ) (Entered: 08/06/2008) |
| 08/06/2008 | [136](#) | MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's motion |

| | | |
|---|---|---|
| | | to appoint attorney and extend time or delay appeal 134 is stricken as moot. This case has been terminated so there is no need to appoint counsel and plaintiff's time to appeal the Court's judgment has not yet expired. Mailed notice (cjg, ) (Entered: 08/06/2008) |
| 08/06/2008 | 137 | AFFIDAVIT of Rodica Waivio for Record. (aac, ) (Entered: 08/08/2008) |
| 08/08/2008 | 138 | NOTICE of appeal by Rodica Waivio regarding orders 124 , 105 , 100 , 50 , 106 , 89 , 114 , 119 , 107 , 90 , 132 (Fee Due) (dj, ) (Entered: 08/12/2008) |
| 08/08/2008 | 139 | APPLICATION by Plaintiff Rodica Waivio for leave to appeal in forma pauperis and financial affidavit. (dj, ) (Entered: 08/12/2008) |
| 08/08/2008 | 140 | CERTIFICATE for record purposes by plaintiff Rodica Waivio (dj, ) (Entered: 08/12/2008) |
| 08/12/2008 | 141 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 08/12/2008) |
| ~~08/12/2008~~ | 142 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 138 . Notified counsel (dj, ) (Entered: 08/12/2008)~~ |
| ~~08/12/2008~~ | 143 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 138 ; USCA Case No. 08-3039. (aac, ) (Entered: 08/14/2008)~~ |
| 08/13/2008 | 144 | MINUTE entry before the Honorable Ronald A. Guzman: The Court denies Waivio's application to appeal in forma pauperis (IFP) 139 because she has sufficient assets to pay the appellate filing fee and there is no legal basis for her appeal. See 28 U.S.C. § 1915(e)(2); Baker ex rel. Hutchinson v. Spink, 126 F.3d 895, 899 (7th Cir. 1997) (noting that section 1915(e) applies to all purportedly indigent litigants). Mailed notice (aac, ) (Entered: 08/14/2008) |
| 08/18/2008 | 145 | NOTICE Delimitation Record on Appeal by Rodica Waivio. (Exhibit - Delimintation Record on Appeal No: 08-3039). (ep, ) (Entered: 08/20/2008) |
| ~~08/25/2008~~ | 146 | ~~CIRCUIT Rule 3(b) Notice. (ep, ) (Entered: 08/27/2008)~~ |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**

**S/C: These items are sent under a separate certificate.**
**N/A: These items are not available.**